## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RADHIKA VEGESNA, Personal
Representative of the Estate of RAJESH
PADMARAJU, Deceased,

        Plaintiff,

        vs.

ISD TRANSPORTATION COMPANY,
INC., et al.

        Defendants.

NO. 03-295 ERIE
NO. 03-317 ERIE
NO. 04-34 ERIE

### ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 200__, upon

consideration of the foregoing Motion for Summary Judgment and Brief in Support thereof, it is

hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and FURTHER

ORDERED that Plaintiff's action is dismissed with prejudice as to Defendants, ISD Transportation,

Inc., Mandeep Singh, Gurminder Singh, Saminder Singh and Saminder Singh d/b/a ISD

Transportation Company, Inc.

BY THE COURT:

_____J.