Estates and Protected Individuals Code § 700.1302

**Effect of amendment notes:**
The 2000 amendment substituted "4405 of the banking code of 1999, 1999 PA 276, MCL 487.14405" for "135 of the banking code of 1969, 1969 PA 319, MCL 487.485".

**ALR notes:**
Accountability of personal representative for his use of decedent's real estate, 31 ALR2d 243.

Enforceability of contractual right, in which fiduciary has interest, to purchase property of estate or trust, 6 ALR4th 786.

**Research references:**
31 Am Jur 2d, Executors and Administrators §§281, 282, 828 et seq.
39 Am Jur 2d, Guardian and Ward §§213, 214.
76 Am Jur 2d, Trusts §§381—386, 518—520.
10 Am Jur Pl & Pr Forms, Rev, Executors and Administrators § 307.
24 Am Jur Pl & Pr Forms, Rev, Trusts §§209, 213, 215, 216, 257, 258.

PART 3

SCOPE, JURISDICTION, AND COURTS

§ 700.1301.   Territorial application. [MSA § 27.11301]

Sec. 1301. Except as otherwise provided in this act, this act applies to all of the following:

(a) The affairs and estate of a decedent, missing individual, or protected individual who is domiciled in this state.

(b) A nonresident's property that is located in this state or property coming into the control of a fiduciary that is subject to the laws of this state.

(c) An incapacitated individual or minor in this state.

(d) Survivorship and related accounts in this state.

(e) A trust subject to administration in this state.

**History:**
Pub Acts 1998, No. 386, § 1301, by § 8101 eff April 1, 2000 (see § 700.8101).

§ 700.1302.   Exclusive subject matter jurisdiction. [MSA § 27.11302]

Sec. 1302. The court has exclusive legal and equitable jurisdiction of all of the following:

(a) A matter that relates to the settlement of a deceased individual's estate, whether testate or intestate, who was at the time of death domiciled in the county or was at the time of death domiciled out of state leaving an estate within the county to be administered, including, but not limited to, all of the following proceedings:

(i) The internal affairs of the estate.
(ii) Estate administration, settlement, and distribution.
(iii) Declaration of rights that involve an estate, devisee, heir, or fiduciary.
(iv) Construction of a will.
(v) Determination of heirs.

EXHIBIT "B"