```
                IN THE UNITED STATES DISTRICT COURT FOR THE
1                       WESTERN DISTRICT OF PENNSYLVANIA

2                                     - - - -

3
     RADHIKA VEGESNA, personal         )
4    representative of the Estate      )
     of RAJESH PADMARAJU, deceased,    )
5                 Plaintiff,           )
                                       )
6              -vs-                    )
                                       )    No. 03-295 Erie
7    ISD TRANSPORTATION COMPANY,       )
     INC., MANDEEP SINGH, SAMINDER     )
8    SINGH, and SAMINDER SINGH         )
     d/b/a ISD TRANSPORTATION          )
9    COMPANY, INC.,                    )
                  Defendants.          )
10   ------------------------------------------------------------
     RADHIKA VEGESNA, personal         )
11   representative of the Estate      )
     of RAJESH PADMARAJU, deceased,    )
12                Plaintiff,           )
                                       )
13             -vs-                    )
                                       )    No. 03-317 Erie
14   SAMINDER SINGH                    )
     d/b/a ISD TRANSPORTATION          )
15   COMPANY, INC.,                    )
                  Defendant.           )
16   ------------------------------------------------------------
     RADHIKA VEGESNA, personal         )
17   representative of the Estate      )
     of RAJESH PADMARAJU, deceased,    )
18                Plaintiff,           )
                                       )
19             -vs-                    )
                                       )    No. 04-34 Erie
20   ISD TRANSPORTATION COMPANY,       )
     INC., SAMINDER SINGH,             )
21   SAMINDER SINGH                    )
     d/b/a ISD TRANSPORTATION          )
22   COMPANY, INC., MANDEEP SINGH      )          ORIGINAL
     and GURMINDER SINGH,              )
23                Defendants.          )

24                                    - - - -

25             DEPOSITION OF:   RADHIKA VEGESNA
```



EXHIBIT "D"



Pittsburgh, PA    /    Greensburg, PA    /    Erie, PA
412-261-2323           724-853-7700           814-453-5700

AKF

DEPOSITION OF:   RADHIKA VEGESNA

- - -

DATE:   May 6, 2005
        Friday, 11:27 a.m.

LOCATION:   Conner Riley & Fryling
            17 West Tenth Street
            Erie, Pennsylvania

TAKEN BY:   Defendants

REPORTED BY:   Kristina Kircher
               Notary Public
               AKF Reference No. KK87638a

- - -

DEPOSITION OF RADHIKA VEGESNA, a witness, called by the Defendant for examination, in accordance with the Federal Rules of Civil Procedure, taken by and before Kristina Kircher, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Conner Riley & Fryling, 17 West Tenth Street, Erie, Pennsylvania, on Friday, May 6, 2005, commencing at 11:27 a.m.

```
 1    A.    Yeah, that's it.
 2    Q.    And it also indicates there is a second letter
 3          attached to it from the same manager of
 4          operations dated February 9th, 1998, indicating
 5          that he had been working with them from
 6          February of 1997 until that date, '98?
 7    A.    Yeah.
 8    Q.    When your brother decided to come to America,
 9          who did he come over here with?  Did he come by
10          himself?
11    A.    Yeah, he tried.
12    Q.    When he first came over to America, you say it
13          was sometime in 1999?
14    A.    Yeah.
15    Q.    All right, and he first came to the Detroit,
16          Michigan, area?
17    A.    (Interpretation.)  Yeah, first Detroit.
18    Q.    Do you have family there?
19    A.    In Detroit.
20    Q.    In Detroit?
21    A.    My husband's brother stays there.
22    Q.    Your husband's brother lives in Detroit?
23    A.    That's right.
24    Q.    What is his name?
25    A.    Vegesna Ravi.
```



```
 1   Q.   That is your husband's brother?
 2   A.   Yeah.
 3   Q.   So when your brother first came to the United
 4        States, he went to Detroit?
 5   A.   Detroit.
 6   Q.   And he lived with your brother-in-law?
 7   A.   Yeah.
 8   Q.   All right, and how long did he live in the
 9        Detroit area?
10   A.   I think just two months, one month.  That's
11        all.  He tried for a job, but he didn't get it.
12        I think he went to Boston.
13   Q.   So he went from there to Boston.  Did he have
14        any family members in Boston?
15   A.   Friends; no family members.
16   Q.   Friends?
17   A.   I think friends, one or two friends.
18   Q.   Do you know who his friends were that lived in
19        Boston?
20   A.   Now, they are, I think, Sunil and one more,
21        Gupi.
22   Q.   You have to spell those for myself.
23   A.   Sunil, S-u-n-i-l, Sunil.  He's a good friend of
24        him.
25   Q.   S-u-n-i-l?
```



```
 1    A.    S-u-n-i-l.
 2    Q.    And he was living in Boston at the time that
 3          your brother moved to Boston?
 4    A.    Ah-huh.
 5    Q.    Did your brother reside with him or live with
 6          him?
 7    A.    I think first he went to him, and again, he
 8          changed.  I think first he went to him.  Again,
 9          he took a different apartment.
10    Q.    You were never here to see your brother in the
11          United States, right?
12    A.    No, I didn't.  That's the first time I've come.
13    Q.    His friend Sunil that you told me about --
14    A.    Sunil.
15    Q.    Sunil. -- where does he live now?  Do you
16          know?
17    A.    I have no idea.  It's three years, no contact.
18    Q.    You have no contact with him?
19    A.    No contact.
20    Q.    What was the name of the other friend?
21    A.    Gee, I don't know the current name of him.
22    Q.    You don't know?
23    A.    No; because we are staying in India.  I know
24          Sunil well.
25    Q.    Your brother went to Boston, and that's where
```

| | | |
|---|---|---|
| 1 | | he got his first job? |
| 2 | A. | Yeah. |
| 3 | Q. | All right, and as I understand it, at the time |
| 4 | | that this accident happened in October of 1990 |
| 5 | | -- excuse me, 2001, your brother was still |
| 6 | | residing in Massachusetts, in Boston? |
| 7 | A. | (Interpretation.)  He is working in Boston.  He |
| 8 | | is coming to Detroit. |
| 9 | Q. | Okay, but let me just back up, okay?  Let me |
| 10 | | see if you can follow my question. |
| 11 | | Before October 5th of 2001, your |
| 12 | | brother was working in Boston? |
| 13 | A. | Yeah. |
| 14 | Q. | Is that correct? |
| 15 | A. | Yeah, that's correct. |
| 16 | Q. | And at the time of October the 5th when the |
| 17 | | incident occurred, he was still employed out of |
| 18 | | Boston and in the Boston area, correct?  Is |
| 19 | | that accurate? |
| 20 | A. | (Interpretation.)  Yeah. |
| 21 | | THE INTERPRETER:  He was employed. |
| 22 | A. | He finished his office.  Then he started |
| 23 | | coming.  He finished his office work.  Then he |
| 24 | | started. |
| 25 | Q. | Okay, I think I understand what you're trying |

```
 1            to tell me.  He was on his way driving from
 2            Massachusetts to the Detroit, Michigan, area on
 3            the night that this incident occurred.  Is that
 4            what you understand?
 5                      THE INTERPRETER:  (Interpretation.)
 6            Right.
 7   A.       Yes, he was driving.
 8   Q.       He was on his way from Boston to Detroit on
 9            October the 5th of 2001?
10   A.       Yeah, he was coming.
11   Q.       How do you know that?  Did he tell you that's
12            what he was going to do?  Did the family
13            members tell you that?  How do you know that's
14            where he was headed?
15   A.       After the accident, they phoned us.
16   Q.       Who phoned you?
17   A.       Ravi, my husband's brother in Detroit.
18   Q.       Contacted you?
19   A.       Ah-huh, he called.
20   Q.       And he told you that that's where your brother
21            was headed, was to Detroit?
22   A.       Yeah.  He was coming to Detroit from Boston,
23            and this incident happened.
24   Q.       Okay, but let me just understand this, make
25            sure I follow it.  To the best of your
```

```
 1            knowledge, on October the 5th of 2001, your
 2            brother, his apartment where he lived was in
 3            Massachusetts, correct?
 4      A.    (Interpretation.)  Yeah, in Boston.
 5      Q.    Was he going to Detroit to visit --
 6      A.    Ravi.
 7      Q.    -- your brother-in-law?
 8      A.    Ravi.
 9      Q.    Was this a personal visit, or was this for
10            purposes of interviewing for a job or taking a
11            new job in the Michigan area?
12      A.    Well, his plans were to come to Detroit,
13            future, because my brother is dead, no?  My
14            husband's brother, his plans were to come to
15            Detroit.  For the weekend, he was going.
16      Q.    He was going there for the weekend?
17      A.    For the weekend.
18      Q.    That's what I'm trying to make sure I'm clear
19            on.  As of October the 5th of 2001, your
20            brother did not live in Michigan; is that
21            correct?
22      A.    On the way, no.  Accident was on the way.
23      Q.    I understand the accident was on the way.
24      A.    Yeah, he was going.
25      Q.    Your brother did not have a home or live in
```



```
 1            Michigan on October the 5th of 2001; is that
 2            correct?
 3   A.       (Interpretation.) No. He should go to Ravi's
 4            house, Ravi's house.
 5   Q.       I just want to be clear. He did not have a
 6            residence or an address in Michigan?
 7   A.       No, he didn't have any address.
 8   Q.       Your brother-in-law lives there?
 9   A.       My husband's brother, Ravi, he have to stay
10            there.
11   Q.       He would go there to stay?
12   A.       Stay.
13   Q.       Am I correct that, on October the 5th of 2001,
14            your brother was traveling from his home in
15            Massachusetts in Boston to Detroit to visit
16            your husband's brother?
17   A.       Yeah.
18   Q.       That is accurate?
19   A.       Yeah.
20   Q.       Okay, to the best of your knowledge, did your
21            brother have any employment in Michigan before
22            he passed away?
23   A.       (Interpretation.) No, no job. His plans were
24            to try -- his plans were to come to Detroit.
25   Q.       His plans for the future were to move to
```



```
 1            Detroit?
 2   A.       Future, yes.
 3   Q.       Right.  But as of the time when he had the
 4            accident and passed away, did your brother ever
 5            work in Michigan?
 6   A.       No, he didn't work.  He didn't work.  He didn't
 7            work.
 8   Q.       And he never lived in Michigan?
 9   A.       Yeah.
10   Q.       You mean, no, he did not live in Michigan?
11   A.       No, he did not live in Michigan.
12   Q.       And as far as you knew, other than the brief
13            period when he first came to the United States
14            and he was in Michigan with your husband's
15            brother --
16   A.       One month or two.
17   Q.       That was only a month or two?
18   A.       Yeah.
19   Q.       No other time did he ever live in Michigan?
20   A.       No.
21   Q.       And as far as you know, for the most part, he
22            resided -- in the year of 2001, he would have
23            been a resident of Massachusetts; is that
24            correct?
25   A.       (Interpretation.)  In Boston.
```



```
 1                    THE INTERPRETER:  Yes.
 2   Q.    The Boston area?
 3                    THE INTERPRETER:  Yes.
 4   A.    Yes.
 5   Q.    And when you would contact your brother or he
 6         would contact you when he was living in Boston,
 7         did you write to him in Boston?
 8   A.    Phone, by phone; only phone contact.
 9   Q.    And would you call him, or would he call you?
10   A.    He only would call in.  He only would call in.
11   Q.    He would call home?
12   A.    (Witness nods head up and down.)
13   Q.    And as I understand it, from what you told me,
14         your brother was going to visit your husband's
15         brother in Michigan --
16   A.    Yeah.
17   Q.    -- the night that this incident occurred; is
18         that accurate?
19   A.    Yeah, correct.
20   Q.    Now, your brother came to the United States in
21         1999?
22   A.    Ah-huh.
23   Q.    Did he have any health problems?
24   A.    No.  He was a very healthy man.
25   Q.    Before he left India, did he have any health
```