## ISD WITNESS LIST

Chris Altandonna
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Joe Altadonna
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Mike Anderson
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Tim Baughman
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Trooper Joseph Cannon
PA State Police
Lawrence Park Barracks
Erie, PA

Brian Copley
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Chuck Detzel
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Tim Deveney
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Donald Eisentraut
c/o ARCCA, Incorporated
2288 Second Street Pike
Po Box 78
Penns Park, PA 18943

Amanda Knickerbocker DiBacco
c/o Millcreek Paramedic Service
P.O. Box 9038
Erie, PA 16505

Kevin Dunbar
c/o Millcreek Paramedic Service
P.O. Box 9038
Erie, PA 16505

Gabriel Gill
Major Express
3342 N. Weber
Fresno, CA 93722

Jeffrey N. Kann, M.D.
The Center For Musculoskeletal Evaluations
5900 Corporate Drive, Suite 200
Pittsburgh, PA 15237

Sgt. Dennis J. Kay
PA State Police
Lawrence Park Barracks
Erie, PA

Tom Krahnke
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

_____ Kress
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Tom Lewis
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Judith Madkeprang
4005 Sugar Cane Avenue
Bakersfield, CA

Kenneth McCrory
McCrory & McDowell, LLC
One Riverfront Center
20 Stanwix Street
Pittsburgh, PA 15222

Trooper Ronald Morgan
PA State Police
Lawrence Park Barracks
Erie, PA

Susan Nolan
8050 Platz Road
Fairview, PA 16415

Trooper David J. Peck
PA State Police
Lawrence Park Barracks
Erie, PA

Jim Petrone
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Trooper Richard Pottorf
PA State Police
Lawrence Park Barracks
Erie, PA

Doug Richards
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

John Semple
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Gurminder Singh
3105 Slaterfield Avenue
Bakersfield, CA 93313


Mandeep Singh
30348 Madera Avenue
Shafter, CA 92363

Saminder Singh
3105 Slaterfield Avenue
Bakersfield, CA 93313

Jeff Skonieczki
c/o Belle Valley Fire Department
1514 Norcross Road
Erie, PA 16510

Lisa Smith
c/o Millcreek Paramedic Service
P.O. Box 9038
Erie, PA 16505

Deputy Korac Timon
Deputy Coroner
Erie County Courthouse
Erie, PA