# ISD EXHIBIT LIST

1. Pennsylvania State Police Report

2. Diagram contained in Pennsylvania State Police Report (p. 14)

3. Supplemental Pennsylvania State Police Report

4. Trooper David Cannon's October 9, 2001 Report

5. Pennsylvania State Police Photographs taken October 6, 2001

6. Belle Valley Fire Department Photographs taken October 6, 2001

7. Daylight Photographs of I-90 showing the 500 to 1,000 foot westbound approach to point of collision

8. Pennsylvania State Police Citation #J0881596-2, violation of 49 CFR §391.11 (b) (2) ("non-qualified driver unable to speak English language)

9. Mandeep Singh's Application for Employment with Saminder Pal Singh, d/b/a ISD Transportation

10. June 12, 2001 Driver/Carrier Agreement between ISD Transporation and Mandeep Singh

11. ISD's June 12, 2001 Drug Testing Policy

12. August 21, 2001 United States Department of Transportation Notice of Claim for Violation of 49 CFR §382.115 (a), et al.

13. Saminder Pal Singh's August 11, 2001 letter to Major Express regarding Mandeep Singh requesting information per 49 CFR §413 (a) (1) (b)

14. Mandeep Singh's January 18, 2001 CDL #B9690016, 30348 Madera Avenue, Shafter, California, 93263

15. June 12, 2001 Record of Road Test prepared for Mandeep Singh by Saminder Pal Singh

16. 49 CFR §391.11, Subpart B (Qualifications and Disqualifications of Drivers)

17. 49 CFR §391.21, Subpart C (Background and Character)

18. 49 CFR §391.23 (Investigation and Inquiries)

19. 49 CFR §391.51 (General Requirements for Driver Qualification Files)

20. September-December, 2001 telephone records for (661) 746-2900

21. September and October, 2001 telephone records for cell (661) 330-5807

22. Susan Nolan's December 13, 2001 statement provided to State Farm

23. Susan Nolan's March 13, 2002 statement provided to Liberty Mutual

24. Liberty Mutual document recording Mandeep Singh's home address of 30348 Madera Avenue, Shafter, California, 93263, home phone number of (661) 746-2900 and cell number of (661) 330-5807

25. Susan Nolan's drawing depicting location of decedent when last seen by her prior to the collision (Deposition Exhibit #16A)

26. Rajesh Padmaraju's Secondary School Certificate dated 7/5/90

27. Rajesh Padmaraju's Intermediate Education Certificate dated 5/23/92

28. 1999 Federal Tax Return of Plaintiff Decedent

29. 2000 Federal Tax Return of Plaintiff Decedent

30. 2001 Federal Tax Return of Plaintiff Decedent

31. Copies of all ambulance and hospital records of Plaintiff Decedent

32. United States Department of Transportation Alcohol Testing Form for Mandeep Singh dated October 6, 2001

33. California Department of Motor Vehicle Medical Examiners Certificate dated 2/9/00

34. Mandeep Singh's Driver's Application for Employment

35. ISD Transportation Driver/Carrier Agreement Post Accident, Drug and Alcohol Testing Policy and Company Drug Testing Policy dated 6/12/01

36. Form W-9 Request for Taxpayer Identification Number and Certificate for Mandeep Singh dated 6/12/01

37. Letter of correspondence from Saminder Singh to Major Express dated August 11, 2001

38. United States Department of Justice Employment Eligibility Verification for Mandeep Singh

39. Driver Proficiency and Authorized Vehicle Form prepared by Saminder Singh regarding Mandeep Singh

40. Request for check of Mandeep Singh's Driving Record dated 7/23/01

41. Maintenance and Inspection records for ISD tractor-trailer

42. A full and complete copy of Mandeep Singh's personal file at ISD

43. Any and all documents provided during discovery or utilized as an exhibit at any depositions

44. Any and all documents listed in Plaintiff's Pretrial Narrative Statement