IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RADHIKA VEGESNA, Personal      :
Representative of the ESTATE   :
OF RAJESH PADMARAJU, Deceased  :
Plaintiff                      :
                               :
            VS.                :   NO. 03-295 ERIE
                               :   NO. 03-317 ERIE
MANDEEP SINGH, SAMINDER SINGH  :   NO. 04-34 ERIE
and SAMINDER SINGH d/b/a ISD   :
TRANSPORTATION COMPANY, INC.,  :
Defendants                     :

PLAINTIFF'S EVIDENTIARY APPENDIX
IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

A.   October, 2001 Funeral Bill from Northrop-Sassaman
     Funeral Directors of Michigan

B.   January 14, 2004 Ancillary Letters of Administration
     issued to Radhika Vegesna by the Register of Wills of
     the Court of Common Pleas of Erie County, Pennsylvania

C.   May 6, 2005 Deposition Transcript of Jhansi Padmaraju
     Raj, Decedent's Mother

D.   Exhibit "U" marked in the above deposition evidencing
     Decedent's "legal alien" status valid January 20, 2001
     through December 18, 2003