|  |  |
|---|---|
| IN RE: THE ESTATE OF | IN THE OFFICE OF THE CLERK OF RECORDS |
| RAJESH PADMARAJU, Deceased | OF ERIE COUNTY, PENNSYLVANIA |
|  | REGISTER OF WILLS |
|  | NO. 154629                    DIVISION |

PETITION BY RADHIKA VEGESNA, AS
THE DULY APPOINTED PERSONAL
REPRESENTATIVE OF THE ESTATE OF
RAJESH PADMARAJU, DECEASED, BY
THE COURT IN OAKLAND COUNTY, MICHIGAN,
PER 20 Pa.C.S.A 4011 REQUESTING
<u>SHE BE GRANTED ANCILLARY LETTERS OF ADMINISTRATION</u>

AND NOW comes RADHIKA VEGESNA, as the personal representative of the ESTATE OF RAJESH PADMARAJU, Deceased, by her counsel, ANDREW J. CONNER of CONNER RILEY & FRYLING, 17 West Tenth Street, P.O. Box 860, Erie, Pennsylvania 16512-0860, and requests, per 20 Pa.C.S.A. 4011, that the Register of Wills of Erie County, Pennsylvania grant her Ancillary Letters of Administration for the Estate of Rajesh Padmaraju, Deceased, alleging as follows:

1) The deceased, Rajesh Padmaraju, formerly a resident and citizen of Massachusetts and also formerly a resident and citizen of Michigan, suffered fatal injuries near Exit 8 on or near Interstate 90 in Erie County, Pennsylvania on October 5, 2001. Attached hereto as Exhibit "A" is a copy of the investigation of this fatality conducted by the Erie County Coroner's Office.

2) The deceased, at the time of his death, was unmarried, single and was survived by his mother and two sisters.

FILED

JAN 1 4 2004

REGISTER OF WILLS

PAID

JAN 1 4 2004

REGISTER OF WILLS

3) Radhika Vegesna, the deceased's sister, who is a citizen of the Country of Indiana, applied to the Probate Court of Oakland County, Michigan, the former residence of the deceased, and was granted Letters of Authority for Personal Representative of the deceased's Estate. Attached hereto as Exhibit "B" are copies of the Application and Letters confirming this appointment.

4) Attached hereto as Exhibit "C" is the Affidavit of Radhika Vegesna per 20 Pa.C.S.A. 4011.

5) The purpose of requesting this Court to grant Ancillary Letters of Administration is to allow Radhika Vegesna, as the personal representative of the Estate of Rajesh Padmaraju, to file and process a wrongful death and survival action in the Pennsylvania state or federal Court.

WHEREFORE, Petitioner, RADHIKA VEGESNA, hereby requests this Honorable Court to grant her Letters of Administration in the ESTATE OF RAJESH PADMARAJU.

Respectfully submitted,

CONNER RILEY & FRYLING

BY _____
ANDREW J. CONNER, ESQUIRE
ATTORNEY FOR PETITIONER
17 West Tenth Street
P.O. Box 860
Erie, PA 16512-0860
(814) 453-3343

DATED: January 13, 2004.

# ERIE COUNTY CORONER'S OFFICE

INVESTIGATION REPORT

**LYELL P. COOK**
CORONER
PH:(814) 452 2911  FAX:814 451 6183
140 W. 6TH ST    ERIE, PA. 16501

**DONALD A DUNFORD**
CHIEF DEPUTY



| Field | Value | Field | Value |
|---|---|---|---|
| YEAR | 2001 OCTOBER | MANNER | ACCIDENTAL |
| DATE CALLED | 10/06/2001 | TIME | 0345 |
| BY | HAMOT MED CTR | | |
| LOCATION | Hamot OR | ARRIVAL | mileage 0 |
| TEMPERATURE | 50 | WEATHER/RD COND | |
| PRONOUNCE BY | Dr. Bednarski | TIME 0322 | DAY OF WEEK Sat |
| LAST NAME | PADMARAJU | FIRST RAJESH | MIDDLE INITIAL |
| ADDRESS | 4 Arena St. Apt, 1L | | |
| CITY | Worcester | TWP | |
| COUNTY | Worcester | STATE MA | ZIP 01603- |
| SEX | MALE | RACE INDIAN | BIRTHDATE 04/13/1974  AGE 27 |
| SSN | 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 | MARITAL STATUS | DIVORCED |
| OCCUPATION | Software Programer | | |
| NEXT OF KIN | Jyophirmayee Vegesna/Sister | | |

LOCATION OF DEATH: Hamot
AUTOPSY T BY DR. ERIC LEE VEY MD    AUTOPSY NO. 01-137
DATE OF DEATH 10/06/2001    COUNTY OF INJURY ERIE
CAUSE OF DEATH: BLUNT FORCE TRAUMA TO THE HEAD AND TRUNK DUE TO MOTOR VEHICLE ACCIDENT.
CIRCUMSTANCE: MOTOR VEH.    CORE INTERVENTION    F
INV. CORONER: Deputy Korac Timon    TIME/DATE OF INJURY 23:34 10/05/2001
POLICE DEPT.: PSP    PHYSICIAN: Dr. Bednarski
STATION: LAWRENCE PARK
PHOTOGRAPHS:
OFFICERS: Tpr. Peck    MEDICAL UNIT: MPS
INJ/LOC: I-90 0.5 Miles east of exit 29 westbound lane.
TOXICOLOGY SUBMITTED F    SEAT BELT    ALCOHOL    DRUGS    NOTE
FUNERAL HOME: Slomski (Local Arrangements)

INFORMATION

A nurse from Hamot Medical Center notified this office to report a death. I was told the decedent was involved in a multiple motor vehicle accident on I-90 and expired during emergency surgery. The decedent was identified as Rajesh Padmaraju and was pronounced by Dr. Bednarski at 03:22 Hrs. of this day. I gave permission for the body to be taken to the hospital morgue; however, the body was not to released. I was informed PSP was investigating the incident. Thererfore, I contacted the Lawerence Park Barracks and spoke with the investigating officer, Tpr. David Peck. Tpr. Peck stated the accident involved three vehicles. The decedent was outside of his vehicle when the accident occured and was struck by a tractor trailer. Thus, the incident was being investigated as a motor vehicle/pedestrian accident. I requested Tpr. Peck's accident report and he agreed to fax a copy to ECCO. Finally, Tpr. Peck said he did not forsee any charges being levied regarding the incident. Therefore, I planned on releasing the body to a funeral home, but first wanted to examine the decedent and withdraw fluids for toxicology.

Before I went to Hamot to examine the decedent, I was contacted by Chief Deputy Don Dunford. I met Chief Dunford and Tpr. Rich Potterf at ECCO. I was informed suspicious materials were discovered in the decedent's vehicle and the matter

EXHIBIT "A"

was more than likely going to be investigated by state and federal authorities. Therefore, an autopsy was ordered and Rupp Livery was contacted and transported the decedent to the ECCO morgue.

On October 7, 2001, I received Tpr. Peck's accident report and learned the following information (Refer to PSP Incident Number E1-075963). Due to the extent of the accident, I will identify all of vehicles and individuals involved. Unit #1 was identified as a 1996 Mitsubishi, MA Reg. 436-3MR and operated by the decedent of 54 Harley Dr. Apt. #8 Worcester, MA 01606 (*There was a sticker on the reverse side of the decedent's driver's license listing an address of 4 Arena St. Apt. #1L Worcester, MA 01603.) Unit #2 was identified as a 1997 Subaru, PA Reg. XTD-746 and operated by Susan Nolan of 8050 W. Platz Rd. Fairview, PA 16415. Unit #3 was designated as the decedent acting as a pedestrian. Unit #4 was the operator of a 2000 Peterbilt Tractor Trailer, OK Reg. IPM-204 and operated by Saminder Singhdba of 3033 N. Walnut Ave. STE W219 Oklahoma City, OK 73105. Unit #1 was illegally parked in the north westbound lane of I-90 approximately 0.5 miles from Rt. #8 interchange. Unit #2 was travelling westbound in the north lane of I-90 following Unit #1. Unit #3 was standing outside of the driver's side door of Unit#1. Unit #4 was travelling in westbound in the north lane of I-90 as well. Unit #2 braked to avoid striking Unit #3 and in doing so was srtuck in the rear by the approaching Unit #4. Unit #4 hit Unit #2 with it's cab and struck Unit #3 and Unit #1 with it's trailer. The impact absorbed by Unit #3 caused the decedent to be thrown approxiamtely 85' feet to the north berm in the wetbound lane of I-90. The driver's side door of Unit #1 was torn off of the vehicle due to the impact. Furthermore, the roadway was wet and it was raining at the time of the incident. The accident occured at approximately 23:34 Hrs. on October 5, 2001. Unit #3 was then transported to Hamot by Millcreek Paramedic Service.

On October 7, 2001, an autopsy was completed by Dr. Vey. On October 8, 2001, I spoke with Dr. Vey regrading the findings from the post mortem examination. Dr. Vey concluded the decedent died due to injuries sustained to the head and trunk resulting from the accident. Therefore, this office signed out a death certificate as Blunt Force Trauma to the Head and Trunk due to Motor Vehicle Accident. Furthermore, Dr. Vey informed me that an accurate toxicology study could not be quanitated due to the fact the decedent received multiple blood transfusions during emergency surgery; however, a blood sample was withdrawn and held by this office.

On October 8, 2001, the decedent was removed from the ECCO by a representative from the Slomski Funeral Home on behalf of the Nothrop-Sassaman Funeral Home in West Bloomfield, MI.

--Korac J. Timon
(See MPS Tripsheet Report #84035137 for additional information.)

Approved, SCAO
OSM CODE: IPA

| STATE OF MICHIGAN<br>PROBATE COURT<br>OAKLAND COUNTY | APPLICATION FOR INFORMAL PROBATE AND/OR APPOINTMENT OF PERSONAL REPRESENTATIVE (TESTATE/INTESTATE) | FILE NO.<br>2002-285,344-DE |
|---|---|---|

Estate of __RAJESH PADMARAJU__

1. I, __JANSHI R. PADMARAJU__, am interested in the estate and make this application as
   Name of applicant
   __MOTHER / HEIR__
   Relationship to decedent, i.e., heir, devisee, child, spouse, creditor, beneficiary, etc.

2. Decedent information: __October 6, 2001__  __3:22__ A. m. __27__  __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__
   Date of death    Time (if known)   Age   Social Security Number
   Domicile (at date of death): __West Bloomfield__  __Oakland__  __Michigan__
   City/Township/Village   County   State

3. So far as I know or could ascertain with reasonable diligence, the names and addresses of the heirs and/or devisees of the decedent, the relationship to the decedent, and the ages of any who are minors are as follows:

| | NAME | ADDRESS | RELATIONSHIP | AGE (if minor) |
|---|---|---|---|---|
| ① | JANSHI R. PADMARAJU | 501 Green Park Apt, 7-1-300, Hyderabad, INDIA | MOTHER | |
| ② | Rajyalalakshmi Bhupatiraju | 501 Green Park Apt, 7-1-300, Hyderabad, INDIA | SISTER | |
| ③ | Radhika Vegesna | 501 Green Park Apt, 7-1-300 Hyderabad, India 500033 | SISTER | |
| ④ | Surendra Kumar | 455 N. Cityfront Tower, Ste 850 Chicago, IL 60611 | Foreign Counsul | |

Of the above interested persons, the following are under legal disability or otherwise represented and presently have or will require representation:

| NAME | LEGAL DISABILITY | REPRESENTED BY<br>Name, address, and capacity |
|---|---|---|
| NONE | | |
| | | |

4. ☒ a. Venue is proper in this county because the decedent was domiciled in this county on the date of death.
   ☐ b. The decedent was not domiciled in Michigan, but venue is proper in this county because property of the decedent was located in this county at the date of death.

SEE SECOND PAGE

Do not write below this line - For court use only

EXHIBIT "B"

PC 558 (9/00) APPLICATION FOR INFORMAL PROBATE AND/OR APPOINTMENT OF PERSONAL REPRESENTATIVE
(TESTATE/INTESTATE)    MCL 700.3301; MSA 27.13301, MCL 700.3614; MSA 27.13604, MCR 5.302, MCR 5.309

5. ☒ a. The decedent died intestate and after exercising reasonable diligence, I am unaware of any unrevoked testamentary instrument relating to property located in this state as defined under MCL 700.1301.
   ☐ b. I am aware of an unrevoked testamentary instrument relating to property located in this state as defined under MCL 700.1301, but the instrument is not being probated because: _____

   The instrument   ☐ is attached to this application.   ☐ is already in the court's possession.
   ☐ c. The decedent's will, dated _____, with codicil(s) dated _____,
   is offered for probate and   ☐ is attached to this application.   ☐ is already in the court's possession.

   ☐ d. An authenticated copy of the will and codicil(s), if any, probated in _____ County, _____ State is offered for probate, and documents establishing its probate are attached to this application.

6. To the best of my knowledge, I believe that the instrument(s) subject to this application, if any, was validly executed and is the decedent's last will. After exercising reasonable diligence, I am unaware of an instrument revoking the will or codicil(s).

7. ☐ A personal representative has been previously appointed in _____ County, _____ State and the appointment has not been terminated. The personal representative's name and address are:

   _____   _____
   Name                              Address

   _____
   City, state, zip

8. ☒ I nominate **RADHIKA VEGESNA**, as personal representative, who is qualified and has priority
   as: **SISTER**. His/her address is: **501 GREEN PARK APT. 7-1-300**
   **SANJEEVA REDDY NAGAR, HYDERABAD, INDIA 500038**.
   City, state, zip
   Other persons having prior or equal right to appointment as personal representative are:
   **RAJYALAKSHMI BHUPATIRAJU**   _____
   Name                               Name
   **JANSHI R. PADMARAJU**   _____
   Name                               Name

9. ☐ The will expressly requests the personal representative serve with bond.

10. ☐ A special personal representative is necessary because _____

**I REQUEST:**

11. ☐ Informal probate of the will.

12. ☒ Informal appointment of the nominated personal representative   ☐ with   ☒ without   bond.

13. ☐ The appointment of a special personal representative pending the appointment of the nominated personal representative.

I declare under the penalties of perjury that this application has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

_[signature]_                                    Date: **Sept. 08, 2002**
Attorney signature                               _P. Jhansi Raj_
**VINCENT LORELLI**       **P47007**              Applicant signature
Attorney name (type or print)   Bar no.         **JANSHI R. PADMARAJU**
**29992 Northwestern, Ste C**                    Applicant name (type or print)
Address                                          **501 Green Park Apt. 7-1-300**
**FARMINGTON HILLS, MI 48334**                   Address
City, state, zip         Telephone no.           **SANJEEVA REDDY NAGAR, HYDERABAD INDIA**
**(248) 538-9696**                               City, state, zip   **500038**   Telephone no.

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF OAKLAND | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>2002-285,344-DE |
|---|---|---|

Estate of    Rajesh Padmarau,                                                                                   Deceased

To:
Name, address, and telephone no.
Radhika Vegesna
501 Green Park Apt 7-1-300
Sanjeena R.N. Hydabad, India  500038

You have been appointed and qualified as        personal        representative of the estate on   October 10, 2002  .
                                                                                                      Date
You are authorized to do and perform all acts authorized by law except as to the following:
☐ Real estate or ownership interests in a business entity excluded from your responsibilities in your acceptance of appointment
☐ Restrictions:

☒ These letters expire:   NO EXPIRATION DATE
                          Date

October 10, 2002                          _____/s/ Lisa Langton_____        _____
Date                                      Judge (formal proceedings)/Register Lisa Langton (informal proceedings)   Bar no.
                                          SEE NOTICE OF DUTIES ON SECOND PAGE
                                                                                    Copy Seal

_____           _____
Attorney name (type or print)                           Bar no.
_____
Address
_____
City                     State       Zip       Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original and that these letters are in full force and effect as of the date on the letters.

_12/11/03_____                          _____/s/ Patricia R. Custy_____
Date                                      Deputy register

Do not write below this line – For court use only

                                          FILED  _____  20 _____

                                          Deputy Register of Probate

PC 572 (9/01) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE        MCL 700.3103, MCL 700.3307, MCL 700.3414
                                                                     MCL 700.3504, MCL 700.3601, MCR 5.202(A)

# NOTICE OF DUTIES FOR DECEASED ESTATE

The following provisions are mandatory reporting duties specified in Michigan law and Michigan court rules and are not the only duties required of you. See MCL 700.3701 through MCL 700.3722 for other duties. Your failure to comply may result in the court suspending your powers and appointing a special fiduciary in your place. It may also result in your removal as fiduciary.

## Duties for Supervised Administration

You are required to prepare and file with this court the following written reports.

**INVENTORY:** You are required to file with the probate court an inventory of the assets of the estate within 91 days of the date your letters of authority are issued or as ordered by the court. You must send a copy of the inventory to all presumptive distributees and all other interested persons who request it. The inventory must list in reasonable detail all the property owned by the decedent at the time of death. Each listed item must indicate the fair market value at the time of the decedent's death and the type and amount of any encumbrance. If the value of any item has been obtained through an appraiser, the inventory should include the appraiser's name and address with the item or items appraised by the appraiser.
[MCL 700.3706; MSA 27.13706, MCR 5.310(E)]

**ACCOUNTS:** You are required to file with this court once a year, either on the anniversary date your letters of authority were issued or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. This itemized accounting must show in detail all income and disbursements and the remaining property, together with the form of the property. Subsequent annual and final accountings must be filed within 56 days following the close of the accounting period. When the estate is ready for closing, you are also required to file a final account with a description of property remaining in the estate. All accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.

**CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after your original appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of your appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate.
[MCL 700.3703(4); MSA 27.13703(4), MCL 700.3951(3); MSA 27.1395(3), MCR 5.144, MCR 5.310]

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You are required to submit to the court proof that no estate (or inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **NOTE:** The estate may be subject to inheritance tax.

**CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

## Duties for Unsupervised Administration

You are required to prepare and provide to all interested persons the following written reports.

**INVENTORY:** You are required to prepare an inventory of the assets of the estate within 91 days from the date your letters of authority are issued and to send a copy of the inventory to all presumptive distributees and all other interested persons who request it. You are also required within 91 days from the date your letters of authority are issued, to file with the court the information necessary to calculate the probate inventory fee that you must pay to the probate court. You may use the original inventory for this purpose. [MCL 700.3706; MSA 27.13706, MCR 5.307]

**CONTINUED ADMINISTRATION:** If the estate is not settled within 1 year after your original appointment, you must file with the court and send to each interested person a notice that the estate remains under administration, specifying the reasons for the continued administration. You must give this notice within 28 days of the first anniversary of your appointment and all subsequent anniversaries during which the administration remains uncompleted. If such a notice is not received, an interested person may petition the court for a hearing on the necessity for continued administration or for closure of the estate.
[MCL 700.3703(4); MSA 27.13703(4), MCL 700.3951(3); MSA 27.1395(3), MCR 5.144, MCR 5.307]

**ESTATE (OR INHERITANCE) TAX INFORMATION:** You may be required to submit to the court proof that no estate inheritance) taxes are due or that the estate (or inheritance) taxes have been paid. **NOTE:** The estate may be subject to inheritance tax.

**CHANGE OF ADDRESS:** You are required to inform the court and all interested persons of any change in your address within 7 days of the change.

IN RE: THE ESTATE OF  :  IN THE COURT OF COMMON PLEAS
:
RAJESH PADMARAJU, Deceased  :  OF ERIE COUNTY, PENNSYLVANIA
:  ORPHAN'S COURT
:  NO.

AFFIDAVIT OF RADHIKA VEGESNA
PER Pa.C.S.A. 4011

COUNTRY OF INDIA
:ss:
COUNTY OF _____ :

RADHIKA VEGESNA, being duly sworn deposes and says as follows:

I am the Personal Representative of the ESTATE OF RAJESH PADMARAJU, Deceased, who died October 6, 2001, a resident of West Bloomfield, Oakland County, Michigan.

I desire to exercise within the Commonwealth of Pennsylvania the authority vested in me by virtue of an Act of Assembly of the Commonwealth of Pennsylvania, known as the Probate, Estates and Fiduciaries Code of 1972, P.L. 164, Sec. 4101(1) and (2), and have complied with all the provisions of same.

After diligent search and inquire, I state that so far as I have been able to discover, the above decedent is not indebted to any person in the Commonwealth of Pennsylvania and that I will not exercise any power which would not be permitted to be exercised in the jurisdiction of my appointment.

V. Radhika
RADHIKA VEGESNA

Sworn to and subscribed
before me this ___ day
of January, 2004.

_____
Notary Public
K.V. RAMANA RAO
ADVOCATE & NOTARY
Off. M.I.G. 338, Balaji Nagar
Kukatpally, HYDERABAD, A.P.
My Commission Expires On 05-08-07

RADHIKA VEGESNA, Personal          IN THE COURT OF COMMON PLEAS
Representative of the ESTATE
OF RAJESH PADMARAJU, Deceased      OF ERIE COUNTY, PENNSYLVANIA

|  |  |
|---|---|
| IN RE: THE ESTATE OF : | IN THE OFFICE OF THE CLERK OF RECORDS ~~IN THE COURT OF COMMON PLEAS~~ |
| REJESH PADMARAJU, deceased : | OF ERIE COUNTY, PENNSYLVANIA ~~ORPHANS COURT~~ REGISTER OF WILLS DIVISION |
| : | NO. 154629 |

PETITION BY RADHIKA VEGESNA, AS THE
DULY APPOINTED PERSONAL REPRESENTATIVE
OF THE ESTATE OF RAJESH PADMARAJU, DECEASED, BY
THE COURT IN OAKLAND COUNTY, MICHIGAN,
PER 20 Pa. C.S.A. 4011 REQUESTING
<u>SHE BE GRANTED ANCILLARY LETTERS OF ADMINISTRATION</u>

<u>O R D E R</u>

AND NOW, TO WIT, this 13th day of January, 2004, it is hereby ORDERED, ADJUDGED AND DECREED: that RADHIKA VEGESNA, is GRANTED Letters of Administration in the estate of RAJESH PADMARAJU.

*[signature]*
Patrick L. Fetzner
Clerk of Records

| | |
|---|---|
| **REGISTER OF WILLS**<br>**ERIE County, Pennsylvania** | **CERTIFICATE OF GRANT OF**<br>**ANCILLARY LETTERS OF**<br>**ADMINISTRATION** |

No. 2504-00069

Estate Of: __PADMARAJU RAJESH__
(Last, First, Middle)

Late Of:  MICHIGAN

Deceased
Social Security No: __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__

WHEREAS, __PADMARAJU RAJESH__
(Last, First, Middle)
late of MICHIGAN ERIE COUNTY
died on the 6th day of October 2001 and,

WHEREAS, the grant of Ancillary Letters of Administration is required for the administration of the estate.

THEREFORE, I, __PATRICK L. FETZNER__, Register of Wills in and for ERIE County, in the Commonwealth of Pennsylvania, have this day granted Ancillary Letters of Administration to:

VEGESNA RADHIKA

who has duly qualified as administrator(rix) of the estate of the above named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my office at ERIE COUNTY COURT HOUSE, ERIE, PENNSYLVANIA.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office on the 14th day of January 2004.

_____
Register of Wills

**NOTE**  ALL NAMES ABOVE APPEAR (LAST, FIRST, MIDDLE)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ERIE                                  SS:

I, Patrick L. Fetzner, Clerk of Records and ex-officio Clerk of the Orphans' Court of Erie County, in said Commonwealth, do hereby certify that the foregoing pages contain a true copy of the record and proceedings, Viz:

<u>Petition for Grant of Ancillary Letters of Administration,</u>

<u>Order of Register and Ancillary Letters of Administration</u>

In the Estate of _____ Rajesh Padmaraju _____, deceased, so full as the same remains of record in my office.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the Seal of said Office, at Erie, this __15th__ day of __January__ A.D., 20_04_.

_____
Clerk of Records – Erie County

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ERIE                                  SS:

I, William R. Cunningham, Judge of the Orphans' Court of Erie County, in the Commonwealth of Pennsylvania, do hereby certify that Patrick L. Fetzner, whose name appears to the above Certificate, is Clerk of Records, and ex-officio Clerk of the Orphans' Court of Erie County, in said Commonwealth, and that the Seal by him hereto affixed is the Seal of his office; and also that this attestation to the said record is in due form and that he is the proper person to make such certificate.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal, at Erie, this _15th_ day of _____January_____ A.D., 20_04_.

_____
William R. Cunningham, President Judge

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ERIE                                  SS:

I, Patrick L. Fetzner, Clerk of Records and ex-officio Clerk of the Orphans' Court of Erie County in said Commonwealth, do certify that the Honorable William R. Cunningham, by whom the foregoing attestation was made was, at the time of making thereof, and still is Judge of the Orphans Court of Erie County, duly commissioned and sworn; to all of whose acts, as such, full faith and credit are and ought to be given.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court at Erie, this __15th__ day of __January__ A.D., 20_04_.

_____
Clerk of Records – Erie County

| | | |
|---|---|---|
| IN RE: THE ESTATE OF | : | IN THE COURT OF COMMON PLEAS |
| REJESH PADMARAJU, deceased | : | OF ERIE COUNTY, PENNSYLVANIA ORPHANS' COURT |
| | : | NO. |

PETITION BY RADHIKA VEGESNA, AS THE
DULY APPOINTED PERSONAL REPRESENTATIVE
OF THE ESTATE OF RAJESH PADMARAJU, DECEASED, BY
THE COURT IN OAKLAND COUNTY, MICHIGAN,
PER 20 Pa. C.S.A. 4011 REQUESTING
SHE BE GRANTED ANCILLARY LETTERS OF ADMINISTRATION

ORDER

AND NOW, TO WIT, this 13th day of January, 2004, it is hereby ORDERED, ADJUDGED AND DECREED: that RADHIKA VEGESNA, is GRANTED Letters of Administration in the estate of RAJESH PADMARAJU.

_____
Patrick L. Fetzner
Clerk of Records

| | |
|---|---|
| **REGISTER OF WILLS**<br>**ERIE County, Pennsylvania** | **CERTIFICATE OF GRANT OF**<br>**ANCILLARY LETTERS OF**<br>**ADMINISTRATION** |

No. 2504-00069

Estate Of: <u>PADMARAJU RAJESH</u>
(Last, First, Middle)

Late Of:     MICHIGAN

Deceased
Social Security No: <u>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</u>

WHEREAS, <u>PADMARAJU RAJESH</u>
(Last, First, Middle)
late of MICHIGAN ERIE COUNTY
died on the 6th day of October 2001 and,

WHEREAS, the grant of Ancillary Letters of Administration is required for the administration of the estate.

THEREFORE, I, <u>PATRICK L. FETZNER</u>, Register of Wills in and for ERIE County, in the Commonwealth of Pennsylvania, have this day granted Ancillary Letters of Administration to:

VEGESNA RADHIKA

who has duly qualified as administrator(rix) of the estate of the above named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my office at ERIE COUNTY COURT HOUSE, ERIE, PENNSYLVANIA.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office on the 14th day of January 2004.

_____
Register of Wills

**NOTE**   ALL NAMES ABOVE APPEAR (LAST, FIRST, MIDDLE)