1

```
1           IN THE UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF PENNSYLVANIA
2

3                            - - - -

   RADHIKA VEGESNA, personal       )
4  representative of the Estate    )
   of RAJESH PADMARAJU, deceased,  )
5                    Plaintiff,    )
                                   )
6                    -vs-          )
                                   )    No. 03-295 Erie
7  ISD TRANSPORTATION COMPANY,     )    Videotaped
   INC., MANDEEP SINGH, SAMINDER   )    Deposition
8  SINGH, and SAMINDER SINGH       )
   d/b/a ISD TRANSPORTATION        )
9  COMPANY, INC.,                  )
                    Defendants.    )
10 ----------------------------------------------------------
   RADHIKA VEGESNA, personal       )
11 representative of the Estate    )
   of RAJESH PADMARAJU, deceased,  )
12                   Plaintiff,    )
                                   )
13                   -vs-          )
                                   )    No. 03-317 Erie
14 SAMINDER SINGH                  )
   d/b/a ISD TRANSPORTATION        )
15 COMPANY, INC.,                  )
                    Defendant.     )
16 ----------------------------------------------------------
   RADHIKA VEGESNA, personal       )
17 representative of the Estate    )
   of RAJESH PADMARAJU, deceased,  )
18                   Plaintiff,    )
                                   )
19                   -vs-          )
                                   )    No. 04-34 Erie
20 ISD TRANSPORTATION COMPANY,     )
   INC., SAMINDER SINGH,           )
21 SAMINDER SINGH                  )
   d/b/a ISD TRANSPORTATION        )
22 COMPANY, INC., MANDEEP SINGH    )
   and GURMINDER SINGH,            )
23                   Defendants.   )

24                          - - - -

25        DEPOSITION OF:  JHANSI PADMARAJU RAJ
```

**ORIGINAL**

**AKF**

Erie, PA
(814) 453-5700

Pittsburgh, PA
(412) 261-2323

1          DEPOSITION OF:  JHANSI PADMARAJU RAJ

2                      - - - -

3

4                  DATE:    May 6, 2005
                            Friday, 3:11 p.m.

5

6              LOCATION:    Conner Riley & Fryling
                            17 West Tenth Street
7                           Erie, Pennsylvania

8              TAKEN BY:    Plaintiff

9

10          REPORTED BY:    Kristina Kircher
                            Notary Public
11                          AKF Reference No.  KK87638c

12

13                      - - - -

14

15      VIDEOTAPED DEPOSITION OF JHANSI PADMARAJU RAJ,
     a witness, called by the Plaintiff for examination,
16   in accordance with the Federal Rules of Civil
     Procedure, taken by and before Kristina Kircher, a
17   Court Reporter and Notary Public in and for the
     Commonwealth of Pennsylvania, at the offices of
18   Conner Riley & Fryling, 17 West Tenth Street, Erie,
     Pennsylvania, on Friday, May 6, 2005, commencing at
19   3:11 p.m.

20

21

22

23

24

25

1  APPEARANCES:

2      FOR THE PLAINTIFF:
   Andrew J. Conner, Esq.
3  CONNER RILEY & FRYLING
   17 West Tenth Street
4  Erie, PA  16512
   814-453-3343
5

6      FOR THE DEFENDANTS:
   Edward Chiodo, Esq.
7  McKENNA & CHIODO
   436 Boulevard of the Allies
8  Fifth Floor
   Pittsburgh, PA   15219
9  412-471-6226

10
       ALSO PRESENT:
11 Dale Evanoff, Videographer
   Prashant Chaturvedi, Interpreter
12 Radhika Vegesna

13

14                * I N D E X *

15 Direct Examination by Mr. Conner  - - - - - - -   4
   Cross-Examination by Mr. Chiodo - - - - - - -   41
16

17 Certificate of Court Reporter - - - - - - - - -   52
   Errata Sheet - - - - - - - - - - - - - - - - -   53
18

19

20             * INDEX OF EXHIBITS *

21
   Deposition Exhibit A through M - - - - - - - - -   4
22 Deposition Exhibit N through U - - - - - - - - -   34
   Deposition Exhibit V - - - - - - - - - - - - - -   40
23
            (Exhibits retained by counsel.)
24

25

1

2     (Exhibits A through M marked for identification.)

3                           -  -  -  -

4                      JHANSI PADMARAJU RAJ,

5                     having been duly sworn,

6            was examined and testified as follows:

7                           -  -  -  -

8              (The Interpreter was duly sworn.)

9                           -  -  -  -

10                   MR. CONNER:  I think for purposes of

11       the record, I think we ought to have the

12       interpreter's or translator's name, full name,

13       on the record also and where he currently

14       resides.

15                   THE INTERPRETER:  I'm Prashant

16       Chaturvedi, and I currently reside at Erie,

17       Pennsylvania.  I'm an interpreter for these

18       proceedings.

19                   MR. CONNER:  And you live in Erie,

20       Pennsylvania?

21                   THE WITNESS:  I live in Erie,

22       Pennsylvania.

23                   MR. CONNER:  We'll then start the

24       deposition.

25                           -  -  -  -

1                    DIRECT EXAMINATION

2                        -  -  -  -

3  BY MR. CONNER:

4  Q.    As you know, I represent Radhika Vegesna, your

5         daughter, in these proceedings arising out of

6         the death of your son, Rajesh Padmaraju.  I

7         will be asking you some questions today that is

8         on videotape, and Mr. Chiodo who represents

9         ISD, Saminder Singh, and Mandeep Singh will

10        also be asking you some questions today.

11               We have the benefit of an excellent

12        interpreter and translator.  If you cannot

13        understand my questions or understand the

14        questions of Mr. Chiodo, feel free to rely on

15        the interpreter if necessary.  I don't think it

16        will be necessary, but nonetheless, he's here

17        for those purposes.

18               Would you state your full name for

19        the record, please?  Your name.

20  A.    Padmaraju Jhansi Raj.

21  Q.    And you currently reside in India; is that

22        correct?

23  A.    Yes.

24  Q.    So that we have on the record where you

25        currently reside, could you tell us what your

1       address is as to the present date?

2   A.  (Interpretation.)  In India, 501 Green Park

3       Apartments, Siddhartha Nagar, Hyderabad, India.

4   Q.  And maybe just to expedite things, speed things

5       up a little bit, we have had the benefit of a

6       bank record that's been marked as Deposition

7       Exhibit I.  You can identify that as your bank

8       record?  Is that a copy of your bank record?

9   A.  (Interpretation.)  Yes, yes.

10  Q.  Now, with regards to the address on the bank

11      record, is that your current address?

12  A.  Current address, flat address.

13  Q.  That's the flat address?

14  A.  Flat address.  This is apartment address.

15  Q.  Okay, have you been residing at that address

16      from approximately 1999 to the present date?

17  A.  From '99 to present date, we are staying there

18      only.

19  Q.  Okay, now, let me go back at this point in time

20      so we have it on the record.  What is your date

21      of birth?

22  A.  14th September, 1947.

23  Q.  Okay, and have you resided in India

24      continuously from 1947 until the present date?

25  A.  I am residing in India only.

1  Q.    Okay, and with regards to making any trips to

2        the United States, is the first and the only

3        trip you made to the United States --

4  A.    This is the first time.

5  Q.    And you came, what, two or three days ago to

6        the United States?

7  A.    Only two days before.

8  Q.    Okay, with regards to your current marital

9        status, what is your current marital status?

10       Are you married?

11 A.    My husband passed away.

12 Q.    Okay, and again, maybe to expedite things, did

13       he pass away in March of 2000?

14 A.    2001, March 1st.

15 Q.    We have mentioned Rajesh, but before I do that,

16       how many children were born of the marriage

17       between you and your husband?

18 A.    Three, two daughters and one son.  Rajesh is

19       the middle one, two daughters.

20 Q.    Okay, and the names of your -- we have --

21 A.    Rajyalakshmi, the elder one.  Vegesna Radhika,

22       the second daughter, and Padmaraju Rajesh, son.

23 Q.    With regards to your three daughters and your

24       son, we do have a photograph that's been

25       identified as Exhibit K for these proceedings.

```
 1         Take a moment to take a look at the photograph.

 2         Tell us whether or not you can identify the

 3         people that are shown in that photograph.

 4    A.   She is the eldest one, the daughter, and Rajesh

 5         in the middle, and Radhika is the left.

 6    Q.   So reading from going from right to left --

 7    A.   Rajesh, middle.  Rajyalakshmi, my older

 8         daughter, and she is on the left.

 9    Q.   Radhika is on the left; is that correct?

10    A.   (Interpretation.)  Radhika is on the left.

11    Q.   And with regards to the child that the --

12    A.   My daughter's son.

13    Q.   Oh, son.

14    A.   She's having son, and Radhika is having

15         daughters.

16    Q.   Just so that the Court and jury understands

17         approximately when this photograph was taken,

18         can you give us an idea just approximately when

19         year that would have been taken?

20    A.   I think before Rajesh comes to India -- before

21         America?  Before Rajesh comes to America.

22    Q.   So we know that, he came to America sometime in

23         1998?

24    A.   '98, February '98.

25    Q.   Okay, with regard to the education of Rajesh,
```

1      I'd like to ask you some questions about that.

2      We have marked as exhibits here, starting with

3      his secondary education which is Exhibit A

4      which purports to be the records from the

5      Little Flower High School.  Do you recognize

6      that as his transcript of grades for the little

7      Flower High School?

8  A.   Yes.  This is 10th class.

9  Q.   And that would be his -- be his 10th grade

10     class; is that correct?

11 A.   He got first division.

12 Q.   Okay, would this have been a document that you

13     would have received at your home in a sense

14     this would have been mailed to you or provided

15     to you by the school?

16 A.   (Interpretation.)  Schools in India, after

17     completing 10th class, the government will

18     review like this.

19 Q.   Putting aside the actual record, what was your

20     understanding as how he was doing in school?

21 A.   He was doing very nicely in education and in

22     the games and activities that were there.

23 Q.   Now, after he would have completed that school,

24     would he have gone on to the intermediate

25     school?

1  A.    Intermediate, 11th and 12.

2  Q.    I'll show you what's been marked as Exhibit B

3        for these proceedings.  Can you identify that

4        document?

5  A.    Yes.  This is the document, 11th, 10th, and

6        12th.

7  Q.    What is the name of school that he attended

8        when he went to the 11th and 12th?

9  A.    Eleventh, ten, and twelfth, he got out of

10       school, he went on to some college, some junior

11       college.

12 Q.    Okay, now, it would appear -- and correct me if

13       I'm wrong -- he didn't do quite as well in 11th

14       and 12th grade as he did in 10th grade; is that

15       correct?

16 A.    (Interpretation.)  He got second division, no?

17       That is also --

18              THE INTERPRETER:  Slightly he did

19       less, but you know.

20 Q.    Now, after he completed the schooling that

21       showed in Exhibit B, I'd like to show you

22       what's been marked as Exhibit C.  And we have

23       clumped together the records here for this

24       Kuvempu University.  You can take a moment,

25       take a look at that.  I'd like to ask you some

1       questions about that.

2  A.   Yes.  Degree -- he has done degree here,

3       Kuvempu University.

4  Q.   Okay, is that a college or university that he

5       attended?

6  A.   University only, Kuvempu University, not

7       college.  This is the university.

8  Q.   And is that a four-year program?

9  A.   Four-year program.

10 Q.   And did he complete that program?

11 A.   He completed in first class, first division.

12 Q.   And --

13 A.   That in engineering and computers.  He did it

14      in computers.

15 Q.   All right, again, that was the engineering, he

16      graduated with an engineering certificate or

17      degree.  But it was concentrated in computer

18      science; is that correct?

19 A.   Yes, computer science.

20 Q.   Okay, with regard to -- with regard to his

21      grades at Kuvempu University, we have many

22      pages here.  I'm not going to ask you about

23      that.  I'm just going to ask you about one

24      entry here.  It's stamped first class.

25 A.   He got first class.

1  Q.   After he completed his university education at

2       the Kuvempu University as indicated in -- first

3       of all, we should have a date for this.  It

4       looks like this bachelor of engineering is

5       issued in '96; am I correct?

6  A.   Yes.

7  Q.   Is that when he would have completed the

8       school?

9  A.   '97.

10 Q.   1997, excuse me.  Is there a date?

11 A.   Date, '97, May.

12 Q.   Okay, May of '97.  Upon completion of that, was

13      he continuing to reside at your home with you?

14 A.   He was doing six months' computer course.

15 Q.   But he was living with you?

16 A.   He's living with me only.

17 Q.   Okay, I'm going to then go through the other

18      courses.  If you could, just help us out.  We

19      have a program that we have a certificate here

20      that's been marked as Exhibit D, and could you

21      just tell us just briefly what that is?

22 A.   This is a six-month course, complete computer

23      languages.  After that, there is a degree, no,

24      they won't tell all languages, so he had the

25      rest languages, he learned from here, computer.

1  Q.    And that's Exhibit D.  Now, we're going to

2        Exhibit E which is another certificate.  Was

3        that also a program that he participated in?

4  A.    This is another language in computer, Java.

5        This is another language.  In computer

6        language, there are so many languages will be

7        there.

8  Q.    Okay, and in Exhibit G, there's also a

9        certificate, is there not?  And tell us whether

10       or not that was another program that he

11       participated in after he completed his

12       university education before he came to the

13       United States?

14 A.    I don't know about this, because in America, I

15       don't know.

16 Q.    So you don't know about Exhibit G.  Well, let

17       me go -- and that's fair too because I misled,

18       to be honest with you.  I wasn't paying

19       attention.  I see there's a date of 2000.  That

20       was after he was in the United States.  I'm

21       going to go then to Exhibit F.  Take a moment,

22       take look at Exhibit F.

23 A.    Vision, I know this.  These are also a

24       language.

25 Q.    And that would have been --

```
 1  A.    Training, some training, in computer and

 2        training.

 3  Q.    Okay, and it looks like he completed that.

 4        According to the document, it's a 28-day

 5        program.  It looks like it was completed --

 6        help me out.  Is that May 16, 1998?

 7  A.    Yes.

 8  Q.    Okay.

 9  A.    Before he's coming to U.S., no, he did this

10        course.

11  Q.    Okay, now, I wanted to just digress a second.

12        He came to the United States, and can you tell

13        us just approximately what year it was?

14  A.    When he's coming -- (interpretation).  '98,

15        May.

16  Q.    Why did he decide to go to the United States?

17  A.    He likes U.S. always.  He's telling:  Mommy,

18        I'll go to U.S.  I will get job there.  I will

19        earn money like that, he's telling, from

20        dollars.

21  Q.    Did he express to you a desire to become

22        employed and obtain a good job in the United

23        States?

24  A.    (Interpretation.)  He's always interested to go

25        to the U.S.
```

```
 1   Q.   Okay, now, with regards to relatives in the
 2        United States, so it's important that the jury
 3        understands what relatives, if any, he would
 4        have had in the United States when he came to
 5        the United States.
 6   A.   (Interpretation.)  In Detroit, Radhika's
 7        husband's brother is there.
 8   Q.   Could you tell us what his name is?
 9   A.   Vegesna Ravi.
10   Q.   We have known him and made reference to him as
11        Ravi; is that correct?
12   A.   Ravi.
13   Q.   And he is married to a relative of yours?
14   A.   The divorce, and he got children.
15   Q.   Would that have been Rajesh's primary contact
16        in the United States?
17   A.   United States, yes.
18   Q.   Okay, when Rajesh came to the United States,
19        was it your understanding that he initially
20        came to Detroit for a while?
21   A.   (Interpretation.)  Detroit.  He came to Detroit
22        only first.
23   Q.   And then thereafter, you never came to the
24        United States to visit him; is that correct?
25   A.   No.  This is the first time.
```

1  Q.   Okay, can you tell us whether or not at some

2       point after the time period that he was in

3       Detroit he moved to the Boston area?

4  A.   Yeah.  He got the job in Boston.

5  Q.   Okay, and then we know at the time of death, he

6       was actually in transit or traveling from

7       Massachusetts back to visit Ravi in Detroit; is

8       that correct?

9  A.   (Interpretation.)  He was driving from Boston

10      to Detroit on that day.

11  Q.   Based upon your discussions with Ravi or,

12      excuse me, Rajesh, can you tell us what your

13      understanding is as to whether or not Rajesh

14      intended to move back to Detroit?

15  A.   If he got a salary more, and he financially

16      want more money, if he got more good job, he

17      want to shift, and Ravi is there, not here.

18  Q.   And why did he want to go back to Detroit?

19  A.   No, he didn't come now to Detroit.  He didn't

20      come to Detroit.  He's still doing job in

21      Boston only.  If in future, he's expecting to

22      come.

23  Q.   To Detroit?

24  A.   Ah-huh, future, not --

25  Q.   Okay, now, I want to come back to -- before I

1       go through the booklet that we have here today,

2       which we have marked as an exhibit, and frankly

3       possibly this is a good time to do this,

4       because we talked about Ravi.

5               And we're going ahead and out of

6       sequence a little bit, but I'm going to show

7       you what's been marked as Exhibit J for these

8       proceedings.  And it's a black folder that has

9       file sections in -- within the folder.

10              Some of the file sections, the

11      information is there.  Some of the file

12      sections, they don't have any file sections to

13      it, but I want to, just for purposes of this

14      record, establish whether or not this

15      particular document and file folder came back

16      with documents in it back from the United

17      States after Rajesh's death.

18  A.  Yes.

19  Q.  Okay, and with regards to the person who sent

20      it back to you, was it Ravi that sent the

21      particular exhibit?

22  A.  Ravi sent these documents.

23  Q.  Okay, and with regards to the actual

24      maintenance of what we've identified here as

25      Exhibit J, do you understand that this was

1          obtained from your son, Rajesh's, apartment?

2    A.    (Interpretation.)   Rajesh apartment.

3    Q.    At some time after his death?

4    A.    Yes.

5    Q.    Okay, I want to then show you some documents.

6          And we have made copies here, so there's much

7          more documents than this than what was in

8          there.

9                 But I just want to ask you whether or

10         not these documents were in the containers.

11         And I could represent to you that they are all

12         employment records, and except for the first

13         employment record, which has a '97 date, which

14         I'll talk to you about all relate to his

15         employment in the U.S. from 1998 up until the

16         time of his death in 2001.

17                And by looking at those documents,

18         are those the type of -- those documents came

19         out of the file that contained the package that

20         we've marked here as Exhibit J?

21   A.    Yes.

22   Q.    Okay, now, with regards to -- you were -- I

23         did, I think, mention that there was an

24         exception.   The first document, I think, is a

25         -- represents, I think, some employment

```
 1        information regarding your son in India.

 2  A.    Yes.  This is not a -- small job.  This is a

 3        training job.

 4  Q.    Okay, and that was a job that he had in India

 5        before he went to the United States; is that

 6        correct?

 7  A.    Yes.

 8              MR. CHIODO:  You know what?  Before

 9        we go forward, what's the exhibit on that the

10        letter?

11              MR. CONNER:  It is marked as -- I

12        have to read it upside down.  It's Exhibit L.

13              MR. CHIODO:  Just for the record,

14        since we're on tape here for use at trial, I'm

15        going to place an objection as to those

16        documents being hearsay.  And I haven't had a

17        chance to go through each individual one, but I

18        just want to retain my objection with regard to

19        the documents and anything asserted to be the

20        truth therein as being hearsay.

21              MR. CONNER:  I understand.  I just

22        want to document the fact that she's already

23        indicated that those documents did come from

24        that file folder.

25  BY MR. CONNER:
```



1  Q.  Okay, now, I want to ask you about between the

2      time period that Rajesh came to the United

3      States and the time of his death.  What is your

4      recollection as to how many times he came back

5      to India to visit?

6  A.  Two times.

7  Q.  Okay, and in addition to coming -- and I'll

8      talk to you about those two trips.  In addition

9      to coming back, did he also keep in touch with

10     you by phone?

11 A.  Yes, regularly.

12 Q.  Okay, just how frequently?

13 A.  Frequently.

14 Q.  And can you give us just an approximation of --

15 A.  Two weeks, once like that.

16 Q.  Okay, now, with regards to when he came back,

17     can you just give us your best estimate is the

18     first time he came back and how long he stayed?

19 A.  One month.

20 Q.  And what year was that?  Was that 1998 or 1999?

21 A.  2000, 2000 February, he came.

22 Q.  Okay, and did he come back in 2001 also?

23 A.  Fifteen days, two weeks.

24 Q.  Okay, so he came back first time for a month,

25     and then the next year, 2001, he came back for

1        two weeks; is that correct?

2   A.   Yes.

3   Q.   Now, I think you've indicated, but if you

4        haven't, what was the date of the death of your

5        husband?

6   A.   2000, March 1st.

7   Q.   Was Rajesh here?  Was Rajesh here?  Was he in

8        India?

9   A.   No.  Three days before he went to U.S., three

10       days before.  It was March 1st.  27th, 26th, he

11       went to the U.S.

12  Q.   So he just left India to go back after his

13       father died?

14  A.   Yes.

15  Q.   Okay, now, with regards to his employment, did

16       you have occasion to talk to him from time to

17       time either on the telephone or when he came

18       back in 2000 and 2001 as to the type of work he

19       was doing in the U.S.?

20  A.   (Interpretation.)  No, not ever job, only just

21       family relations.  He's doing job, no, not like

22       that.  I didn't ask anything.

23  Q.   So you understood that he was working?

24  A.   Working nicely.

25  Q.   And did you understand he was working in the

1        computer business?

2   A.   Business, computer.

3   Q.   Now, I want to then switch topics for a second.

4        You indicated that your husband passed away in,

5        I think, March of 2000?

6   A.   March of 2000, 2000.

7   Q.   Okay, now, prior -- after Rajesh went to the

8        U.S. to start working and prior to your

9        husband's death, can you tell us whether or not

10       Rajesh provided financial support to you for

11       purposes of purchasing a flat?

12  A.   Yes.

13  Q.   Okay, we have a deed here that -- or documents

14       here.  I'm going to show you the document.

15       It's called sale deed.  It's been marked as

16       Exhibit H.  Can you tell us --

17                MR. CHIODO:  I have the same

18       objection.

19  BY MR. CONNER:

20  Q.   Can you tell us whether or not Exhibit H,

21       recognizing it's a copy of an original

22       document--

23  A.   Yes, this is mine.

24  Q.   Is that a copy of the sale document?

25  A.   Sale document.  That's my flat.

1   Q.   Okay, and is that the flat that you currently

2        live in?

3   A.   (Interpretation.)  We are staying there only.

4   Q.   Okay, now, so that we have on the record -- and

5        I think the record speaks for itself.  But I

6        think that the transaction is dated September

7        of '99.  Can you tell by looking at the

8        document or from your memory whether or not the

9        transaction occurred in September of '99?

10  A.   (Interpretation.)  Yes, it is correct.

11  Q.   With regard to the flat itself, could you just

12       give us a description of the flat, if you will?

13       I mean, how many rooms it is?

14  A.   Two-bedroom flat.

15  Q.   Is it a second floor?  Is it a first floor?

16  A.   Fifth floor.

17  Q.   Fifth, okay.

18  A.   Apartment, one.

19  Q.   And why did you buy the flat at that time, if

20       you could?

21  A.   Because until that time, when we didn't buy any

22       flat.  Just there, I rented.  And monthly, I

23       have to spend more money, no?  If I buy a flat,

24       I can stay there permanently, and immediately,

25       I bought the flat.

1  Q.    Okay, with regards to the purchase price of the

2        flat, we don't need the exact number, but if

3        you could, tell us what you recall or, looking

4        at the documents, what the purchase price of

5        the flat was.

6  A.    4 millions.

7              THE INTERPRETER:  U.S. dollars, it

8        comes to $8,000.

9  A.    $8,000 in dollars.

10 Q.    Where did you and your husband obtain the money

11       to purchase that flat?

12 A.    Rajesh only send the money.

13 Q.    Okay, now, with regards to documents, that is,

14       banking documents or receipts and things like

15       that, do you have any of those documents that

16       actually document Rajesh sending you that

17       money?

18 A.    (Interpretation.)  He is sending money but cash

19       only, no, so no documents.

20             MR. CHIODO:  I'm going to place an

21       objection on the record and move to strike all

22       this testimony with regard to these

23       transactions that there is no foundation or

24       records with regard to support these alleged

25       distributions of cash or gifts of cash.  And I

1        certainly want to preserve that for the record

2        at this point in time.

3   BY MR. CONNER:

4   Q.   With regards to the purchase of this flat,

5        first of all, was this important to you?

6   A.   Yes.

7   Q.   Was it beneficial to you?

8   A.   Yes, very much.

9   Q.   Okay, did you have any other means of

10       purchasing the flat other than by having Rajesh

11       provide?

12  A.   No, no other means.

13  Q.   Okay, with regards to your banking records and

14       specifically with regards to Rajesh making

15       additional financial contributions to you in

16       time periods after 1999 but prior to his death,

17       we have another record here, and I'm going to

18       show you what has been marked as Deposition

19       Exhibit I so that we can identify the record.

20              First of all, is this a bank

21       statement for your banking records?

22  A.   (Interpretation.)  Oh, bank statement, bank

23       statement; it is a government bank.

24  Q.   And that is your bank statement; is that

25       correct?



1  A.  Yeah.

2  Q.  Your own personal?

3  A.  Ah-huh, my name, in my name.

4  Q.  Now, we don't have the name of the bank.

5  A.  Andhra Bank.

6  Q.  And the bank is listed in the upper right-hand

7      corner, and you'll have to help me out.

8  A.  Government Undertaking Bank.

9  Q.  And is that a local bank that you have banked

10     at least as of 2001 through the present date?

11 A.  (Interpretation.)  Ah-huh, this bank only.

12 Q.  Now, I think this particular record only goes

13     back to 2001.  It doesn't go back to 2000 or

14     '99.  Do you have the 2000 or '99?

15 A.  I tried, but that bank, the computer, they

16     dislocated it.  The computer, no, it is not

17     there.  I asked them.

18 Q.  You tried to go back and get the earlier

19     records, and those records are not there; is

20     that right?

21 A.  No, they're not there in the computer.

22          THE INTERPRETER:  She says that

23     there's no record of any data before 2001.

24 A.  I asked them.

25 Q.  Okay, now, I want to then talk to you about

```
 1          just one transaction that is evidenced on this

 2          account, and if you'll take a look at the

 3          transaction that's entered for the time period

 4          of, I think, May 17th, 2001, and take a moment.

 5          Take a look at that, and see if you can see

 6          that transaction.

 7   A.     Yes.

 8   Q.     Does that indicate that there was a cash

 9          deposit into that bank account of approximately

10          2 million rupees?

11   A.     Yes.

12   Q.     With regards to that deposit, who provided the

13          funds for that particular department?

14   A.     Rajesh sent money.

15   Q.     So that's money that Rajesh sent you; is that

16          correct?

17   A.     Yeah.

18   Q.     Now, with regard to -- did you ask him for that

19          money?

20   A.     Yes.  Because I got bank loans, I had to clear

21          the loans.

22   Q.     Had you had discussions --

23   A.     I wrote checks or for them.  He had checks.  I

24          gave checks for that, he sent.

25   Q.     So from time to time --
```



1  A.    From time to time, whenever I need money.  I

2        had to pay the money at that time, he sent it,

3        like that.

4  Q.    Was that beneficial to you?

5  A.    Yes, very much.

6  Q.    Why was that beneficial to you?

7  A.    Because I can clear all the loans from there,

8        the tension all loans and that.  I can clear

9        the loans on there.

10 Q.    Now, in addition -- and I'm just talking

11       generally.  In addition to the deposit that we

12       have identified here on exhibit -- this

13       particular exhibit which is -- again, for the

14       record, I have to see what the exhibit sticker

15       is.  It's Exhibit I.

16             And not necessarily reflected on

17       that, but in addition to the $4,000 that Rajesh

18       would have sent in May of 2001, either before

19       his death or after his death in 2001, did he

20       also send additional cash to you?

21 A.    (Interpretation.)  No.  After 2001, no.

22 Q.    No.  I said either before or after.

23 A.    Before he sent -- before 2001 -- he sent.

24 Q.    He did, okay.

25             MR. CHIODO:  I'm going to place the

1        same objection on the record.  I don't think

2        there's sufficient foundation in terms of

3        documentary proof of these alleged cash

4        distributions.  I certainly don't see them in

5        the bank records with the exception of the one

6        transaction, and I'm going to move to strike

7        any reference to those alleged cash payments

8        without some proof.

9             MR. CONNER:  I'm not sure that the

10       records are required by the law.

11            MR. CHIODO:  They may or may not be,

12       but I'm going to preserve my right to

13       objection.

14  BY MR. CONNER:

15  Q.   Just so that we know too, with regards to

16       documents that came out of Exhibit J which is a

17       bank -- which is the black folder that had the

18       various documents, I'm going to show you what's

19       been marked as Exhibit M.  If you'll take a

20       moment, take a look at that document.  And that

21       is a document from the Fleet Bank in Boston, I

22       believe, that has a date on it in May of 2001,

23       does it not?

24            MR. CHIODO:  And I'll object to the

25       exhibit as being hearsay, the document.

```
 1  A.    (Interpretation.)  I don't know.

 2  BY MR. CONNER:

 3  Q.    Okay, but my question is this.  Was this

 4        particular exhibit, M, part of the booklet?

 5  A.    (Interpretation.)  I think so.

 6              MR. CHIODO:  Can I see that document?

 7              MR. CONNER:  Yeah, sure.  I have

 8        other companies for you.

 9  BY MR. CONNER:

10  Q.    I wanted to go to the bottom signature.

11  A.    Rajesh's signature.

12  Q.    So Rajesh's signature is on the document

13        itself; is that correct?

14  A.    Yes.

15  Q.    Okay, and if he would have had that in Boston

16        back in 2001, this would have -- that document

17        would have come back in all probability in this

18        black notebook?

19              MR. CHIODO:  Objection to the form of

20        the question.

21  A.    (Interpretation.)  Yes, that book only.

22  BY MR. CONNER:

23  Q.    I want to then talk a little bit more about

24        Rajesh and his background.  I want you to help

25        us out a little bit.  Tell us about what you
```

1              understood his health was.

2     A.     He was good.  Health-wise, he was very good.

3     Q.     Was his health good as a youngster all the way

4              up through the time he left India and went to

5              the United States?

6     A.     (Interpretation.)  Yes.

7                        THE INTERPRETER:  Yes.

8     Q.     And as an example, was he a smoker?

9     A.     No.

10    Q.     Was he a user of tobacco?

11    A.     No.

12    Q.     Did he drink alcoholic beverages?

13    A.     No.

14    Q.     Did he engage in any type of wild or dangerous

15             activities?

16    A.     No.

17    Q.     Now, I want to just talk a little bit of other

18             things about his character traits.  Why don't

19             you tell us a little bit about his personality

20             if you would?

21    A.     He was of good character.  He was well in

22             behavior, well-mannered.

23    Q.     And what about his temperament?  Can you tell

24             us a little bit more about temperament?

25    A.     Good qualities.

1  Q.    He kept his temper under control?

2  A.    Oh, yes.

3  Q.    How about work habits?  Can you tell us about

4        that?

5  A.    (Interpretation.)  He is sincere in work.  He's

6        very hard working.  He's sincere, hard working,

7        and mixed well mixing personality, loving

8        personality.

9  Q.    And with regards to --

10 A.    Honest personality.

11 Q.    Okay, with regards to organizational skills --

12 A.    He's very good in mathematician.  In the

13       computer language, he is the leader of the --

14       he is the team leader.

15 Q.    Okay, and with regards to his goals in seeking

16       high quality employment, did he have those

17       goals?

18 A.    Yes.  (Interpretation.)  Ambition, high.

19 Q.    I want to then go to his death.  You were not

20       in the United States at the time of his death;

21       is that correct?

22 A.    (Interpretation.)  No, I am not there.  I'm in

23       India.

24 Q.    Understood.  With regards to correspondence

25       with his employer after his death, I would like

1          to show you an exhibit and ask you whether or

2          not -- this is Exhibit N, whether or not this

3          was the correspondence you received from his

4          employer after his death.

5   A.     Yes.

6                 MR. CHIODO:  I'll object to the

7          document as being hearsay.

8   A.     Yes, it is.

9   BY MR. CONNER:

10  Q.     You would have received that at India?

11  A.     In this, you can find out his personality, that

12         they wrote the personality, good personality,

13         not ever -- in this.

14  Q.     Now, with regards to a trial in this case,

15         which we're now in May of 2005.  A trial may

16         take place in maybe the summer of 2005.  Would

17         it be difficult for you to come back to the

18         United States to participate in the trial?

19  A.     Yes, very difficult.

20  Q.     Why would it be difficult for you to come back?

21  A.     Because my health is not good.

22  Q.     What type of health problems do you have?

23  A.     I've got the high blood pressure and mental

24         depression.  Vertigo is there.  That swelling

25         is there.  Heart problems I've got after

1    Rajesh's death.

2         MR. CHIODO:  I certainly don't have

3    any objection to her understanding of what

4    she's testifying to, but as to any diagnosis or

5    conclusion with respect to the mental

6    depression, I'm going to lodge an objection as

7    to any testimony regarding that or the

8    relatedness of any of the conditions that she's

9    relating to this incident without further

10   medical proof of the same.

11        MR. CONNER:  Could just take a --

12   let's go off the record for a second.

13              - - - -

14  (Exhibits N through U marked for identification.)

15              - - - -

16 BY MR. CONNER:

17 Q.   I want to go through some additional

18   photographs so we can identify who the people

19   are in the photographs, and if you can, help

20   us, where they were taken and approximately

21   when they were taken.

22         So I'll just go through the

23   individuals.  I'm going to show you what's been

24   marked as Exhibit O.  Tell us who is shown in

25   that photograph.



1  A.   In this, Rajesh, my daughters, two daughters,

2       and myself.

3  Q.   Okay, and Rajesh has his arm around you; is

4       that correct?

5  A.   Yes, yes.

6  Q.   You're on the left?

7  A.   Yes.

8  Q.   And your two daughters are -- they're on the

9       right?

10 A.   The other two daughters.  When he came to

11      India, in 2000, February, it was at that time.

12 Q.   February of 2000 that photograph was taken; is

13      that right?

14 A.   Yes.

15 Q.   And now, with regards to Exhibit P, maybe you

16      could help us out.  Tell us --

17 A.   My daughter's son, my eldest daughter's son, my

18      grandson, and Rajesh.

19 Q.   Did he like children?

20 A.   Very nice.  He liked small children.

21 Q.   And can you tell us approximately when that was

22      taken?

23 A.   Oh, 10 years back like that.

24 Q.   Okay, would that be before he went to the

25      United States or after he went?

```
 1  A.    No, no.  My eldest son, this one, he got that

 2        12 years.  He's two years, no, eight years like

 3        that, eight years back photo.

 4  Q.    Okay, let's go to --

 5              MR. CHIODO:  Just so that we're

 6        clear, we're not sure when that was taken, 10,

 7        12 years ago.

 8  BY MR. CONNER:

 9  Q.    That's, yeah, back in the early 1990s possibly?

10  A.    Oh yes.

11  Q.    I'm, going to talk about T.  Who is shown

12        there?

13  A.    That is my eldest, Radhika's, daughter came to

14        Detroit, so he came to see her, Detroit, in the

15        airport, Detroit airport.

16  Q.    So this was taken in the Detroit airport as you

17        understood it?

18  A.    Ah-huh.  He came to Detroit to be generous, no?

19        He came to Detroit then.

20  Q.    Her daughter --

21  A.    Her daughter came at that time, Detroit, to

22        Ravi's house, Ravi's house.

23  Q.    Okay, and showing you what's been marked as

24        exhibit -- I guess we should start with Q.  Why

25        don't you tell us who is identified in Q?
```



```
 1  A.    My Radhika's, her first daughter.  He likes

 2        Ishita.  Her name is Ishita.  Rajesh likes her

 3        more.

 4  Q.    And with regards to approximately when this

 5        photograph was taken, can you help us out?

 6  A.    It is approximately six -- five years back like

 7        that.

 8  Q.    So that would be back about 2000?

 9  A.    Ah-huh.

10  Q.    Now, I want to go to Exhibit S, and this has

11        the bank -- the Boston Company in the

12        background.

13  A.    Boston Company.

14  Q.    Okay, is Rajesh shown in that photograph?

15  A.    Yes.  Here is Rajesh.

16  Q.    Okay, do you know who the are other individual

17        that is shown in that photograph?

18  A.    I don't know.  He may be a colleague.  I don't

19        know.

20  Q.    And with regards to Exhibit R, maybe you could

21        help us out and tell us.

22  A.    He liked the sceneries, no?  Rajesh only see

23        good scenery.

24  Q.    That is Rajesh?

25  A.    Ah-huh.
```



1  Q.    And is that a photograph that was taken after

2        he came to the United States?

3  A.    Yes, yes.

4  Q.    Okay, now, again, with regards to Exhibit J,

5        out of Exhibit J, I want to show you what's

6        been -- I'll just confirm.  I'm going to show

7        you Deposition Exhibit U which are his

8        immigration documents stapled together.

9  A.    Yes, these are correct.

10 Q.    Okay.

11            MR. CHIODO:  I'm going to object as

12        to the relevancy of those documents.

13 BY MR. CONNER:

14 Q.    And these immigration documents came out of

15        this booklet?

16 A.    Yes.

17 Q.    Okay, now, I want to go back just to touch on a

18        couple other bases.  With regards to the

19        traditions in your society and in your culture,

20        when your husband should pass away like your

21        husband did in March, what is the customary

22        obligations of a son to support his mother?

23 A.    In our custom, for my husband is there, also

24        son only would see that, father and mother.

25        Son is responsible the person.  My daughters is

1           not responsible.  The son is responsible.

2   Q.      So as part of your culture from time to time,

3           would it be expected for Rajesh to provide you

4           with financial support?

5   A.      Yes, yes.

6   Q.      With regard to Rajesh's long-term goals, I'm

7           talking about goals had he survived and not

8           died on October be 5, 2001, did I hear you say

9           earlier that his plan was to hopefully move

10          back to Detroit?

11  A.      (Interpretation.)  He wanted to shift to

12          Detroit.

13  Q.      Okay, and did he tell you why he wanted to go

14          to Detroit?

15  A.      If he got good job, he said that if he got a

16          good job with that company, he will shift

17          there.

18  Q.      With regards to the procedure of men, males, in

19          your society marrying, so that we understand

20          what is done in your culture, is there a

21          process as part of your culture that the family

22          selects the bride for the --

23  A.      Yes, family will select the bride.

24  Q.      Had that point in time come in Rajesh's life

25          where you would participate in selecting his

```
 1         bride?

 2  A.     Yes.

 3  Q.     Okay, as of the time of his death, had you

 4         selected his bride?

 5  A.     No.  After getting good, job after shifting to

 6         Detroit, he wanted to marry.  After settling,

 7         full settling, he wanted to marry.

 8  Q.     That was his intentions?

 9  A.     Yes, said that.

10  Q.     Okay, I think I just have one other photograph

11         here marked too.  Think we're down to V, are we

12         not?

13                        -  -  -  -

14         (Exhibit V marked for identification.)

15                        -  -  -  -

16  BY MR. CONNER:

17  Q.     I want to show you what's been marked as

18         Deposition Exhibit V which also is a

19         photograph--

20  A.     This is Rajesh with his sisters, two sisters.

21  Q.     Understood.

22  A.     And it's my three children.

23  Q.     Okay, with regards to the date and time --

24  A.     This is 2000 February.

25  Q.     So this would have been taken --
```

```
 1  A.    February 28th.  My husband died March 1st, no?

 2        So he came in February at that time.  We had

 3        taken the photos.  He is in there otherwise.

 4  Q.    Was he close to his sisters?

 5  A.    Eldest, the eldest sister, Rajesh, and Radhika.

 6  Q.    In regards to -- did he have a good

 7        relationship with his sisters?

 8  A.    Oh, he was a very -- he liked his sisters very

 9        much.

10  Q.    That's all.

11  A.    He sending money, no, he told to buy something

12        to Radhika and Rajyalakshmi.  I'll give some.

13              MR. CONNER:  Mr. Chiodo will have

14        some questions for you.

15                        - - - -

16                  CROSS-EXAMINATION

17                        - - - -

18  BY MR. CHIODO:

19  Q.    Good afternoon, ma'am.

20  A.    Good afternoon.

21  Q.    We just met this morning actually for the first

22        time, and I want to again offer my sincerest

23        condolences for the loss of your son in this

24        accident.

25              Before we get started, I only have a
```



1     few questions, and I'll try to be brief.  If

2     you have any troubles understanding me, please

3     let me know.  Sometimes I have a tendency to

4     speak quickly.  And I may say something that

5     confuses you, and I certainly don't want to

6     mislead or confuse you, okay?

7          Do you understand that you have the

8     same right to use the interpreter if you need

9     him?

10  A.   Interpreter.

11  Q.   I just want to make sure that I understand

12     about your son and the education process.

13     Let's start with education.  As I understand

14     it, in India, students are graded on a scale of

15     zero to 100 percent; is that correct?

16  A.   Yes.

17  Q.   And in order to be considered in the first

18     division or first class, there has to be a

19     score greater than 60 percent?

20  A.   Yes, above 60 percent.

21  Q.   Sixty percent or above?

22  A.   Above, yes.

23  Q.   In order to be in the second class, what is the

24     percentage?

25  A.   Between 50 and 60.

1  Q.   Between 50 and 60?

2  A.   Yes.

3  Q.   Okay, just so I understand it, anything above

4       60 percent is the equivalent of first class?

5  A.   Yes.

6  Q.   Okay, now, in regard to your son when he was

7       living here in the United States, as I

8       understand it, he came to the United States and

9       lived in Detroit, Michigan, for a very short

10      period of time?

11 A.   Yes.

12 Q.   And that was less than -- a month or so?

13 A.   Yes.

14 Q.   And then he moved into the Boston,

15      Massachusetts area, correct?

16 A.   Yes.

17 Q.   And as I understand it, at the time of his

18      death, he was living in Boston, Massachusetts?

19 A.   Yes.

20 Q.   That's where he resided.  That's where his home

21      was, correct?

22 A.   Yes, yes.

23 Q.   He had an apartment in Boston, Massachusetts?

24 A.   Yes.

25 Q.   Am I correct that your son never lived in

```
 1          Pennsylvania?

 2   A.     No.

 3   Q.     He never lived here, correct, in the state of

 4          Pennsylvania?

 5   A.     No.

 6   Q.     And other than that one month when he first

 7          came to the United States in 1998 --

 8   A.     Yes.

 9   Q.     -- he never lived or had a residence in

10          Michigan before his death?

11   A.     Well, first -- first only he came.  Afterwards,

12          he's coming and going.

13   Q.     But other than in the period in May, he never

14          resided in Michigan?

15   A.     No, no.

16   Q.     And he didn't live in Michigan with anybody,

17          correct?

18   A.     No.

19   Q.     He was a resident of Massachusetts, correct?

20   A.     Yes.

21   Q.     Okay, now, you were asked about your son's

22          health, and you told me that he had good

23          health?

24   A.     Yes.

25   Q.     And there was one question that I had in his --
```

1        if you refer to Exhibit A, it talks about his

2        secondary education record.

3   A.   Yes.

4   Q.   And under the marks of identification, it

5        indicates in the handwriting that there was a

6        scar on his left cheek.

7   A.   Little scar.

8   Q.   Okay, what was that from?

9   A.   Scar, it was by birth that that came.

10  Q.   I'm sorry?

11            THE INTERPRETER:   (Interpretation.)

12       Something like you call a mole.  By birth, you

13       have that mark on your face, so that's like an

14       identification mark.

15  BY MR. CONNER:

16  Q.   I understand.

17  A.   There's two identifications.

18  Q.   That's what they're referring to.  It's not a

19       scar?

20  A.   Scar, that's a mole, mole type.

21  Q.   I understand.  Now, I just want to make sure

22       that the record is clear, still preserving my

23       objection, but I want to make sure that the

24       record is clear.

25            The only record of bank deposit that

46

1       you have indicating that -- that you've

2       indicated was a record of money you received

3       from your son would be the transaction of May

4       17th, 2001, for roughly the equivalent of 4,000

5       American dollars?

6   A.  Yes.

7   Q.  And that's the only record document that you

8       have which would indicate that there was cash

9       received from your son, correct?

10  A.  Yes, yes.

11  Q.  You have no records of any other cash

12      transactions from your son?

13  A.  No.

14  Q.  And you have no other bank records of your own

15      anyway --

16  A.  No, no.

17  Q.  Excuse me.  Let me finish my question, please.

18      You have no other bank records that would

19      indicate cash deposits of moneys that you

20      received from your son before his death?

21  A.  (Interpretation.)  Money, we don't put in bank

22      because tax will be there, so directly in

23      spending, if any checks will be there, I put in

24      bank.

25  Q.  Okay, but the only record that exists that we

1       have with us of any cash transactions with the

2       bank would be the one transaction in Exhibit I

3       that we looked at already today, correct?

4  A.   Yes.

5  Q.   All right, and just so that I'm clear, in --

6       excuse me, in September of 1999, that was when

7       you purchased of the flat that we were told

8       about, correct?

9  A.   Yes, yes.

10 Q.   And at that point in time, your husband was

11      still alive, correct?

12 A.   (Interpretation.)  Yes, he is alive.

13 Q.   And as my understanding of your culture -- and

14      please tell me if I'm wrong.  But in your

15      culture, the husband or the father is the

16      person that's responsible for providing for the

17      family, correct?

18 A.   Father.  But our culture, son only after -- the

19      son, employment, son only will see the father

20      and mother.

21 Q.   I understand.  But while the husband or father

22      is still alive, it's his obligation under your

23      culture to provide for his family, correct?

24 A.   No, not like that.  Father is also there.  Son

25      only will see.  When Radhika's mother is dead,



1      Radhika, her husband.  Son only will see the

2      mother, mother and father, both, our custom.

3 Q.    Okay, now --

4 A.    Daughters won't see.  Only son will see, father

5      and mother both.

6 Q.    Before you purchased the flat, and that was for

7      the equivalent of about 8,000 American dollars

8      -- correct?

9 A.    Yes.

10 Q.    Before you purchased that flat, who paid the

11      rent?

12 A.    Oh, father only.

13 Q.    Your husband paid the rent?

14 A.    Husband.  He got until '97, he's getting money,

15      little, little, but his works stopped.  So he

16      got less in works.  So we were very tight in

17      the money, for money.

18 Q.    Okay.

19 A.    From the time Rajesh went to America, he's

20      sending money.

21 Q.    And your son came to America in May of 1998?

22 A.    Yeah.  But sending America also, I take a loan

23      from bank.  That is 160.  That means how much

24      in -- I took out 3,500 millions dollar,

25      millions money I take in loan for Rajesh.

1   Q.   Okay, just so I'm clear, that's 3 million -- or

2        3,000 millions?  What was the amount of the

3        loan?

4   A.   3,000 millions.

5                THE INTERPRETER:  1.5 million.

6   A.   1.5 million.

7   BY MR. CHIODO:

8   Q.   That is that equivalent to the United States

9        dollars

10               THE INTERPRETER:  It comes to roughly

11       around $3,600 or so, around that.

12  BY MR. CHIODO:

13  Q.   Okay, and is that how you sustained yourself,

14       by taking out a bank loan?

15  A.   A loan, I had taken.

16  Q.   Now, again, I don't know if the jury is, and I

17       want to make sure they're all clear with Indian

18       custom.  But the bank account that was in your

19       name that we looked at the statement for, did

20       you have your own separate bank account --

21  A.   Yes.

22  Q.   -- before your husband passed away?

23  A.   Yes.

24  Q.   You did?

25  A.   Yes.



```
 1  Q.   So just so that I understand it correctly, you

 2       and your husband would have maintained separate

 3       bank accounts?

 4  A.   My husband's bank account is not there.  My

 5       only, because Rajesh is sending in my name

 6       only.

 7  Q.   Okay, but my question was, did you and your

 8       husband have separate bank accounts before your

 9       husband passed away?

10  A.   Of course.

11  Q.   You did?

12  A.   Pass away?  Before that only, I got.

13            THE INTERPRETER:  (Interpretation.)

14       Before that also, before Rajesh send also, they

15       both had one account only, and it was in her

16       name.

17  BY MR. CHIODO:

18  Q.   And just so I'm clear, the bank that you had

19       the statement from, Exhibit I here today,

20       that's the only bank that you did your banking

21       with?

22  A.   Yes.

23  Q.   Okay, and the records that we have reflect from

24       January 4th of 2001 until April 30th of 2005?

25  A.   Yes.
```