1  Q.     That's the statement that you provided to us.
2         And just so that we're clear, there's only one
3         cash transaction reflected in that for 4,000
4         American dollars?
5  A.     Yes.
6              MR. CHIODO: Okay, thank you. That's
7         all the questions I have.
8              MR. CONNER: Okay, I have no
9         questions. Let me tell you what I think we
10        ought to do because it will take 10 minutes.
11        I'm just going to ask Radhika who she is and
12        just ask her a few questions. So if you'll
13        just change sheets here for a second.
14                       - - - -
15        (The proceedings were concluded at 4:10 p.m.)
16                       - - - -

```
 1  COMMONWEALTH OF PENNSYLVANIA )        CERTIFICATE
 2  COUNTY OF ALLEGHENY          )   SS:
 3        I, Kristina Kircher, a Court Reporter and
 4  Notary Public in and for the Commonwealth of
 5  Pennsylvania, do hereby certify that the witness,
 6  JHANSI PADMARAJU RAJ, was by me first duly sworn to
 7  testify to the truth, the whole truth, and nothing
 8  but the truth; that the foregoing deposition was
 9  taken at the time and place stated herein; and that
10  the said deposition was recorded stenographically by
11  me and then reduced to printing under my direction,
12  and constitutes a true record of the testimony given
13  by said witness.
14        I further certify that I am not a relative or
15  employee of any of the parties, or a relative or
16  employee of either counsel, and that I am in no way
17  interested directly or indirectly in this action.
18        IN WITNESS WHEREOF, I have hereunto set my hand
19  and affixed my seal of office this 16th day of May,
20  2005.
21
22
23                      _____
24                              Notary Public
25
```

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kristina L. Kircher, Notary Public
City Of Erie, Erie County
My Commission Expires Nov. 15, 2008
Member, Pennsylvania Association Of Notaries

```
                                                              53

 1  COMMONWEALTH OF PENNSYLVANIA    )       E R R A T A
    COUNTY OF ALLEGHENY             )         S H E E T
 2
         I, JHANSI PADMARAJU RAJ, have read the
 3  foregoing pages of my deposition given on Friday, May
    6, 2005, and wish to make the following, if any,
 4  amendments, additions, deletions or corrections:

 5  Page/Line   Should Read              Reason for Change

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19
    In all other respects, the transcript is true and
20  correct.

21                         _____
                                   JHANSI PADMARAJU RAJ
22
    Subscribed and sworn to before me this
23  _____ day of _____, 2005.

24  _____
              Notary Public.
25       AKF Reference No. KK87638c.
```