U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-01-032-53998 | | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>November 13, 2000 | PRIORITY DATE | PETITIONER<br>ADVENT BUSINESS SOLUTIONS |
| NOTICE DATE<br>January 23, 2001 | PAGE<br>1 of 1 | BENEFICIARY<br>PADMARAJU, RAJESH K. |

ADVENT BUSINESS SOLUTIONS
C/O RAVINDER PATLOLA VICE PRESIDENT
1199 AMBOY AVENUE
EDISON NJ 08837

Notice Type: Approval Notice
Class: H1B1
Valid from 01/20/2001 to 12/18/2003



DEPOSITION EXHIBIT U
P. Jhansi
AKF

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-98-108-50359 | | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE<br>March 9, 1998 | PRIORITY DATE | PETITIONER<br>MIS INTL INC |
| NOTICE DATE<br>March 24, 1998 | PAGE<br>1 of 1 | |

| | |
|---|---|
| JOSEPH M. KALLABAT<br>LAW OFF OF BRIKHO & KALLABAT P C<br>31731 NORTHWESTERN HWY STE 111E<br>FARMINGTON HILLS MI 48334 | Notice Type:  Approval Notice<br>Class: H1B1<br>Valid from 03/19/98 to 02/01/01 |

The above petition has been approved, and cable notification has been sent to the listed consulate.  You may also send the tear-off bottom part of this notice to the worker(s) to show the approval.  Please contact the consulate with any questions about visa issuance.  THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

Petition approval does not authorize employment.  When the workers are granted status based on this petition they can then work for the petitioner, but only as detailed in the petition and for the period authorized.  Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval.  If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition.  Changes in employment also require a new petition.  Include a copy of this notice with any other required documentation.

If any of the worker(s) included in this petition do not actually enter the United States, substitutions of different workers are not made, the petitioner must notify this office so the allocated nonimmigrant visa numbers can be re-used.

Number of workers: 1

| Name | DOB | COB | Class | Consulate or POE | OCC Code |
|---|---|---|---|---|---|
| PADMARAJU, RAJESH KUMAR | 04/13/74 | INDIA | H1B1 | CHENNAI | 050 |

Please see the additional information on the back.  You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-437-5218**

Form I797B (Rev. 09/07/93)N

Please tear off portion below and forward it to the alien worker.

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: LIN-98-108-50359           Case Type: I129
Notice Date: March 24, 1998          Petitioner: MIS INTL INC
Petition Validity Dates: 03/19/98 through 02/01/01     Number of Workers: 1

| Name | DOB | COB | Class | Consulate or POE | OCC Code |
|---|---|---|---|---|---|
| PADMARAJU, RAJESH KUMAR | 04/13/74 | INDIA | H1B1 | CHENNAI | 050 |

Form I797B (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

| | |
|---|---|
| **RECEIPT NUMBER** EAC-99-077-51173 | **CASE TYPE** I129 PETITION FOR A NONIMMIGRANT WORKER |
| **RECEIPT DATE** January 14, 1999 | **PRIORITY DATE** |
| | **PETITIONER** COMPUTING OPTIONS |
| **NOTICE DATE** January 21, 1999 | **PAGE** 1 of 1 |
| | **BENEFICIARY** PADMARAJU, RAJESH K. |

COMPUTING OPTIONS
C/O KENNETH E KOEHLER ADMINISTRATOR
PO BOX 1669
SANIBEL FL 33957

Notice Type:  Approval Notice
Class: H1B1
Valid from 01/21/1999 to 03/15/2001

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-3160**
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

**Receipt #** EAC-99-077-51173
**I-94#** 684575440 06
**NAME** PADMARAJU, RAJESH K.
**CLASS** H1B1

VALID FROM 01/21/1999 UNTIL 03/15/2001

PETITIONER: COMPUTING OPTIONS
PO BOX 1669
SANIBEL FL 33957

Form I797A (Rev. 09/07/93)N

12/11/2000 21:29   8606890053   ZEN TECHNOLOGIES LLC   PAGE 01

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-00-253-51132 | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIPT DATE<br>August 22, 2000 | PRIORITY DATE | PETITIONER<br>ZEN TECHNOLOGIES LLC |
| NOTICE DATE<br>December 1, 2000 | PAGE<br>1 of 1 | BENEFICIARY<br>PADMA RAJU, RAJESH K. |

HAROLD J. LAMBOLEY
LAMBOLEY LAW FIRM
2927 OLD DIXWELL AVENUE
HAMDEN CT 06518

Notice Type: Approval Notice
Class: H1B1
Valid from 11/30/2000 to 03/05/2003

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The I-94 part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824 **Application for Action on an Approved Application or Petition** with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913
Form I797A (Rev. 09/07/93)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-00-253-51132
I-94# 395846047 08
NAME PADMA RAJU, RAJESH K.
CLASS H1B1
VALID FROM 11/30/2000 UNTIL 03/05/2003

PETITIONER: ZEN TECHNOLOGIES LLC
714 HILL ROAD
HARWINTON CT 06791

395846047 08

Receipt Number EAC-00-253-51132
Immigration and
Naturalization Service
I-94
Departure Record    Petitioner: ZEN TECHNOLOG

| 14. Family Name<br>PADMA RAJU | |
|---|---|
| 15. First (Given) Name<br>RAJESH | 16. Date of Birth<br>04/13/1974 |
| 17. Country of Citizenship<br>INDIA | |

Form I797A (Rev 09/07/93)N

1271684

Padmaraju

| Labor Condition Application for H-1B Nonimmigrants | U.S. Department of Labor Employment and Training Administration U.S. Employment Service | OMB Approval No.: 1205-0310 Expiration Date: 11-30-97 |
|---|---|---|

**1. Full Legal Name of Employer**
Computing Options, Inc.

**Federal Employer I.D. Number**
58-1418540

**3. Employer's Telephone No.**
( 941 ) 395-0660

**4. Employer's FAX No.**
( 941 ) 395-1315

**5. Employer's Address** (No., Street, City, State, and ZIP Code)
2402 Palm Ridge Road
Box 1669
Sanibel FL 33957-1669

**6. Address Where Documentation is Kept** (If different than item 5)
2402 Palm Ridge Road
Sanibel FL 33957

**7. OCCUPATIONAL INFORMATION** (Use attachment if additional space is needed)

(a) Three-digit Occupational Group Code (From Appendix 2): 030    (b) Job Title (Check Box if Part-Time): Computer Programmer Analyst

| (c) No. of H-1B Nonimmigrants | (d) Rate of Pay | (e) Prevailing Wage Rate and its Source (see instructions) | (f) Period of Employment From / To | (g) Location(s) Where H-1B Nonimmigrants Will Work (see instructions) |
|---|---|---|---|---|
| four (4) | $ 41,500 $ per year | $ 41,371 $ per year  ☒SESA ☐Other: | 1/15 1999 / 1/15 2002 | 120 Stafford Street Worcester MA 01603 |

**8. EMPLOYER LABOR CONDITION STATEMENTS** (Employers are required to develop and maintain documentation supporting labor condition statements 8(a) and 8(d). Employers are further required to make available for public examination a copy of the labor condition application and necessary supporting documentation within one (1) working day after the date on which the application is filed with DOL. Check each box to indicate that the employer will comply with each statement.)

☒ (a) H-1B nonimmigrants will be paid at least the actual wage level paid by the employer to all other individuals with similar experience and qualifications for the specific employment in question or the prevailing wage level for the occupation in the area of employment, whichever is higher.

☒ (b) The employment of H-1B nonimmigrants will not adversely affect the working conditions of workers similarly employed in the area of intended employment.

☒ (c) On the date this application is signed and submitted, there is not a strike, lockout or work stoppage in the course of a labor dispute in the occupation in which H-1B nonimmigrants will be employed at the place of employment. If such a strike or lockout occurs after this application is submitted, I will notify ETA within 3 days of the occurrence of such a strike or lockout and the application will not be used in support of petition filings with INS for H-1B nonimmigrants to work in the same occupation at the place of employment until ETA determines the strike or lockout has ceased.

☒ (d) A copy of this application has been, or will be, provided to each H-1B nonimmigrant employed pursuant to this application, and, as of this date, notice of this application has been provided to workers employed in the occupation in which H-1B nonimmigrants will be employed: (check appropriate box)

☐ (i) Notice of this filing has been provided to the bargaining representative of workers in the occupation in which H-1B nonimmigrants will be employed; or

☒ (ii) There is no such bargaining representative; therefore, a notice of this filing has been posted and was, or will remain, posted for 10 days in at least two conspicuous locations where H-1B nonimmigrants will be employed.

**9. DECLARATION OF EMPLOYER.** Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the information provided on this form is true and correct. In addition, I declare that I will comply with the Department of Labor regulations governing this program and, in particular, that I will make this application, supporting documentation, and other records, files and documents available to officials of the Department of Labor, upon such official's request, during any investigation under this application or the Immigration and Nationality Act.

Monica Albert, Administrator    *[signed]* Monica Albert    December 21, 1998
Name and Title of Hiring or Other Designated Official    Signature    Date

Complaints alleging misrepresentation of material facts in the labor condition application and/or failure to comply with the terms of the labor condition application may be filed with any office of the Wage and Hour Division of the United States Department of Labor.

AN APPLICATION CERTIFIED BY DOL MUST BE FILED IN SUPPORT OF AN H-1B VISA PETITION WITH THE INS.

**FOR U.S. GOVERNMENT AGENCY USE ONLY:** By virtue of my signature below, I acknowledge that this application is hereby certified and will be valid from 1/15/99 through 1/15/02.

*[signed]*    01271684    1/13/99
Signature and Title of Authorized DOL Official    ETA Case No.    Date

Subsequent DOL Action:    Suspended _____ (date)    Invalidated _____ (date)    Withdrawn _____ (date)

The Department of Labor is not the guarantor of the accuracy, truthfulness or adequacy of a certified labor condition application.

Public reporting burden for this collection of information is estimated to average 1¼ hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of U.S. Employment Service, Department of Labor, Room N-4470 and/or the Office of IRM Policy, DOL, Room N-1301, 200 Constitution Avenue, N.W., Washington, DC 20210. (1205-0310).

**DO NOT SEND THE COMPLETED FORM TO EITHER OF THESE OFFICES**

ETA 9035 (Rev. Dec. 1994)
☆ U. S. GOVERNMENT PRINTING OFFICE: 1995—684-867