# NORTHROP-SASSAMAN
### — FUNERAL DIRECTORS —

John B. Sassaman, Mgr.

STATEMENT OF FUNERAL, GOODS AND SERVICE CONTRACT

Rajish Padmapadu                          Date: _____

**SERVICES SELECTED   A**

| | |
|---|---|
| Services of the Funeral Director and Staff | $ 600.00 |
| Transfer of the Deceased to Funeral Home | 550.00 |
| Embalming | |
| Preparation For Final Disposition | 75.00 |
| Hairdresser | |
| Sanitary Care of Unembalmed Person | |
| Use of Facilities and Staff for Visitation | |
| Use of Staff, Facilities & Equipment for On or Off Premise Service | 650.00 |
| Staff for Off Premise Memorial Service | |
| Staff for Graveside Service | |
| Hearse to Local Cemetery or Crematory | |
| Alternative Vehicle to Cemetery or Crematory | 210.00 |
| Custodial Care of Deceased ___ Day(s) | |
| Cremation Unit Rental Fee | |
| Other | |
| Other | |
| SERVICE CHARGE TOTAL   A | $ 2225.00 |

**SERVICES SELECTED   B**

| | |
|---|---|
| Casket/Container (for cremation) | $ 650.00 |
| Outer Receptacle | |
| Urn | |
| Clothing | |
| Clothing | |
| Register Book | |
| Memorial Folders/Holy Cards | |
| Acknowledgement Cards | |
| Crucifix/Cross | |
| Other | |
| Other | |
| Other | |
| MERCHANDISE TOTAL | $ 650.00 |
| State Sales Tax | 39.00 |
| TOTAL SECTION B | $ 689.00 |

**CASH ACCOMMODATIONS   C**

| | |
|---|---|
| Clergy Honorarium | $ _____ |
| Certified Copies (at) | 36.00 |
| Newspaper Notices | |
| Newspaper Notices | |
| Newspaper Notices | |
| Newspaper Notices | |
| Limousine(s) | |
| Commercial Transportation | |
| Special Authorizations | 75.00 |
| Cremation Permit | 10.00 |
| Cemetery/Cremation Labor | 160.00 |
| Cemetery Equipment | |
| Other _____ | 475.00 |
| Other | |
| Other | |
| Other | |
| TOTAL SECTION   C | $ _____ |

**ADDITIONAL ITEMS ORDERED   D**

| | |
|---|---|
| | $ |
| | |
| TOTAL SECTION D | $ |

**SUMMATION OF CHARGES**

| | |
|---|---|
| TOTAL A | $ 2225.00 |
| TOTAL B | $ 689.00 |
| TOTAL C | $ 750.00 |
| SUB TOTAL | $ 3164.00 |

**ADDITIONAL ITEMS**

| | |
|---|---|
| TOTAL D | $ |
| BALANCE DUE | $ |

BALANCE DUE BY _____

_____% Interest Per Annum will be charged on unpaid balances past 30 days. In addition, I agree to pay reasonable attorney's fees, court costs or collection fees. I, or we, also understand and agree that the personal liability for the charges set forth in this contract and any additional charges incurred by verbal instruction will be assumed by the signatures on this document.
A DOWN PAYMENT OF $ _____ IS DUE BY _____. A FINAL BILLING OF THIS CONTRACT WITH THE BALANCE DUE WILL BE MAILED WITHIN A WEEK.

**WARRANTY DISCLAIMER**

[faded paragraph text]

**DISCLOSURES**

[faded paragraph text]

I, or we, accept and approve of the above and agree to pay the BALANCE DUE according to the payment terms.

Signature: _____
7622 Lee Crest Dr.
West Bloomfield MI 48322

We agree to furnish all services and merchandise indicated above.
NORTHROP-SASSAMAN FUNERAL DIRECTORS

By _____

Social Security #  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
Driver's License # _____
Co-Signer _____

429

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing Evidentiary Appendix was served upon Edward J. Chiodo, Esquire, counsel for Defendants, 436 Boulevard of the Allies, Suite 500, Pittsburgh, Pennsylvania 15219-1314, this 28th day of July, 2005.

CONNER RILEY & FRYLING

BY _Andrew Conner_
ANDREW J. CONNER, ESQUIRE
ATTORNEY FOR PLAINTIFF
17 West Tenth Street
P.O. Box 860
Erie, PA  16512-0860
(814) 453-3343

DATED: July 28, 2005.