IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADHIKA VEGESNA, Personal Representative of the ESTATE OF RAJESH PADMARAJU, Deceased Plaintiff | : | |
| VS. | : | NO. 03-295 ERIE |
| ISD TRANSPORTATION COMPANY, INC., MANDEEP SINGH, SAMINDER SINGH, and SAMINDER SINGH, d/b/a ISD TRANSPORTATION COMPANY, INC., Defendants | : | |
| RADHIKA VEGESNA, Personal Representative of the ESTATE OF RAJESH PADMARAJU, Deceased Plaintiff | : | |
| VS. | : | NO. 03-317 ERIE |
| SAMINDER SINGH and SAMINDER SINGH, d/b/a ISD TRANSPORTATION COMPANY, INC., Defendants | : | |
| RADHIKA VEGESNA, Personal Representative of the ESTATE OF RAJESH PADMARAJU, Deceased, Plaintiff | : | NO. 04-34 ERIE |
| VS. | : | |
| ISD TRANSPORTATION, COMPANY, INC., SAMINDER SINGH, SAMINDER SINGH, d/b/a ISD TRANSPORTATION COMPANY, INC., MANDEEP SINGH and GURMINDER SINGH, Defendants | : | |

PLAINTIFF'S REQUESTS FOR
ADMISSIONS DIRECTED TO DEFENDANT, MANDEEP SINGH

AND NOW comes the Plaintiff, RADHIKA VEGESNA, by her

counsel, ANDREW J. CONNER of CONNER RILEY & FRYLING, 17 West

Tenth Street, P.O. Box, Erie, Pennsylvania 16512-0860, and,

pursuant to Rule 36 of the Federal Rules of Civil Procedure,

submits the following Requests for Admissions directed to the

Defendant, Mandeep Singh, all of which are to be answered within thirty (30) days under oath in accordance with the Federal Rules of Civil Procedure.

1.   Does the Defendant, Mandeep Singh, admit that attached hereto as Exhibit "A" is a copy of the original and supplemental Pennsylvania State Police report (19 pages) of the October 5, 2001 collision giving rise to the death of Rajesh Padmaraju?

ADMITTED.

DENIED.


2.   Does the Defendant, Mandeep Singh, admit that attached hereto as Exhibit "B" is a copy of his California Commercial Driver's License in effect as of October 5, 2001?

ADMITTED.

DENIED.


3.   Does the Defendant, Mandeep Singh, admit that after the October 5, 2001 fatality, giving rise to this action, he advised the Pennsylvania State Police of his phone number, (661) 746-2900, which the Pennsylvania State Police correctly recorded on page 6 of Exhibit "A"?

ADMITTED.

DENIED.

4.   Does the Defendant, Mandeep Singh, admit that his residence address on his California Commercial Driver's License is accurately recorded as 30348 Madera Drive, Shafter, California 92363?

ADMITTED.

DENIED.


5.   Does the Defendant, Mandeep Singh, admit that phone number (661) 746-2900, as of October 5, 2001, was issued in the name of Karmjit Kaur at 30348 Medera Avenue, Shafter, California 93263?

ADMITTED.

DENIED.


6.   With respect to Karmjit Kaur, as of October 5, 2001, does the Defendant, Mandeep Singh:

(a)   Admit he was personally acquainted with him?

ADMITTED.

DENIED.


(b)   Deny he was personally acquainted with him?

ADMITTED.

DENIED.


7.   Does the Defendant, Mandeep Singh, admit that as of January 31, 2002, phone number (661) 746-2935, was listed to

Mandeep Singh and Manjinder Singh, 475 North Wall Street,

Shafter, California 93263?

ADMITTED.

DENIED.


8.    Does the Defendant, Mandeep Singh, admit the following

with respect to phone number (661) 746-2935, made reference to in

the previous Request for Admission:

    (a)  It had not been listed in his name as of October

5, 2001?

ADMITTED.

DENIED.


    (b)  It had been first listed in his name on a date

after October 5, 2001 and prior to January 31, 2002?

ADMITTED.

DENIED.


                  Respectfully submitted,

                  CONNER RILEY & FRYLING


                  BY *Andrew J. Conner*
                  ANDREW J. CONNER, ESQUIRE
                  ATTORNEY FOR PLAINTIFF
                  17 West Tenth Street
                  P.O. Box 860
                  Erie, PA  16512-0860
                  (814) 453-3343

DATED: April 29, 2005.

000745 - 19

## COMMONWEALTH OF PENNSYLVANIA POLICE CRASH REPORTING FORM

AT   FATAL   New   1400870

AA 45 1 1   Case Closed ☑ Yes ☐ No   Page 001   ☐ Change/Continue

**Police Agency Data**

Incident Number: E1-9759C3   68E01   08

Agency Name: PA STATE POLICE   Precinct: ERIE   Investigation Date (MM-DD-YYYY): 10-05-2001

Dispatch Time (mil): 2336   Arrival Time (mil): 2348   Investigator: TPR DAVID J. PECK   Badge Number: 7391

Reviewer: CAL WATKINS   Badge Number: 4794   Approval Date (MM-DD-YYYY): 10-07-2001

**Crash Data**

County: 25   County Name: ERIE   Municipality: 213   Municipality Name: MILLCREEK TWP

Crash Date (MM-DD-YYYY): 10-05-2001   Crash Time (Military): 2339   No of Units: 03   No of People: 04   No Injured: 01   No Killed: 01   (If > 08, Complete Form: AA 45 P 1)

Day of Week: ☐ Sun ☐ Thu / ☐ Mon ☑ Fri / ☐ Tue ☐ Sat / ☐ Wed ☐ Unk

Reportable Crash: ☐ Yes ☐ No   Not by Highway Maintenance: ☐ Yes ☐ No   School Bus Related: ☐ Yes ☑ No   School Zone Related: ☐ Yes ☑ No   PennDOT Property: ☐ Yes ☑ No

**Unit Information**

Unit Number: 01   Delete? ☐   Type Unit ▸ Motor Vehicle in Transport ☐ / Pedestrian ☐   Hit & Run Vehicle ☐   ☑ Illegally Parked   ☐ Legally Parked   ☐ Non-Motorized / Pedestrian on Skates, in Wheelchair, etc ☐   Disabled From Previous Crash ☐   Train ☐   Phantom Vehicle ☐

Owner Last Name (If Pedestrian, skip to Form AA 45 3 1): PADMARAJU   FI: R   MI:   Telephone Number: 508-853-5768

Address: 54 HARLEY DR APT #8   City: WORCESTER   State: MA   Zip: 01606

VIN: 4A3AK34Y1TE340603   Model Year: 1996   Vehicle Make: 52

License Plate: 4363MR   Reg. State: MA   Travel Speed: 00   *Refer to List on Back of Overlay

Insurance: ☐ Yes ☐ No ☑ Unknown   Insurance Company: LIBERTY MUTUAL   Policy No: UNKNOWN   Insurance Company Phone: UNKNOWN

Vehicle Towed: ☑ Yes ☐ No   Towed To: HAMMETT AUTO   Towed By: HAMMETT AUTO   Tow Agency Phone: 814-825-4989

Commercial Vehicle: ☐ Yes ☐ No (If Yes, Complete Form: AA 45 C 1)

---

Unit Number: 02   Delete? ☐   Type Unit ▸ Motor Vehicle in Transport ☐ / Pedestrian ☐   Hit & Run Vehicle ☐   Illegally Parked   Legally Parked   Non-Motorized / Pedestrian on Skates, in Wheelchair, etc ☐   Disabled From Previous Crash ☐   Train ☐   Phantom Vehicle ☐

Owner Last Name (If Pedestrian, skip to Form AA 45 3 1): NOLAN   FI:   MI:   Telephone Number: 814-474-5301

Address: 8050 W PLATZ RD   City: FAIRVIEW   State: PA   Zip: 16415

VIN: 4S3BK4353V6306583   Model Year: 1997   Vehicle Make: 48

License Plate: XTD746   Reg. State: PA   Travel Speed: 35   *Refer to List on Back of Overlay

Insurance: ☐ Yes ☐ No ☐ Unknown   Insurance Company:   Policy No:   Insurance Company Phone:

Vehicle Towed: ☐ Yes ☐ No   Towed To: HAMMETT AUTO   Towed By: HAMMETT AUTO   Tow Agency Phone: 814-825-4989

Commercial Vehicle: ☐ Yes ☐ No (If Yes, Complete Form: AA 45 C 1)

FATAL

**EXHIBIT "A"**

**000746**

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM**

**1400870**
☐ New

Crash Number
**P0163738**

AA 45 1 1    Case Closed ☐ Yes ☐ No    Page: ☐0☐0☐2    ☐ Change/ Continuation    | P | O | 1 | 6 | 3 | 7 | 3 | 7 |

**Police Agency Data**

Incident Number
E I - 9 7 5 ( 9 ) 6 3

Police Agency | Patrol Zone

Agency Name | Precinct | Investigation Date (MM-DD-YYYY)

Dispatch Time (mil) | Arrival Time (mil) | Investigator | Badge Number

Reviewer | Badge Number | Approval Date (MM-DD-YYYY)

**Crash Data**

County | County Name | Municipality | Municipality Name | Day of Week
☐ Sun ☐ Thu
☐ Mon ☐ Fri
☐ Tue ☐ Sat
☐ Wed ☐ Unk

Crash Date (MM-DD-YYYY) | Crash Time (Military) | No of Units | No of People | No Injured | No Killed (If > 08, Complete Form AA 45 F 1)

Reportable Crash ☐ Yes ☐ No | Not fy Highway Maintenance ☐ Yes ☐ No | School Bus Related ☐ Yes ☐ No | School Zone Related ☐ Yes ☐ No | PennDOT Property ☐ Yes ☐ No

**Unit Information**

Unit Number
0 3

Delete? ☐ | Type Unit ☐

☐ Motor Vehicle in Transport
☐ Pedestrian
☐ Hit & Run Vehicle
☐ Pedestrian on Skates, in Wheelchair, etc
☐ Illegally Parked
☐ Disabled From Previous Crash
☐ Legally Parked
☐ Train
☐ Non - Motorized
☐ Phantom Vehicle

Owner Last Name (If Pedestrian, skip to Form AA 45 3 1) | FI | MI | Telephone Number

Address | City | State | Zip

VIN | Model Year | Vehicle Make*

License Plate | Reg. State | Travel Speed | *Refer to List on Back of Overlay

Commercial Vehicle ☐ Yes ☐ No
If Yes, Complete Forms AA 45 C 1

Insurance ☐ Yes ☐ No ☐ Un-known | Insurance Company | Policy No | Insurance Company Phone

Vehicle Towed ☐ Yes ☐ No | Towed To | Towed By | Tow Agency Phone

**Unit Information**

Unit Number
0 4

Delete? ☐ | Type Unit ☐

☐ Motor Vehicle in Transport
☐ Pedestrian
☐ Hit & Run Vehicle
☐ Pedestrian on Skates, in Wheelchair, etc
☐ Illegally Parked
☐ Disabled From Previous Crash
☐ Legally Parked
☐ Train
☐ Non - Motorized
☐ Phantom Vehicle

Owner Last Name (If Pedestrian, skip to Form AA 45 3 1) | FI | MI | Telephone Number
S A M I N D E R   S I N G H D B A | P | | 661-835-9146

Address | City | State | Zip
3033 N WALNUT AVE STE W219 | OKLAHOMA CITY | OK | 73105

VIN | Model Year | Vehicle Make*
1 X P 5 D B 9 X 9 4 D 4 6 9 1 1 3 | 2000 | 87

License Plate | Reg. State | Travel Speed | *Refer to List on Back of Overlay
1 P M 2 0 4 | OK | 55

Commercial Vehicle ☐ Yes ☐ No
If Yes, Complete Forms AA 45 C 1

Insurance ☐ Yes ☐ No ☐ Un-known | Insurance Company | Policy No | Insurance Company Phone

Vehicle Towed ● Yes ☐ No | Towed To  LAKE ERIE PETERBILT | Towed By  DYLEWSKI | Tow Agency Phone  814-825-2933

FORM AA 45 P 1 (5)

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM**   000747

1400870

⊗ New

Crash Number
P0163737

AA 45 2 1

Page: 0 0 3

○ Change/Continuation

---

**Vehicle Information**

Unit Number: 0 1

Trailing Units — Number of Trailing Units

Type of Unit
1=Towing Passenger Veh
2=Towing Truck
3=Towing Utility Trailer
4=Mobile or Modular Home
5=Camper
6=Trailer
7=Semi-Trailer
8=Other
9=Unknown

▶ Tag No            Tag Year    Tag State
▶ Tag No            Tag Year    Tag State

Vehicle Color: 0 2
01=Blue
02=Red
03=White
04=Green
05=Black
06=Yellow
07=Silver
08=Gold
09=Brown
10=Orange
11=Purple
12=Other
99=Unknown

Vehicle Type: 0 1
01=Automobile
02=Motorcycle
03=Bus
04=Small Truck
05=Large Truck
10=Snowmobile
11=Farm Equip
18=Other Type Special Veh
19=Unknown Type Special Veh
20=Unicycle, Bicycle, Tricycle
21=Other Pedalcycle
22=Horse and Buggy
23=Horse and Rider
24=Train
25=Trolley
98=Other
99=Unknown

Special Usage: 0 0
00=Not Applicable
01=Fire Veh
02=Ambulance
03=Police
08=Other Emergency Vehicle
11=Pupil Transport
12=Commercial Passenger Carrier
13=Tandem Trailer
21=Tractor Trailer
22=Twin Trailer
23=Triple Trailer
31=Modified Veh
99=Unknown

Initial Impact Point: 0 7
00=Non-Collision
13=Top
14=Undercarriage
15=Towed Unit
99=Unknown

Damage Indicator: 3
0=None
1=Minor (Driveable)
2=Functional (Mode are Damage, May Not be Driveable)
3=Disabling (Severe Not Driveable)
9=Unknown

Vehicle Role: 2
0=Non-Collision
1=Striking
2=Struck
3=Both Striking and Struck

Vehicle Position: 0 1
00=Not Applicable
01=Right Lane (Curb)
02=Right Turn Lane
03=Left Lane
04=Left Turn Lane
05=2-Direction Center Turn Lane
06=Other Forward Moving Lane
07=Oncoming Traffic Lane
08=Left of Trafficway
09=Right of Trafficway
10=HOV Lane
11=Shoulder Right
12=Shoulder Left
13=One Lane Road
98=Other
99=Unknown

Direction of Travel: W
N=North
S=South
E=East
W=West
U=Unknown

Movement: 0 3
01=Going Straight
02=Slowing/Stopping in Lane
03=Stopped in Traffic Lane
04=Passing/Overtaking Veh
05=Leaving a Parked Position
06=Parked
07=Entering a Parked Position
08=Trying to Avoid Animal, Ped, Object, Veh, etc
09=Turning Right on Red
10=Turning Right
11=Turning Left on Red
12=Turning Left
13=Making a U-Turn
14=Backing Up
15=Changing Lanes or Merging
16=Negotiating Curve - Right
17=Negotiating Curve - Left
98=Other
99=Unknown

Gradient: 1
1=Level Roadway
2=Uphill
3=Downhill
4=Sag/Bottom of Hill
5=Crest/Top of Hill
9=Unknown

Alignment: 1
1=Straight
2=Curved
9=Unknown

---

**Vehicle Information**

Unit Number: 0 2

Trailing Units — Number of Trailing Units

Type of Unit
1=Towing Passenger Veh
2=Towing Truck
3=Towing Utility Trailer
4=Mobile or Modular Home
5=Camper
6=Trailer
7=Semi-Trailer
8=Other
9=Unknown

▶ Tag No            Tag Year    Tag State
▶ Tag No            Tag Year    Tag State

Vehicle Color: 0 1
01=Blue
02=Red
03=White
04=Green
05=Black
06=Yellow
07=Silver
08=Gold
09=Brown
10=Orange
11=Purple
12=Other
99=Unknown

Vehicle Type: 0 1
01=Automobile
02=Motorcycle
03=Bus
04=Small Truck
05=Large Truck
10=Snowmobile
11=Farm Equip
18=Other Type Special Veh
19=Unknown Type Special Veh
20=Unicycle, Bicycle, Tricycle
21=Other Pedalcycle
22=Horse and Buggy
23=Horse and Rider
24=Train
25=Trolley
98=Other
99=Unknown

Special Usage: 0 0
00=Not Applicable
01=Fire Veh
02=Ambulance
03=Police
08=Other Emergency Vehicle
11=Pupil Transport
12=Commercial Passenger Carrier
13=Tandem Trailer
21=Tractor Trailer
22=Twin Trailer
23=Triple Trailer
31=Modified Veh
99=Unknown

Initial Impact Point: 0 7
00=Non-Collision
13=Top
14=Undercarriage
15=Towed Unit
99=Unknown

Damage Indicator: 3
0=None
1=Minor (Driveable)
2=Functional (Moderate Damage, May Not be Driveable)
3=Disabling (Severe - Not Driveable)
9=Unknown

Vehicle Role: 3
0=Non-Collision
1=Striking
2=Struck
3=Both Striking and Struck

Vehicle Position: 0 1
00=Not Applicable
01=Right Lane (Curb)
02=Right Turn Lane
03=Left Lane
04=Left Turn Lane
05=2-Direction Center Turn Lane
06=Other Forward Moving Lane
07=Oncoming Traffic Lane
08=Left of Trafficway
09=Right of Trafficway
10=HOV Lane
11=Shoulder Right
12=Shoulder Left
13=One Lane Road
98=Other
99=Unknown

Direction of Travel: W
N=North
S=South
E=East
W=West
U=Unknown

Movement: 0 2
01=Going Straight
02=Slowing/Stopping in Lane
03=Stopped in Traffic Lane
04=Passing/Overtaking Veh
05=Leaving a Parked Position
06=Parked
07=Entering a Parked Position
08=Trying to Avoid Animal, Ped, Object, Veh, etc
09=Turning Right on Red
10=Turning Right
11=Turning Left on Red
12=Turning Left
13=Making a U-Turn
14=Backing Up
15=Changing Lanes or Merging
16=Negotiating Curve - Right
17=Negotiating Curve - Left
98=Other
99=Unknown

Gradient:
1=Level Roadway
2=Uphill
3=Downhill
4=Sag/Bottom of Hill
5=Crest/Top of Hill
9=Unknown

Alignment: 1
1=Straight
2=Curved
9=Unknown

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM**   000748   1400870   ☐ New

Crash Number

**P0163738**

AA 45 2 1

Page: 0 0 4   ☐ Change/ Continuation   P 0 1 6 3 7 3 7

## Unit 04

| Unit number | Trailing Unit(s) | Type of Unit | | |
|---|---|---|---|---|
| 04 | Number of Trailing Units: 1 | 1=Towing Passenger Veh 2=Towing Truck 3=Towing Utility Trailer 4=Mobile or Modular Home | 5=Camper 6=Trailer 7=Semi-Trailer 8=Other 9=Unknown | 7 |

Tag No: 6226AG   Tag Year: 2001   Tag State: OK

Tag No: ☐   Tag Year: ☐   Tag State: ☐

**Vehicle Color:** 01
- 01=Blue
- 02=Red
- 03=White
- 04=Green
- 05=Black
- 06=Yellow
- 07=Silver
- 08=Gold
- 09=Brown
- 10=Orange
- 11=Purple
- 12=Other
- 99=Unknown

**Vehicle Type:** 05
- 01=Automobile
- 02=Motorcycle
- 03=Bus
- 04=Small Truck
- 05=Large Truck
- 10=Snowmobile
- 11=Farm Equip
- 12=Construction Equip
- 18=Other Type Special Veh
- 19=Unknown Type Special Veh
- 20=Unicycle, Bicycle, Tricycle
- 21=Other Pedalcycle
- 22=Horse and Buggy
- 23=Horse and Rider
- 24=Train
- 25=Trolley
- 98=Other
- 99=Unknown

**Special Usage:** 21
- 00=Not Applicable
- 01=Fire Veh
- 02=Ambulance
- 03=Police
- 08=Other Emergency Vehicle
- 11=Pupil Transport
- 12=Commercial Passenger Carrier
- 13=Taxi
- 21=Tractor Trailer
- 22=Twin Trailer
- 23=Triple Trailer
- 31=Modified Veh
- 99=Unknown

**Initial Impact Point:** 01


- 00=Non-Collision
- 13=Top
- 14=Undercarriage
- 15=Towed Unit
- 99=Unknown

**Damage Indicator:** 3
- 0=None
- 1=Minor (Driveable)
- 2=Functional (Moderate Damage, May Not be Driveable)
- 3=Disabling (Severe - Not Driveable)
- 9=Unknown

**Vehicle Role:** 1
- 0=Non-Collision
- 1=Striking
- 2=Struck
- 3=Both Striking and Struck

**Vehicle Position:** 01
- 00=Not Applicable
- 01=Right Lane (Curb)
- 02=Right Turn Lane
- 03=Left Lane
- 04=Left Turn Lane
- 05=2-Direction Center Turn Lane
- 06=Other Forward Moving Lane
- 07=Oncoming Traffic Lane
- 08=Left of Trafficway
- 09=Right of Trafficway
- 10=HOV Lane
- 11=Shoulder Right
- 12=Shoulder Left
- 13=One Lane Road
- 98=Other
- 99=Unknown

**Direction of Travel:** W
- N=North
- S=South
- E=East
- W=West
- U=Unknown

**Movement:** 01
- 01=Going Straight
- 02=Slowing/Stopping in Lane
- 03=Stopped in Traffic Lane
- 04=Passing/Overtaking Veh
- 05=Leaving a Parked Position
- 06=Parked
- 07=Entering a Parked Position
- 08=Trying to Avoid Animal, Ped, Object, Veh, etc
- 09=Turning Right on Red
- 10=Turning Right
- 11=Turning Left on Red
- 12=Turning Left
- 13=Making a U-Turn
- 14=Backing Up
- 15=Changing Lanes or Merging
- 16=Negotiating Curve - Right
- 17=Negotiating Curve - Left
- 98=Other
- 99=Unknown

**Gradient:** 1
- 1=Level Roadway
- 2=Uphill
- 3=Downhill
- 4=Sag/Bottom of Hill
- 5=Crest/Top of Hill
- 9=Unknown

**Alignment:** 1
- 1=Straight
- 2=Curved
- 9=Unknown

## Unit (blank)

| Unit Number | Trailing Unit(s) | Type of Unit | | |
|---|---|---|---|---|
| ☐ | Number of Trailing Units: ☐ | 1=Towing Passenger Veh 2=Towing Truck 3=Towing Utility Trailer 4=Mobile or Modular Home | 5=Camper 6=Trailer 7=Semi-Trailer 8=Other 9=Unknown | ☐ |

Tag No: ☐   Tag Year: ☐   Tag State: ☐

Tag No: ☐   Tag Year: ☐   Tag State: ☐

**Vehicle Color:** ☐
- 01=Blue
- 02=Red
- 03=White
- 04=Green
- 05=Black
- 06=Yellow
- 07=Silver
- 08=Gold
- 09=Brown
- 10=Orange
- 11=Purple
- 12=Other
- 99=Unknown

**Vehicle Type:** ☐
- 01=Automobile
- 02=Motorcycle
- 03=Bus
- 04=Small Truck
- 05=Large Truck
- 10=Snowmobile
- 11=Farm Equip
- 12=Construction Equip
- 18=Other Type Special Veh
- 19=Unknown Type Special Veh
- 20=Unicycle, Bicycle, Tricycle
- 21=Other Pedalcycle
- 22=Horse and Buggy
- 23=Horse and Rider
- 24=Train
- 25=Trolley
- 98=Other
- 99=Unknown

**Special Usage:** ☐
- 00=Not Applicable
- 01=Fire Veh
- 02=Ambulance
- 03=Police
- 08=Other Emergency Vehicle
- 11=Pupil Transport
- 12=Commercial Passenger Carrier
- 13=Taxi
- 21=Tractor Trailer
- 22=Twin Trailer
- 23=Triple Trailer
- 31=Modified Veh
- 99=Unknown

**Initial Impact Point:** ☐


- 00=Non-Collision
- 13=Top
- 14=Undercarriage
- 15=Towed Unit
- 99=Unknown

**Damage Indicator:** ☐
- 0=None
- 1=Minor (Driveable)
- 2=Functional (Moderate Damage, May Not be Driveable)
- 3=Disabling (Severe - Not Drivable)
- 9=Unknown

**Vehicle Role:** ☐
- 0=Non-Collision
- 1=Striking
- 2=Struck
- 3=Both Striking and Struck

**Vehicle Position:** ☐
- 00=Not Applicable
- 01=Right Lane (Curb)
- 02=Right Turn Lane
- 03=Left Lane
- 04=Left Turn Lane
- 05=2-Direction Center Turn Lane
- 06=Other Forward Moving Lane
- 07=Oncoming Traffic Lane
- 08=Left of Trafficway
- 09=Right of Trafficway
- 10=HOV Lane
- 11=Shoulder Right
- 12=Shoulder Left
- 13=One Lane Road
- 98=Other
- 99=Unknown

**Direction of Travel:** ☐
- N=North
- S=South
- E=East
- W=West
- U=Unknown

**Movement:** ☐
- 01=Going Straight
- 02=Slowing/Stopping in Lane
- 03=Stopped in Traffic Lane
- 04=Passing/Overtaking Veh
- 05=Leaving a Parked Position
- 06=Parked
- 07=Entering a Parked Position
- 08=Trying to Avoid Animal, Ped, Object, Veh, etc
- 09=Turning Right on Red
- 10=Turning Right
- 11=Turning Left on Red
- 12=Turning Left
- 13=Making a U-Turn
- 14=Backing Up
- 15=Changing Lanes or Merging
- 16=Negotiating Curve - Right
- 17=Negotiating Curve - Left
- 98=Other
- 99=Unknown

**Gradient:** ☐
- 1=Level Roadway
- 2=Uphill
- 3=Downhill
- 4=Sag/Bottom of Hill
- 5=Crest/Top of Hill
- 9=Unknown

**Alignment:** ☐
- 1=Straight
- 2=Curved
- 9=Unknown

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM** 000749

1400970

**New**

Crash Number
**P0163737**

AA 45 3 1

Page: 0 0 5

**Change/Continuation**

---

## Unit Number 02 — Last Name NOLAN

FI: S  MI: A  Telephone Number: 814 474-5361

**Address:** RD1 8050 W PLATZ RD E   **City:** FAIRVIEW   **State:** PA   **Zip:** 16415

**License Number:** 15110409   **State:** PA
*If License Number is unknown or driver is not licensed, see manual*

**Alcohol/Drugs Suspected**
- ● No
- ○ Alcohol
- ○ Illegal Drugs
- ○ Alcohol and Drugs
- ○ Medication
- ○ Unknown

**Alcohol Test Type**
- ● Test Not Given
- ○ Blood
- ○ Breath
- ○ Urine
- ○ Other
- ○ Unknown If Test Given

**Alcohol Test Results**
0 . — ○ Test Refused  ○ Test Given, Contaminated Results  ○ Unknown Results

**Driver or Pedestrian Physical Condition**
- ● Apparently Normal
- ○ Had Been Drinking
- ○ Illegal Drug Use
- ○ Sick
- ○ Fatigue
- ○ Asleep
- ○ Medication
- ○ Unknown

**Pedestrian Signal at Scene of Crash**
- ○ No Pedestrian Signal
- ○ Pedestrian Signal

**Pedestrian Location**
- ○ Marked Crosswalks at Intersection
- ○ At Intersection - No Crosswalks
- ○ Non-Intersection Crosswalks
- ○ Driveway Access
- ○ In Roadway
- ○ Not in Roadway
- ○ Median
- ○ Island
- ○ Shoulder
- ○ Sidewalk
- ○ Off Road
- ○ > 10 Feet Off Road
- ○ Outside Trafficway
- ○ Shared Path/ Trail
- ○ Unknown

**Vehicle Code** List any Vehicle Code Section this driver has violated and mark if they were charged. — Charged with Violation?
○ Yes ○ No
○ Yes ○ No

**Owner/Driver Code** 0 1
00=Not Applicable
01=Private Vehicle Owned/Leased by Driver
02=Private Vehicle Not Owned/Leased by Driver
03=Rented Vehicle
04=State Police Vehicle
05=PennDOT Vehicle
06=Other State Gov Vehicle
07=Municipal Police Vehicle
08=Other Municipal Government Vehicle
09=Federal Gov Vehicle
98=Other
99=Unknown

**Driver Presence** 1
1=Driver Operated Vehicle
2=No Driver
3=Driver Fled Scene
4=Hit and Run
9=Unknown

---

## Unit Number 03 — Last Name PADMARAJU

FI: R  MI: Telephone Number:

**Address:** 4 ARENA ST   **City:** WORCESTER   **State:** MA   **Zip:** 01603

**License Number:** 364234305   **State:** MA
*If License Number is unknown or driver is not licensed, see manual*

**Alcohol/Drugs Suspected**
- ● No
- ○ Alcohol
- ○ Illegal Drugs
- ○ Alcohol and Drugs
- ○ Medication
- ○ Unknown

**Alcohol Test Type**
- ● Test Not Given
- ○ Blood
- ○ Breath
- ○ Urine
- ○ Other
- ○ Unknown If Test Given

**Alcohol Test Results**
0 . — ○ Test Refused  ○ Test Given, Contaminated Results  ○ Unknown Results

**Driver or Pedestrian Physical Condition**
- ● Apparently Normal
- ○ Had Been Drinking
- ○ Illegal Drug Use
- ○ Sick
- ○ Fatigue
- ○ Asleep
- ○ Medication
- ○ Unknown

**Pedestrian Signal at Scene of Crash**
- ● No Pedestrian Signal
- ○ Pedestrian Signal
- ○ Not at Intersection

**Pedestrian Location**
- ○ Marked Crosswalks at Intersection
- ○ At Intersection - No Crosswalks
- ○ Non-Intersection Crosswalks
- ○ Driveway Access
- ● In Roadway
- ○ Not in Roadway
- ○ Median
- ○ Island
- ○ Shoulder
- ○ Sidewalk
- ○ < 10 Feet Off Road
- ○ > 10 Feet Off Road
- ○ Outside Trafficway
- ○ Shared Path/ Trails
- ○ Unknown

**Vehicle Code** List any Vehicle Code Section this driver has violated and mark if they were charged. — Charged with Violation?
STOPPING, STANDING, PARKING   ○ Yes ● No
○ Yes ○ No

**Owner/Driver Code** 6 0
00=Not Applicable
01=Private Vehicle Owned/Leased by Driver
02=Private Vehicle Not Owned/Leased by Driver
03=Rented Vehicle
04=State Police Vehicle
05=PennDOT Vehicle
06=Other State Gov Vehicle
07=Municipal Police Vehicle
08=Other Municipal Government Vehicle
09=Federal Gov Vehicle
98=Other
99=Unknown

**Driver Presence** 2
1=Driver Operated Vehicle
2=No Driver
3=Driver Fled Scene
4=Hit and Run
9=Unknown

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM** 000750

000750    1400870  ☑ New    Crash Number
P0163738

AA 45 3 1    Page: ☐0☐0☐6☐  ☐ Change/Continuation    ☐P☐0☐1☐6☐3☐7☐3☐7☐

| Unit Number | Last Name | | FI | MI | Telephone Number |
|---|---|---|---|---|---|
| 0 4 | S I N G H | | M | | 061-746-2900 |

| Address | City | State | Zip |
|---|---|---|---|
| 1639 HOOPER RD | YUBA CITY | CA | |

| License Number | State | |
|---|---|---|
| D 2 8 3 9 3 1 S | CA | If License Number is unknown or driver is not licensed, see manual |

## Vehicle Driver/Pedestrian Information

**Alcohol/Drugs Suspected**
- ● No
- ○ Alcohol
- ○ Illegal Drugs
- ○ Alcohol and Drugs
- ○ Medication
- ○ Unknown

**Alcohol Test Type**
- ● Test Not Given
- ○ Blood
- ○ Breath
- ○ Urine
- ○ Other
- ○ Unknown If Test Given

**Alcohol Test Results**
- 0
- ○ Test Refused
- ○ Test Given, Contaminated Results
- ○ Unknown Results

**Driver or Pedestrian Physical Condition**
- ● Apparently Normal
- ○ Had Been Drinking
- ○ Illegal Drug Use
- ○ Sick
- ○ Fatigue
- ○ Asleep
- ○ Medication
- ○ Unknown

**Pedestrian Only Information**

**Pedestrian Signal at Scene of Crash**
- ○ No Pedestrian Signal
- ○ Pedestrian Signal
- ○ Not at Intersection

**Pedestrian Location**
- ○ Marked Crosswalks at Intersection
- ○ At Intersection - No Crosswalks
- ○ Non-Intersection Crosswalks
- ○ Driveway Access
- ○ In Roadway
- ○ Not in Roadway
- ○ Median
- ○ Island
- ○ Shoulder
- ○ Sidewalk
- ○ < 10 Feet Off Road
- ○ > 10 Feet Off Road
- ○ Outside Trafficway
- ○ Shared Paths/Trails
- ○ Unknown

**Vehicle Code** List any Vehicle Code Section this driver has violated and mark if they were charged.

| | Charged with Violation? |
|---|---|
| | ○ Yes ○ No |
| | ○ Yes ○ No |

**Owner/Driver Code**
0 2

- 00=Not Applicable
- 01=Private Vehicle Owned/ Leased by Driver
- 02=Private Vehicle Not Owned/Leased by Driver
- 03=Rented Vehicle
- 04=State Police Vehicle
- 05=PennDOT Vehicle
- 06=Other State Gov Vehicle
- 07=Municipal Police Vehicle
- 08=Other Municipal Government Vehicle
- 09=Federal Gov Vehicle
- 98=Other
- 99=Unknown

**Driver Presence**
1
- 1=Driver Operated Vehicle
- 2=No Driver
- 3=Driver Fled Scene
- 4=Hit and Run
- 9=Unknown

---

| Unit Number | Last Name | | FI | MI | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| License Number | State | |
|---|---|---|
| | | If License Number is unknown or driver is not licensed, see manual |

## Vehicle Driver/Pedestrian Information

**Alcohol/Drugs Suspected**
- ○ No
- ○ Alcohol
- ○ Illegal Drugs
- ○ Alcohol and Drugs
- ○ Medication
- ○ Unknown

**Alcohol Test Type**
- ○ Test Not Given
- ○ Blood
- ○ Breath
- ○ Urine
- ○ Other
- ○ Unknown If Test Given

**Alcohol Test Results**
- 0
- ○ Test Refused
- ○ Test Given, Contaminated Results
- ○ Unknown Results

**Driver or Pedestrian Physical Condition**
- ○ Apparently Normal
- ○ Had Been Drinking
- ○ Illegal Drug Use
- ○ Sick
- ○ Fatigue
- ○ Asleep
- ○ Medication
- ○ Unknown

**Pedestrian Only Information**

**Pedestrian Signal at Scene of Crash**
- ○ No Pedestrian Signal
- ○ Pedestrian Signal
- ○ Not at Intersection

**Pedestrian Location**
- ○ Marked Crosswalks at Intersection
- ○ At Intersection - No Crosswalks
- ○ Non-Intersection Crosswalks
- ○ Driveway Access
- ○ In Roadway
- ○ Not in Roadway
- ○ Median
- ○ Island
- ○ Shoulder
- ○ Sidewalk
- ○ < 10 Feet Off Road
- ○ > 10 Feet Off Road
- ○ Outside Trafficway
- ○ Shared Paths/Trails
- ○ Unknown

**Vehicle Code** List any Vehicle Code Section this driver has violated and mark if they were charged.

| | Charged with Violation? |
|---|---|
| | ○ Yes ○ No |
| | ○ Yes ○ No |

**Owner/Driver Code**

- 00=Not Applicable
- 01=Private Vehicle Owned/ Leased by Driver
- 02=Private Vehicle Not Owned/Leased by Driver
- 03=Rented Vehicle
- 04=State Police Vehicle
- 05=PennDOT Vehicle
- 06=Other State Gov Vehicle
- 07=Municipal Police Vehicle
- 08=Other Municipal Government Vehicle
- 09=Federal Gov Vehicle
- 98=Other
- 99=Unknown

**Driver Presence**
- 1=Driver Operated Vehicle
- 2=No Driver
- 3=Driver Fled Scene
- 4=Hit and Run
- 9=Unknown

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM**

1400870    000751    P0163737

Crash Number

FP None    Change/Continuation

AA 4541    Page 007

## People Information

**A Person Type**
1 = Driver
2 = Passenger
7 = Pedestrian
8 = Other
9 = Unknown

**B Sex**
F = Female
M = Male
U = Unknown

**C Injury Severity**
0 = Not Injured
1 = Killed
2 = Major Injury
3 = Moderate Injury
4 = Minor Injury
9 = Unknown

**D Seat Position**
00 = Not A Passenger/Occupant
01 = Driver - All Vehicles
02 = Front Seat Middle Position
03 = Front Seat Right Side
04 = Second Row - Left Side Or Motorcycle Passenger
05 = Second Row - Middle Position
06 = Second Row - Right Side
07 = Third Row Or Greater - Left Side
08 = Third Row Or Greater - Middle Position
09 = Third Row Or Greater - Right Side
10 = Sleeper Section Of Truckcab
11 = In Other Enclosed Passenger Or Cargo Area
12 = In Open Area (Back Of Pickup, Etc.)
13 = Trailing Unit
14 = Riding On Vehicle Exterior
15 = Bus Passenger
98 = Othe
99 = Unknown

**E Safety Equipment Ones**
00 = None Used / Not Applicable
01 = Shoulder Belt Used
02 = Lap Belt Used
03 = Lap And Shoulder Belt Used
04 = Child Safety Seat Used
05 = Motorcycle Helmet Used
06 = Bicycle Helmet Used
10 = Safety Belt Used Improperly
11 = Child Safety Seat Used Improperly
12 = Helmet Used Improperly
99 = Restraint Used, Type Unknown
98 = Unknown

**F Safety Equipment Type**
00 = None Used / Not Applicable
01 = Front Air Bag Deployed (For This Seat)
02 = Side Air Bag Deployed (For This Seat)
03 = Other Type Air Bag Deployed
04 = Multiple Air Bags Deployed
05 = Motorcycle Eye Protection
06 = Bicyclist Wearing Elbow/Knee/ Other Pads
10 = Air Bag Not Deployed, Switch On
11 = Air Bag Not Deployed, Switch Off
12 = Air Bag Not Deployed, Unk Switch Setting
13 = Air Bag Removed (Prior To Crash)
19 = Unknown If Air Bag Deployed
99 = Unknown

**G Ejection**
0 = Not Applicable
1 = Not Ejected
2 = Totally Ejected
3 = Partially Ejected
9 = Unknown

**H Ejecting Path**
0 = Not Ejected / Not Applicable
1 = Through Side Door Opening
2 = Through Side Window
3 = Through Windshield
4 = Through Back Door
5 = Through Back Door Tailgate Opening
6 = Through Roof Opening (Sunroof/ Convertible Top Down)
7 = Through Roof Opening (Convertible Top Up)
9 = Unknown

**I Extrication**
0 = Not Applicable
1 = Not Extricated
2 = Extricated By Mechanical Means
3 = Freed By Non - Mechanical Means
8 = Other
9 = Unknown

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---------|-----------|---------|----------------------------|---|---|---|---|---|---|---|---|---|
| 02 | 01 | – | 10-15-1952 | 1 | F | 3 | 01 | 03 | 00 | 1 | 0 | 2 |

Name / Address / Phone
OPERATOR #2

EMS Transport: ● Yes  ○ No

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---------|-----------|---------|----------------------------|---|---|---|---|---|---|---|---|---|
| 03 | 01 | – | 04-13-1977 | 7 | M | 1 | 00 | 00 | 00 | 0 | 0 | 0 |

Name / Address / Phone
RAJESH PADMARAJU  4 AREVA St  WORCESTER MA 01603

EMS Transport: ● Yes  ○ No

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---------|-----------|---------|----------------------------|---|---|---|---|---|---|---|---|---|
| 04 | 01 | – | 06-12-1975 | 1 | M | 0 | 01 | 03 | 00 | 0 | 0 | 0 |

Name / Address / Phone
OPERATOR #4

EMS Transport: ○ Yes  ● No

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---------|-----------|---------|----------------------------|---|---|---|---|---|---|---|---|---|
| 04 | 02 | – | 05-08-1958 | 2 | M | 0 | 01 | 00 | 00 | 0 | 0 | 0 |

Name / Address / Phone
SINGH GURMINDER        661-663-9765

EMS Transport: ○ Yes  ● No

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---------|-----------|---------|----------------------------|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |

Name / Address / Phone

EMS Transport: ○ Yes  ○ No

| Unit No | Person No | Delete? | Date of Birth (MM-DD-YYYY) | A | B | C | D | E | F | G | H | I |
|---------|-----------|---------|----------------------------|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |

Name / Address / Phone

EMS Transport: ○ Yes  ○ No

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM** 000752

1400870 Crash Number
New P0163737

AA 45 5 1    Page: ☐0 0 8    ☐ Change

## Type Location

**Intersection Type**
- ● Midblock
- ☐ 4 Way Intersection
- ☐ "T" Intersection
- ☐ "Y" Intersection
- ☐ Traffic Circle/Round About
- ☐ Multi-Leg Intersection
- ☐ On Ramp
- ☐ Off Ramp
- ☐ Crossover
- ☐ Railroad Crossing
- ☐ Other

**Special Location**
- ● Not Applicable
- ☐ Underpass
- ☐ Ramp
- ☐ Bridge
- ☐ Tunnel
- ☐ Toll Booth
- ☐ Cross Over Related
- ☐ Driveway/Parking Lot
- ☐ Ramp & Bridge
- ☐ Unknown

(If "Ramp" is indicated, please see manual)

## Principal Road

Complete the Principal Road Section for all type of crashes. For crashes at intersections, enter information in the Intersecting Road Section or the GPS Section. If you have a midblock crash, you should enter information in the "Distance from Landmark" Section, the GPS Section, or the House Number Section in the Principal Road area.

| County | Route Number | Segment (Optional) | Travel Lanes | Speed Limit | Orientation | House Number (if applicable) |
|--------|--------------|--------------------|--------------|-------------|-------------|------------------------------|
| 25 | 0090 | | 02 | 55 | ☐ North ☐ South ☐ East ● West ☐ Unknown | |

Street Name
Street Ending

**Route Signing**
- ● Interstate (Not Turnpike)
- ☐ Turnpike (East/West)
- ☐ Turnpike Spur
- ☐ State Highway
- ☐ County Road
- ☐ Local Road or Street
- ☐ Private Road
- ☐ Other/Unknown

## Intersecting Road

Use for Intersection Crashes

| County | Route Number | Segment (Optional) | Travel Lanes | Speed Limit | Orientation |
|--------|--------------|--------------------|--------------|-------------|-------------|
| | | | | | ☐ North ☐ South ☐ East ☐ West ☐ Unknown |

Street Name
Street Ending

**Route Signing**
- ☐ Interstate (Not Turnpike)
- ☐ Turnpike (East/West)
- ☐ Turnpike Spur
- ☐ State Highway
- ☐ County Road
- ☐ Local Road or Street
- ☐ Private Road
- ☐ Other/Unknown

## Distance From Landmark

Use for Mid-block Crashes

Please Enter Information for BOTH Landmarks if Using This Option

**Landmark 1**
Intersecting Rt Num  Or Mile Post  Or Segment Marker
Or Intersecting Street Name   St Ending
☐ North ☐ South ☐ East ☐ West
Feet
Or Miles

**Landmark 2**
Intersecting Rt Num  Or Mile Post  Or Segment Marker
Or Intersecting Street Name   St Ending
☐ North ☐ South ☐ East ☐ West

Distance From Crash Scene to Landmark 1 (For Crash between Landmark 1 and Landmark 2)

## GPS

| | Degrees | Minutes | Seconds | | Degrees | Minutes | Seconds |
|--|---------|---------|---------|--|---------|---------|---------|
| Latitude: | 42 | 05 | 67.2 | Longitude: | 80 | 00 | 26.2 |

## TCD

**Traffic Control Device**
- ● Not Applicable
- ☐ Flashing Traffic Signal
- ☐ Traffic Signal
- ☐ Stop Sign
- ☐ Yield Sign
- ☐ Active RR Crossing Controls
- ☐ Passive RR Crossing Controls
- ☐ Police Officer or Flagman
- ☐ Other Type TCD
- ☐ Unknown

**TCD Functioning**
- ● No Controls
- ☐ Device Not Functioning
- ☐ Device Functioning Improperly
- ☐ Device Functioning Properly
- ☐ Emergency Preemptive Signal
- ☐ Unknown

## Work Zone

**Type of Work Zone** (If "Not a Work Zone", skip rest of Work Zone section)
- ● Not a Work Zone
- ☐ Construction
- ☐ Maintenance
- ☐ Utility Company
- ☐ Other

**Work Zone Location**
- ☐ Before 1st Work Zone Warning Sign
- ☐ Advance Warning Area
- ☐ Transition Area
- ☐ Activity Area
- ☐ Termination Area

**Work Zone** (Mark all that apply)
- ☐ Lane Closure
- ☐ Road Closed with Detour
- ☐ Work on Shoulder or Median
- ☐ Intermittent or Moving Work
- ☐ Flagger Control
- ☐ Other

Work Zone Speed Limit [ ][ ]   Workers Present  ☐ Yes ☐ No ☐ Unknown

## Lane Closure

**Lane Closed** (If "Not Applicable", skip rest of the Lane Closure section)
- ☐ Not Applicable
- ☐ Partially
- ● Fully
- ☐ Unknown

**Lane Closure Direction**
- ☐ North
- ☐ South
- ☐ East
- ● West
- ☐ North and South
- ☐ East and West

**Traffic Detoured**  ● Yes ☐ No

**Estimated Time Closed**
- ● 1-3 hours
- ☐ < 30 Minutes
- ☐ 30-60 Minutes
- ☐ 3-6 hours
- ☐ 6-9 hours
- ☐ 9-12 hours
- ☐ > 12 hours
- ☐ Unknown

FORM AA 45 0(S1)

PENNDOT COPY

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM** 000753

1400870
☞ New

Crash Number

P0163737

AA 45 6 1

Page: 0 0 9    ☐ Change/Continuation

## General Crash Information

**Crash Orientation**: 1
- 0=Non-Collision
- 1=Rear End
- 2=Head On
- 3=Rear to Rear (Backing)
- 4=Angle
- 5=Sideswipe (Same Direction)
- 6=Sideswipe (Opposite Direction)
- 7=Hit Fixed Object
- 8=Hit Pedestrian
- 9=Other/Unknown

**Position in Roadway**: 1
- 1=On Travel Lanes
- 2=Shoulder
- 3=Median
- 4=Roadside
- 5=Outside Trafficway
- 6=In Parking Lane
- 7=Gore (Ramp Intersection)
- 8=Unknown

**Illumination**: 2
- 1=Daylight
- 2=Dark - No Street Lights
- 3=Dark - Street Lights
- 4=Dusk
- 5=Dawn
- 6=Dark - Unknown Roadway Lighting
- 8=Other

**Weather Conditions**: 2
- 0=No Adverse Conditions
- 2=Rain
- 3=Sleet (Hail)
- 4=Snow
- 5=Fog
- 6=Rain & Fog
- 7=Sleet & Fog
- 8=Other
- 9=Unknown

**Road Surface Condition**: 1
- 0=Dry
- 1=Wet
- 2=Sand, Mud, Dirt, Oil
- 3=Snow Covered
- 4=Slush
- 5=Ice
- 6=Ice Patches
- 7=Water - Standing or Moving
- 8=Other

## Unit(s) Event Information

**Unit No** 0 2

| Harm Event | L/R | Most? | Utility Pole Number |
|---|---|---|---|
| 1 | 1 4 | ● | |
| 2 | 0 1 | | |
| 3 | | | |
| 4 | | | |

Please Put Events in Sequential Order

**Unit No** 0 4

| Harm Event | L/R | Most? | Utility Pole Number |
|---|---|---|---|
| 1 | 0 2 | | |
| 2 | 0 3 | ● | |
| 3 | 0 1 | | |
| 4 | | | |

Please Put Events in Sequential Order

**Harmful Events (Harm Event)**
- 01=Hit Unit 1
- 02=Hit Unit 2
- 03=Hit Unit 3
- 04=Hit Unit 4
- 05=Hit Unit 5
- 06=Hit Other Traffic Unit
- 07=Hit Deer
- 08=Hit Other Animal
- 09=Collision With Other Non Fixed Object
- 11=Struck By Unit 1
- 12=Struck By Unit 2
- 13=Struck By Unit 3
- 14=Struck By Unit 4
- 15=Struck By Unit 5
- 16=Struck By Other Traffic Unit
- 21=Hit Tree Or Shrubbery
- 22=Hit Embankment
- 23=Hit Utility Pole
- 24=Hit Traffic Sign
- 25=Hit Guard Rail
- 26=Hit Guard Rail End
- 27=Hit Curb
- 28=Hit Concrete Or Longitudinal Barrier
- 29=Hit Ditch
- 30=Hit Fence Or Wall
- 31=Hit Building
- 32=Hit Culvert
- 33=Hit Bridge Pier Or Abutment
- 34=Hit Parapet End
- 35=Hit Bridge Rail
- 36=Hit Shoulder Or Obstacle On Roadway
- 37=Hit Impact Attenuator
- 38=Hit Fire Hydrant
- 39=Hit Roadway Equipment
- 40=Hit Mail Box
- 41=Hit Traffic Island
- 42=Hit Snow Bank
- 43=Hit Temporary Construction Barrier
- 46=Hit Other Fixed Object
- 48=Hit Unknown Fixed Object
- 49=Overturned/Roll Over
- 50=Struck By Thrown or Falling Object
- 52=Fell Noise Or Other Pavement Irregularities
- 53=Submerge
- 54=Fire In Vehicle
- 98=Other Non-Collision
- 99=Unknown Harmful Event

**First Harmful Event in the Crash**: Unit No 0 4 Harm Event 0 2
Do not repeat this information on multiple pages

**Most Harmful Event in the Crash**: Unit No 0 4 Harm Event 0 3

## Contributing Information

**Environmental/Roadway Potential Factors (E/R)**: 1 0 3
- 00=None
- 01=Windy Conditions
- 02=Sudden Weather Conditions
- 03=Other Weather Conditions
- 04=Deer in Roadway
- 05=Obstacle On Roadway
- 06=Other Animal in Roadway
- 07=Glare
- 08=Work Zone Related
- 11=Slippery Road Conditions (Ice/Snow)
- 12=Substance On Roadway
- 13=Potholes
- 14=Broken Or Cracked Pavement
- 15=TCD Obstructed
- 16=Soft Shoulder or Shoulder Drop Off
- 17=Other Roadway Factor
- 99=Unknown

**Possible Vehicle Failures (V)**
- 00=None
- 01=Tires
- 02=Brake System
- 03=Steering System
- 04=Suspension
- 05=Power Train
- 06=Exhaust
- 07=Headlights
- 08=Signal Lights
- 09=Other Lights
- 10=Horn
- 11=Mirrors
- 12=Wipers
- 13=Driver Seating/Control
- 14=Body, Doors, Hood, Etc
- 15=Trailer Hitch
- 16=Wheels
- 17=Airbags
- 18=Trailer Overloaded
- 19=Unsecure/Shifted Trailer Load
- 20=Improper Towing
- 21=Obstructed Windshield
- 99=Unknown

Unit No 0 2 0 0 2
Unit No 0 4 0 0 2

**Indicated Prime Factor**
Do not repeat this information on multiple pages.
Unit No 0 1 Factor Code 1 3

E R    V    D    P

If E/R is the Prime Factor Type, leave Unit No blank

**Driver Action (D)**
- 00=No Contributing Action
- 01=Driver Was Distracted
- 02=Driving Using Hand Held Phone
- 03=Driving Using Hands Free Phone
- 04=Making Illegal U-Turn
- 05=Improper/Careless Turning
- 06=Turning From Wrong Lane
- 07=Proceeding W/O Clearance After Stop
- 08=Running Stop Sign
- 09=Running Red Light
- 10=Failure To Respond To Other Traffic Control Device
- 11=Tailgating
- 12=Sudden Slowing/Stopping
- 13=Illegally Stopped On Road
- 14=Careless Passing or Lane Change
- 15=Passing In No Passing Zone
- 16=Driving The Wrong Way On 1-Way Street
- 17=Careless Or Illegal Backing On Roadway
- 18=Driving On The Wrong Side of Road
- 19=Making Improper Entrance to Highway
- 20=Making Improper Exit From Highway
- 21=Careless Parking/Unparking
- 22=Overtaken Compensation At Curve
- 23=Speeding
- 24=Driving Too Fast For Conditions
- 25=Failure To Maintain Proper Speed
- 26=Driver Fleeing Police (Police Chase)
- 27=Driver Inexperienced
- 28=Failure To Use Specialized Equip
- 98=Other Improper Driving Actions

Unit No 0 2    1 0 0
Unit No 0 4    1 0 0

**Pedestrian Action (P)**
- 00=None
- 01=Entering Or Crossing At Specified Location
- 02=Walking, Running, Jogging, Playing, or Cycling
- 03=Working
- 04=Pushing Vehicle
- 05=Approaching or Leaving Vehicle
- 06=Playing Or Working On Vehicle
- 07=Standing
- 98=Other

Unit No 0 3  0 7    Unit No

PENNDOT COPY

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM** 000754

1400870  ● New
Crash Number
P0163738

AA 45 6 1    Page: [0 1 0]   ○ Change/ Continuation   [P O 1 6 3 7 3 7]

## General Crash Information

| Crash Description | | 0=Non-Collision | 2=Head On | 4=Angle | 6=Sideswipe (Opposite Direction) | 8=Hit Pedestrian |
| | | 1=Rear End | 3=Rear to Rear (Backing) | 5=Sideswipe (Same Direction) | 7=Hit Fixed Object | 9=Other/Unknown |
| Relation to Roadway | | 1=On Travel Lanes | 3=Median | 5=Outside Trafficway | 7=Gore (Ramp Intersection) | |
| | | 2=Shoulder | 4=Roadside | 6=In Parking Lane | 9=Unknown | |
| Illumination | | 1=Daylight | 3=Dark - Street Lights | 5=Dawn | | 8=Other |
| | | 2=Dark - No Street Lights | 4=Dusk | 6=Dark - Unknown Roadway Lighting | | |
| Weather Conditions | | 1=No Adverse Conditions | 3=Sleet (Hail) | 5=Fog | 7=Sleet & Fog | 8=Unknown |
| | | 2=Rain | 4=Snow | 6=Rain & Fog | 8=Other | |
| Road Surface Conditions | | 0=Dry | 2=Sand, Mud, Dirt, Oil | 4=Slush | 6=Ice Patches | 8=Other |
| | | 1=Wet | 3=Snow Covered | 5=Ice | 7=Water - Standing or Moving | |

## Unit(s) Event Information

**Unit No 21**

| | Harm Event | L/R | Most? | Utility Pole Number |
| 1 | 1 2 | | ○ | |
| 2 | 1 4 | | | |
| 3 | | | | |
| 4 | | | | |

Please Put Events in Sequential Order

**Unit No 03**

| | Harm Event | L/R | Most? | Utility Pole Number |
| 1 | 1 4 | | ■ | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

Please Put Events in Sequential Order

Harmful Event (Non-Fixed)
00=Unknown
01=Hit Unit 1
02=Hit Unit 2
03=Hit Unit 3
04=Hit Unit 4
05=Hit Unit 5
06=Hit Other Traffic Unit
07=Hit Deer
08=Hit Other Animal
09=Collision With Other Non Fixed Object
11=Struck By Unit 1
12=Struck By Unit 2
13=Struck By Unit 3
14=Struck By Unit 4
15=Struck By Unit 5
16=Struck By Other Traffic Unit
17=Hit Tree Or Shrubbery
22=Hit Embankment
23=Hit Utility Pole
24=Hit Traffic Sign
25=Hit Guard Rail
26=Hit Guard Rail Er d
27=Hit Curb
28=Hit Concrete Or Longitudinal Barrier
29=Hit Ditch
30=Hit Fence Or Wall
31=Hit Building
32=Hit Culvert
33=Hit Bridge Pier Or Abutment
34=Hit Parapet End
35=Hit Bridge Rail
36=Hit Boulder Or Obstacle On Roadway
37=Hit Impact Attenuator
38=Hit Fire Hydrant
39=Hit Roadway Equipment
40=Hit Mail Box
41=Hit Traffic Island
42=Hit Snow Bank
43=Hit Temporary Construction Barrier
48=Hit Other Fixed Object
49=Hit Unknown Fixed Object
50=Overturned Or Over
51=Impact by Thrown Or Falling Object
53=Fuel Noise Or Other Pavement Irregularities
59=Submerging
54=Fire In Vehicle
98=Other Non-Collision
99=Unknown Harmful Event

**First Harmful Event in the Crash**

| Unit No | Harm Event | Most Harmful Event in the Crash | Last No | Harm Event |
| | | | | |

Do not repeat this information on multiple pages

**Environmental / Roadway Potential Factors (EIR)**

| | 1 | 0 3 | 2 | | 3 | |

00=None
01=Windy Conditions
02=Sudden Weather Conditions
03=Other Weather Conditions
04=Deer in Roadway
05=Obstacle On Roadway
07=Glare
08=Work Zone Related
11=Slippery Road Conditions (Ice/Snow)
12=Substance On Roadway
13=Potholes
14=Broken Or Cracked Pavement
15=TCD Obstructed
16=Soft Shoulder Or Shoulder Drop Off
20=Other Roadway Factor
99=Unknown

**Possible Vehicle Failures (V)**

00=None
01=Tires
02=Brake System
03=Steering System
04=Suspension
05=Power Train
06=Exhaust
07=Headlights
08=Signal Lights
09=Other Lights
10=Horn
11=Mirrors
12=Wipers
13=Driver Seating/Control
14=Body, Doors, Hood, Etc
15=Trailer Hitch
16=Wheels
17=Airbags
18=Trailer Overloaded
19=Unsecure/Shifted Trailer Load
20=Improper Towing
21=Obstructed Windshield
99=Unknown

**Unit No 01**

| 1 | 0 0 | 2 | |

**Unit No 03**

| 1 | 0 0 | 2 | |

**Indicated Prime Factor**
Do not repeat this information on multiple pages

| Unit No | Factor Code |
| | |

E R   V   D   P

If E R is the Prime Factor Type, leave Unit No blank

**Driver Action (DA)**   Daylight   OnOther   Unknown

00=No Contributing Action
01=Other Was Distracted
02=Driving Using Hand Held Phone
03=Driving Using Hands Free Phone
04=Making Illegal U-Turn
05=Improper/Careless Turning
06=Turning From Wrong Lane
07=Proceeding W/O Clearance After Stop
08=Running Stop Sign
09=Running Red Light
10=Failure To Respond To Other Traffic Control Device
11=Tailgating
12=Sudden Slowing/Stopping
13=Illegally Stopped On Road
14=Careless Passing Or Lane Change
15=Passing In No Passing Zone
16=Driving The Wrong Way On 1-Way Street
17=Careless Or Illegal Backing On Roadway
18=Driving On The Wrong Side of Road
19=Making Improper Entrance to Highway
20=Making Improper Exit From Highway
21=Careless Parking/Unparking
22=Over/Under Compensation At Curve
23=Driving Too Fast For Conditions
24=Failure To Maintain Proper Speed
26=Improper Passing (Police Chase)
27=Driver Inexperienced
28=Failure To Use Specialized Equip
98=Other Improper Driving Actions

**Unit No 01**   | 2 1 | | | Unknown

**Unit No** | | | |

**Pedestrian Action (P)**

00=None
01=Entering Or Crossing At Specified Location
02=Walking, Running, Jogging, Playing, Or Cycling
03=Working
04=Pushing Vehicle
05=Approaching Or Leaving Vehicle
06=Playing Or Working On Vehicle
07=Standing
98=Other

**Unit No 03**   | 0 7 | | |

**Unit No** | | | |

PENNDOT COPY

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM** 000755   1400870   Crash Number

☑ New

AA 45 F 1   Page ☐ 0 1 ☐   ☐ Change/ Continuation   P 0 1 6 3 7 3 7

| Road Surface Type | | | | Special Jurisdiction | | |
|---|---|---|---|---|---|---|
| ☑ Concrete | ☐ Brick or Block | ☐ Dirt | | ☐ Military | ☐ Other Federal Sites |
| ☐ Blacktop | ☐ Slag, Gravel or Stone | ☐ Other ☐ Unknown | | ■ No Special Jurisdiction | ☐ Indian Reservation | ☐ Other |
| | | | | ☐ National Park | ☐ College/University Campus | ☐ Unknown |

Please complete Unit Information for each unit involved in a fatal crash. Do not repeat the information in the fields above as multiple pages.

**Unit Information**

**Unit Number** ☐ 0 1 ☐

**Driver Restrictions Compliance**
- ■ No Restrictions/ Not Applicable
- ☐ Restrictions Complied With
- ☐ Restrictions Not Complied With
- ☐ Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver Endorsement Compliance**
- ■ None Required
- ☐ Required - Complied With
- ☐ Required - Non Compliance
- ☐ Required - Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver License Compliance**
- ☐ Not Licensed
- ☐ Not Required for Vehicle Class
- ☐ No Valid License for Class
- ☐ Valid License for Class
- ☐ Unit if CDL or CDL Required
- ☐ Not a Pennsylvania Driver
- ☐ Unknown

**Drug Test Type**
- ☐ None
- ☐ Blood
- ☐ Urine
- ☐ Other
- ☐ Unknown if Test Given

**Drug Test Results - (Up to Four Results)**
0 = No Test Given
1 = No Drug Reported
2 = Marijuana
3 = Cocaine
4 = Opiates
5 = Amphetamines
6 = PCP
8 = Other
9 = Unknown Test Results

☐ ☐
☐ ☐

**Principle Impact Point**
- ☐ Non-Collision
- ☐ Top
- ☐ Undercarriage
- ☐ Towed Unit
- ☐ Unknown

**Avoidance Maneuver**
- ■ No Avoidance Maneuver
- ☐ Braking - Other Evidence
- ☐ Braking - Skid Marks Evident
- ☐ Steering - Evidence or Driver Stated
- ☐ Other Avoidance Maneuver
- ☐ Braking - No Skid Marks, Driver Stated
- ☐ Steering and Braking Evidence or Stated
- ☐ Inconclusive
- ☐ Unknown

**Under Ride Indicator**
- ■ No Underride or Override
- ☐ Underride, No Compartment Intrusion
- ☐ Override, Other Vehicle
- ☐ Underride, Compartment Intrusion
- ☐ Underride, Compartment Intrusion Unknown
- ☐ Unknown if Underride or Override

**Emergency Use**
- ■ Not in Emergency Use
- ☐ Lights Flashing
- ☐ Siren Sounding
- ☐ Both Lights and Siren
- ☐ Unknown

---

**Unit Information**

**Unit Number** ☐ 0 2 ☐

**Driver Restrictions Compliance**
- ■ No Restrictions/ Not Applicable
- ☐ Restrictions Complied With
- ☐ Restrictions Not Complied With
- ☐ Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver Endorsement Compliance**
- ■ None Required
- ☐ Required - Complied With
- ☐ Required - Non Compliance
- ☐ Required - Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver License Compliance**
- ☐ Not Licensed
- ☐ Not Required for Vehicle Class
- ☐ No Valid License for Class
- ☐ Valid License for Class
- ☐ Unit if CDL or CDL Required
- ☐ Not a Pennsylvania Driver
- ☐ Unknown

**Drug Test Type**
- ■ None
- ☐ Blood
- ☐ Urine
- ☐ Other
- ☐ Unknown if Test Given

**Drug Test Results (Up to Four Results)**
0 = No Test Given
1 = No Drug Reported
2 = Marijuana
3 = Cocaine
4 = Opiates
5 = Amphetamines
6 = PCP
8 = Other
9 = Unknown Test Results

☐ 0 ☐ ☐
☐ ☐

**Principle Impact Point**
- ☐ Non-Collision
- ☐ Top
- ☐ Undercarriage
- ☐ Towed Unit

**Avoidance Maneuver**
- ■ No Avoidance Maneuver
- ☐ Braking - Other Evidence
- ☐ Braking - Skid Marks Evident
- ☐ Steering - Evidence or Driver Stated
- ☐ Other Avoidance Maneuver
- ☐ Braking - No Skid Marks, Driver Stated
- ☐ Steering and Braking Evidence or Stated
- ☐ Inconclusive
- ☐ Unknown

**Under Ride Indicator**
- ■ No Underride or Override
- ☐ Underride, No Compartment Intrusion
- ☐ Override, Other Vehicle
- ☐ Underride, Compartment Intrusion
- ☐ Underride, Compartment Intrusion Unknown
- ☐ Unknown if Underride or Override

**Emergency Use**
- ■ Not in Emergency Use
- ☐ Lights Flashing
- ☐ Siren Sounding
- ☐ Both Lights and Siren
- ☐ Unknown

FORM AA 45F 01/01

**PENNDOT COPY**

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM  000756**

1400870
Crash Number

☑ New

AA 45 F 1    Page ☐0☐ ☐1☐ ☐2☐    ☐ Change/ Continuation    P☐O☐1☐6☐3☐7☐3☐7☐

**Road Surface Type**
- ☐ Brick or Block
- ☑ Concrete
- ☐ Slag, Gravel or Stone
- ☐ Blacktop
- ☐ Dirt
- ☐ Other
- ☐ Unknown

**Special Jurisdiction**
- ☑ No Special Jurisdiction
- ☐ National Park
- ☐ Military
- ☐ Indian Reservation
- ☐ College/University Campus
- ☐ Other Federal Sites
- ☐ Other
- ☐ Unknown

Please complete Unit Information for each unit involved in a fatal crash. Do not repeat the information in the fields above on multiple pages.

## Unit Information

**Unit Number**  ☐0☐3☐

**Driver Restrictions Compliance**
- ☑ No Restrictions/ Not Applicable
- ☐ Restrictions Complied With
- ☐ Restrictions Not Complied With
- ☐ Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver Endorsement Compliance**
- ☑ None Required
- ☐ Required - Complied With
- ☐ Required - Non Compliance
- ☐ Required - Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver License Compliance**
- ☐ Not Licensed
- ☐ Not Required for Vehicle Class
- ☐ No Valid License for Class
- ☐ Valid License for Class
- ☐ Unit if CDL or CDL Required
- ☐ Not a Pennsylvania Driver
- ☐ Unknown

**Drug Test Type**
- ☑ None
- ☐ Blood
- ☐ Urine
- ☐ Other
- ☐ Unknown if Test Given

**Drug Test Results  (Up to Four Results)**
```
0 = No Test Given      5 = Amphetamines
1 = No Drug Reported    6 = PCP
2 = Marijuana          8 = Other
3 = Cocaine            9 = Unknown Test
4 = Opiates                Results
```

**Principle Impact Point**
- ☐ Non-Collision
- ☐ Top
- ☐ Undercarriage
- ☐ Towed Unit
- ☑ Unknown

**Avoidance Maneuver**
- ☑ No Avoidance Maneuver
- ☐ Braking - Skid Marks Evident
- ☐ Braking - No Skid Marks, Driver Stated
- ☐ Braking - Other Evidence
- ☐ Steering - Evidence or Driver Stated
- ☐ Steering and Braking Evidence or Stated
- ☐ Other Avoidance Maneuver
- ☐ Inconclusive
- ☐ Unknown

**Under Ride Indicator**
- ☑ No Underride or Override
- ☐ Underride, Compartment Intrusion
- ☐ Underride, No Compartment Intrusion
- ☐ Underride, Compartment Intrusion Unknown
- ☐ Override, Other Vehicle
- ☐ Unknown if Underride or Override

**Emergency Use**
- ☑ Not in Emergency Use
- ☐ Lights Flashing
- ☐ Siren Sounding
- ☐ Both Lights and Siren
- ☐ Unknown

---

## Unit Information

**Unit Number**  ☐0☐4☐

**Driver Restrictions Compliance**
- ☑ No Restrictions/ Not Applicable
- ☐ Restrictions Complied With
- ☐ Restrictions Not Complied With
- ☐ Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver Endorsement Compliance**
- ☐ None Required
- ☐ Required - Complied With
- ☐ Required - Non Compliance
- ☐ Required - Compliance Unknown
- ☐ Not a Pennsylvania Driver
- ☐ Unknown Compliance

**Driver License Compliance**
- ☐ Not Licensed
- ☐ Not Required for Vehicle Class
- ☐ No Valid License for Class
- ☐ Valid License for Class
- ☐ Unit if CDL or CDL Required
- ☑ Not a Pennsylvania Driver
- ☐ Unknown

**Drug Test Type**
- ☑ None
- ☐ Blood
- ☐ Urine
- ☐ Other
- ☐ Unknown if Test Given

**Drug Test Results  (Up to Four Results)**
```
0 = No Test Given      5 = Amphetamines
1 = No Drug Reported    6 = PCP
2 = Marijuana          8 = Other
3 = Cocaine            9 = Unknown Test
4 = Opiates                Results
```

**Principle Impact Point**
- ☐ Non-Collision
- ☐ Top
- ☐ Undercarriage
- ☑ Towed Unit
- ☐ Unknown

**Avoidance Maneuver**
- ☐ No Avoidance Maneuver
- ☐ Braking - Skid Marks Evident
- ☐ Braking - No Skid Marks, Driver Stated
- ☐ Braking - Other Evidence
- ☑ Steering - Evidence or Driver Stated
- ☐ Steering and Braking Evidence or Stated
- ☐ Other Avoidance Maneuver
- ☐ Inconclusive
- ☐ Unknown

**Under Ride Indicator**
- ☑ No Underride or Override
- ☐ Underride, Compartment Intrusion
- ☐ Underride, No Compartment Intrusion
- ☐ Underride, Compartment Intrusion Unknown
- ☐ Override, Other Vehicle
- ☐ Unknown if Underride or Override

**Emergency Use**
- ☑ Not in Emergency Use
- ☐ Lights Flashing
- ☐ Siren Sounding
- ☐ Both Lights and Siren
- ☐ Unknown

FORM # AA 45F (01-01)

**PENNDOT COPY**

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM**   000757   ☐ New

1400870   Crash Number

AA 45 C 1

Page: 0 1 3   ☐ Change/ Continuation   P O 1 6 3 7 3 7

## Commercial Vehicle Information

**Unit Number** 0 4

**Carrier Phone** ( 6 6 1 ) 8 3 5 - 9 1 4 6

**Carrier Name** I S D  T R A N S P O R T A T I O N

**Address** 3 0 3 3  N  W A L N U T  A V E

S T E  W 2 1 9

**GVWR** 0 8 0 0 0 0

**Oversize Load** ☐ Yes  ☐ No  ☐ Unknown

**City** O K L A H O M A  C I T Y   **State** O K   **Zip** 7 3 1 0 5

**USDOT#** 7 8 4 5 4 0   **ICC #** 3 5 0 4 7 2   **PUC #**

**Cargo Body Type**
☐ Not Applicable
● Van/Enclosed Box
☐ Cargo Tank
☐ Flat Bed
☐ Dump
☐ Concrete Mixer
☐ Auto Transport
☐ Garbage/Refuse
☐ Bus
☐ Other/Unknown

**Hazardous Material** ☐ Yes  ● No

Enter 4-digit hazardous material code and corresponding 1-digit release indicator

**Vehicle Configuration**
☐ Not Applicable
☐ Passenger Car - Only Record if HazMat Placard Displayed
☐ Light Truck (Van, Mini-Van, Panel, Pickup or SUV with HazMat Placard)
☐ Single Unit Truck (2 Axles, 6 Tires)
☐ Single Unit Truck (3 or More Axles)
☐ Single Unit Truck (Unknown Number of Axles)
● Truck/Trailer(s)
☐ Truck Tractor (Bobtail)
☐ Tractor/Semi-Trailer(s)
☐ Medium/Heavy Truck - Cannot Classify
☐ Small Bus (Seats 9-15 People, Including Driver)
☐ Bus (Seats More Than 15 People, Including the Driver)
☐ Other
☐ Unknown

**Release Indicator** 1 = No Release  2 = Release Occurred  9 = Unknown

## Commercial Vehicle Information

**Unit Number**

**Carrier Phone** ( ) -

**Carrier Name**

**Address**

**GVWR**

**Oversize Load** ☐ Yes  ☐ No  ☐ Unknown

**City**   **State**   **Zip**

**USDOT#**   **ICC #**   **PUC #**

**Cargo Body Type**
☐ Not Applicable
☐ Van/Enclosed Box
☐ Cargo Tank
☐ Flat Bed
☐ Dump
☐ Concrete Mixer
☐ Auto Transport
☐ Garbage/Refuse
☐ Bus
☐ Other/Unknown

**Hazardous Material** ☐ Yes  ☐ No

Enter 4-digit hazardous material code and corresponding 1-digit release indicator

**Vehicle Configuration**
☐ Not Applicable
☐ Passenger Car - Only Record if HazMat Placard Displayed
☐ Light Truck (Van, Mini-Van, Panel, Pickup or SUV with HazMat Placard)
☐ Single Unit Truck (2 Axles, 6 Tires)
☐ Single Unit Truck (3 or More Axles)
☐ Single Unit Truck (Unknown Number of Axles)
☐ Truck/Trailer(s)
☐ Truck Tractor (Bobtail)
☐ Tractor/Semi-Trailer(s)
☐ Medium/Heavy Truck - Cannot Classify
☐ Small Bus (Seats 9-15 People, Including Driver)
☐ Bus (Seats More Than 15 People, Including the Driver)
☐ Other
☐ Unknown

**Release Indicator** 1 = No Release  2 = Release Occurred  9 = Unknown

FORM AA 45 C (01/01)   PENNDOT COPY

COMMONWEALTH OF PENNSYLVANIA
POLICE CRASH REPORTING FORM    000758

19000670    Crash Number

☑ New        P0163738

○ Change/
  Continuation

○ Delete Page

AA 45 7 1        Page: 0 1 4        0 0 1 6 3 7 3 7



CITY OF ERIE 3.5 MILES →

UNIT#3 PEDESTRIAN 15' From Initial Impact

UNIT#1 PARKED 1' From Berm

UNIT#2 SLOWING BEHIND UNIT#1 COMING TO REST 2' From Berm

UNIT#4 SWERVING & STRIKING UNIT#2 THEN STRIKING UNIT#3 15'

← EDGE OF BERM

← 11' → ← 11' →

SR 5090 NB

FORM # AA 45 (1'91)

PENNDOT COPY

000759

**COMMONWEALTH OF PENNSYLVANIA**
**POLICE CRASH REPORTING FORM**

1400870    Crash Number

☒ New
○ Change/
   Continuation    P0163737
○ Delete Page

AA 15 8 1                    Page: O.113

Place emergency transport, witness, and other information here. It is not required to restate information from the form.

Responding EMS Agency: KUHL HOSE COMPANY    Medical Facility: HAMOT MEDICAL CENTER

| Witness 1 | | Address: | | Phone: |
|---|---|---|---|---|
| Witness 2 | | Address: | | Phone: |

Narrative:

UNIT #1 NO CELL PHONE PRESENT
UNIT #2 CELL PHONE PRESENT NOT IN USE
UNIT #3 CELL PHONE PRESENT UNKNOWN USAGE
UNIT #4 CELL PHONE PRESENT NOT IN USE

UNIT #1 WAS ILLEGALLY PARKED IN NORTH WEST BOUND LANE OF
SR0090. UNIT #2 WAS TRAVELING WEST BOUND IN THE NORTH LANE OF SR0090
APPROACHING PARKED UNIT #1. UNIT #3, A PEDESTRIAN WAS OUTSIDE OF HIS UNIT #1
IN THE ROADWAY NEXT TO OPEN DOOR OF UNIT #1. UNIT #4 WAS WEST BOUND
IN THE NORTH LANE OF SR0090. BEHIND UNIT A WHICH WAS ALSO WEST BOUND
IN THE NORTH LANE APPROACHING LOCATION OF UNIT #1. UNIT #4 STRUCK
UNIT #2 WITH CAB AND STRUCK UNIT #3 AND #1 WITH TRAILER AND DROVE TO BERM
ON NORTH SIDE OF SR0090 WB. UPON BEING STRUCK BY UNIT #4 UNIT #2
STRUCK UNIT #1 AND CAME TO REST IN NORTH LANE OF SR0090 WB. UPON BEING
STRUCK BY UNIT #4. UNIT #3, A PEDESTRIAN WAS THROWN APPROXIMATELY 85'
TO THE NORTH BERM OF SR0090 WB. UNIT #1 REMAINED IN PLACE, OPEN
DRIVERS SIDE DOOR BEING TORN FROM UNIT #1.

OPERATOR #2 WAS INTERVIEWED AT THE SCENE 10/5/01 AT 2355
RELATES SHE WAS TRAVELING WEST BOUND IN THE NORTH LANE. SHE OBSERVED
UNIT #1 STOPPED IN THE LANE AND AN INDIVIDUAL OUTSIDE THE VEHICLE
WALKING AROUND WITH DOOR OF UNIT #1 OPEN DRIVERS SIDE. SHE BEGAN TO
SLOW HER VEHICLE UPON APPROACHING TO UNIT #1 AND PEDESTRIAN AT WHICH
TIME SHE WAS STRUCK FROM BEHIND BY ANOTHER UNIT.

OPERATOR #4 WAS INTERVIEWED AT THE SCENE 10/6/01 AT 0035 RELATED
HE WAS TRAVELING WEST BOUND ON SR0090 BEHIND ANOTHER TRACTOR TRAILER.
THE TRACTOR TRAILER IN FRONT OF HIS UNIT QUICKLY SWERVED INTO THE
SOUTH WEST BOUND LANE AT WHICH TIME HE OBSERVED UNIT #2 SLOWING, UNIT #1
STOPPED AND A PEDESTRIAN STANDING NEXT TO THE DRIVERS SIDE OF UNIT #1
IN THE ROADWAY. HE ATTEMPTED TO SWERVE INTO THE SOUTH LANE BUT
HIS CAB STRUCK UNIT #2 HE WAS UNAWARE HIS TRAILER STRUCK THE
PEDESTRIAN OR UNIT #1

PENNDOT COPY

COMMONWEALTH OF PENNSYLVANIA
POLICE CRASH REPORTING FORM    000760

New
Change/Continuation
Delete Page

Crash Number

P0163738

AA 45 8 1                           Page  0 1 6          P 0 1 6 3 7 3 7

Place emergency transport, witness, and other information here. It is not required to restate information from the form.

| Responding EMS Agency | | Medical Facility: | |
|---|---|---|---|
| Witness 1 | Address: | | Phone: |
| Witness 2 | Address: | | Phone: |

Narrative: DAMAGE NOTED / EVIDENCE

UNIT #2 HAD EXTENSIVE DAMAGE TO LEFT REAR PORTION OF UNIT AND SLIGHT DAMAGE TO FRONT.

UNIT #1 HAD SLIGHT DAMAGE TO REAR AND EXTENSIVE DAMAGE TO DRIVERS SIDE INCLUDING DOOR REMOVED DUE TO IMPACT WHILE OPEN

UNIT #4 HAD MODERATE DAMAGE TO RIGHT FRONT OF CAR BUMPER AREA AND DAMAGE TO DUAL WHEEL TRAILER AREA. SHOE FROM UNIT #3 PEDESTRIAN WAS STUCK BETWEEN THE TRAILER TIRES.

10/6/01 @ 0340 UNIT #1 AND CONTENTS WERE INVENTORIED AND ENTERED INTO PROPERTY NUMBER EL15285

10/6/01 @ 0500 KARA TIMON FROM THE ERIE COUNTY CORONERS OFFICE INFORMED ME UNIT #3, THE PEDESTRIAN PADMARAJU WAS PRONOUNCED DEAD AT HAMOT HOSPITAL DUE TO EXTENSIVE INTERNAL INJURIES. COPY OF THIS REPORT TO BE FAXED TO CORONERS OFFICE.

10/6/01 @ 0556 WORCESTER MA P.D. OFFICER DIAZ NOTIFIED ROOMATE OF PADMARAJU OF THE ACCIDENT AND TO CONTACT HAMOT HOSPITAL

10/06/01 @ 2300 I SPOKE TO RAVI VEGESNA 7022 LEECREST WEST BLOOMFIELD 248-538-7117 H 248-894-6543 C BROTHER IN LAW OF PADMARAJU. INFORMED VEGESNA OF CIRCUMSTANCES OF ACCIDENT AND THAT UNIT #1 AND CONTENTS NEEDS TO BE CLAIMED. VEGESNA WILL CONTACT IMMEDIATE FAMILY IN INDIA AND SCHEDULE CLAIMING OF PROPERTY

ON 10/31/01 @ 1704 PRIOR TO SUBMISSION OF THIS REPORT FAX RECEIVED FROM ERIE COUNTY CORONER'S OFFICE INDICATE PADMARAJU DIED FROM BLUNT FORCE TRAUMA TO HEAD AND TRUNK.

PENNDOT COPY

000761

140089 0

SP 7-6J7 (3-2001)

# PENNSYLVANIA STATE POLICE
## PROPERTY RECORD

**1. STATUS**
☑ EVIDENCE  ☐ FOUND  ☐ RECOVERED  ☐ RECEIPT  ☐ OTHER

**5. OFFENSE** ACCIDENT

**7. SUBMITTING OFFICER** PFC DAVIS Beck  **BADGE NO.** 7391

**6. ARRESTING OFFICER** Off. Simon D. White  **BADGE NO.** 7391

**10. INVESTIGATING OFFICER** PFC DAVIS Beck  **ADDRESS**

**11. SIGNATURE OF RECEIVING OFFICER**

**TELEPHONE NO.**

**9. FOUND OR RECOVERED FROM/SIGNATURE**  **ADDRESS**  **LOCATION**

**15. CODES — STORAGE AREA**
1. PROPERTY ROOM  4. NON-DEPARTMENT
2. SAFETY DEPOSIT BOX  5. IMPOUND LOT
3. EXPLOSIVE MAGAZINE

**DISPOSITION**
1. DESTROYED  5. RELEASED TO OWNER/SHOP
2. ESCHEATABLE  6. DONATED
3. EXPENDED IN LABORATORY  7. FORFEITURE  7. OTHER

| 16.<br>ITEMS — (ONE ITEM PER LINE) | | 16.<br>TYPE<br>PROPERTY | 17.<br>CODE | 18.<br>QUANTITY |
|---|---|---|---|---|
| 1 | Ruger .22 cal ... 4353 V635 D-563 | 03 | | 1 |
| 2 | | | | |
| 3 | | | | |
| 4 | Handgun Exhibit | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 0 | | | | |

| 22. PROPERTY | | 23.<br>DATE & TIME | 24.<br>ITEM(S)<br>NO. | 25.<br>OFFICER'S SIGNATURE — BADGE NO. | 16. CUSTODIAL<br>OFFICER'S INIT.<br>BADGE NO. | 27. | REMOVAL CODE & LOC |
|---|---|---|---|---|---|---|---|
| IN | OUT | | | | | | |
| X | | 10/19/01 | 1 | Sgt D. Nelson  4336 | | | |
| | | | | | | | |

**29.** I HEREBY CERTIFY THAT I AM THE OWNER OF PROPERTY OR AUTHORIZED AGENT TO RECEIVE SUCH NO.

**30. CLAIMANT'S NAME**  **OWNER'S NAME**  **ADDRESS**

**31. CLAIMANT'S SIGNATURE**  **OWNER'S SIGNATURE**

000762

1400870

# PENNSYLVANIA STATE POLICE
## PROPERTY RECORD

PROPERTY RECORD CONTINUATION

SP 7-007 (3-2001)

□ EVIDENCE  □ FOUND  □ RECOVERED  □ RECEIPT  □ OTHER

2. INCIDENT NO. EI-173563

3. DESIGNATOR/INVENTORY NO. EI-15295

| PROPERTY IN/OUT | DATE & TIME | ITEM(S) NO. | OFFICER'S SIGNATURE — BADGE NO. | TYPE PROPERTY | CODE | QUANTITY | VALUE | STORAGE AREA CODE | DISPOSITION CODE |
|---|---|---|---|---|---|---|---|---|---|
| X | 10/16/01 | 1-6 | | 03 | | | | 3 | |
| X | 10/31/01 | | | 77 | | 1 | | 1 | |
| | 10/31/01 | | | 77 | | 1 | | 1 | |
| | | | | 77 | | 1 | | 1 | |
| | 10/30/01 | | | 77 | | 1 | | 1 | |
| | | | | | | | | | |

000763

OCT 08 '08 20:33

PENNSYLVANIA STATE POLICE
**WAIVER OF RIGHTS AND CONSENT TO SEARCH**

1400870

E ERIE

EL-975563

(1) PLACE(S), ITEM(S) OR VEHICLE(S) TO BE SEARCHED: 2000 PETERBILT

VIN 1XPSDB9X9YD469113

ADDRESS OR LOCATION:

(2) ITEMS TO BE SEARCHED FOR AND SEIZED, IF FOUND: LOG BOOKS OR ANY OTHER

Documentation

(3) I, Saminder Pal Singh , HAVE BEEN REQUESTED BY TPR Deluca NP
OF THE PENNSYLVANIA STATE POLICE TO GIVE MY CONSENT FOR POLICE OFFICERS TO SEARCH PLACES,
ITEMS OR VEHICLES DESCRIBED ABOVE FOR THE ITEMS DESCRIBED ABOVE. I HAVE BEEN TOLD THAT I
DO NOT HAVE TO GIVE MY CONSENT. I UNDERSTAND THAT I HAVE THE RIGHT TO REFUSE THIS REQUEST,
AND THAT THE POLICE MAY NOT BE ABLE TO CONDUCT THIS SEARCH WITHOUT A SEARCH WARRANT,
UNLESS I GIVE MY CONSENT. NONETHELESS, I VOLUNTARILY GIVE MY CONSENT TO THE POLICE TO
CONDUCT THIS SEARCH.

(4) [X] I am the owner of the place(s), item(s) or vehicle(s) to be searched.

[ ] I rent or lease the place(s), item(s) or vehicle(s) to be searched from another person.

[ ] With the permission of the owner, I have equal access and control over the place(s), item(s) or
vehicle(s) to be searched.

(5) I also understand that in addition to the items described above, if the following is found it may also be seized:

(1) any contraband, the fruits of a crime or things otherwise criminally possessed.

(2) property which is or has been used as the means of committing a criminal offense.

(3) property which constitutes evidence of the commission of a criminal offense.

(6) No one, including anyone from the Pennsylvania State Police or any other police officer, has threatened me in
any way, nor has anything been promised to me in return for giving my consent to conduct this search.

WITNESS(ES)                                          CONSENTOR

                                          Saminder Pal Singh
(PRINT NAME)                                         (PRINT NAME)

                                          X Saminder Pal Singh
(SIGNATURE)                                          (SIGNATURE)

                                          3105 SLATERFIELD AVE
(PRINT NAME)                                         (ADDRESS)

                                          BAKERSFIELD, CA 73313
(SIGNATURE)                                          (CITY, STATE)

DATE          TIME                      DATE          TIME

                                                     TOTAL PAGE.02

COMMONWEALTH OF PENNSYLVANIA  000273 -3
POLICE CRASH REPORTING FORM        New

Crash Number: P0314037
EI-975563

AA 45 1 1        Page 0 / 7    ● Change/Continuation  P 0 1 6 3 7 3 8

## Police Agency Data

EI-975563                        Police Agency 6 8 E 0 1 0 0 8    Patrol Zone

Pa. State Police        Precinct  Erie        Investigation Date (MM DD YYYY) 0 1 - 5 1 - 2 0 0 2

Investigator  Sgt. Dennis J. Kay 4292        Badge Number

GR R E Macey        Badge Number 5 3 0 0    Approval Date (MM-DD-YYYY) 0 2 - 0 1 - 2 0 0 1

## Crash Data

County    County Name        Municipality    Municipality Name        Day of Week

Crash Date (MM DD YYYY)        Crash Time (Military)    No of Units    No of People    No Injured    No Killed (If > 00, Complete Form AA 45 F 1)

Reportable Crash    Yes    No        Notify Highway Maintenance  ☐ Yes  ☐ No        School Bus Related  ☐ Yes  ☐ No        School Zone Related  ☐ Yes  ☐ No        PennDOT  ☐ Yes

## Unit Information

Unit Number    Delete?    Type Unit ▶  ☐ Motor Vehicle in Transport  ☐ Hit & Run Vehicle  ☐ Illegally Parked  ☐ Legally Parked  ☐ Non-Motorized
☐ Pedestrian  ☐ Pedestrian on Skates, in Wheelchair, etc  ☐ Disabled From Previous Crash  ☐ Train  ☐ Phantom Vehicle

Owner Last Name (If Pedestrian, skip to Form AA 45 3 1)    FI    MI    Telephone Number        Commercial Vehicle  ☐ Yes  ☐ No

Address        City        State    Zip

VIN        Model Year    Vehicle Make*        (If Yes, Complete Form AA 45 C 1)

License Plate        Reg. State    Travel Speed        *Refer to List on Back of Overlay

**FATAL**

Insurance  Yes  No  Unknown    Insurance Company    Policy No        Insurance Company Phone

Vehicle Towed  Yes  No    Towed To        Towed By        Tow Agency Phone

## Unit Information

Unit Number    Delete?    Type Unit ▶  ☐ Motor Vehicle in Transport  ☐ Hit & Run Vehicle  ☐ Illegally Parked  ☐ Legally Parked  ☐ Non-Motorized
☐ Pedestrian  ☐ Pedestrian on Skates, in Wheelchair, etc  ☐ Disabled From Previous Crash  ☐ Train  ☐ Phantom Vehicle

Owner Last Name (If Pedestrian, skip to Form AA 45 3 1)    FI    MI    Telephone Number        Commercial Vehicle  ☐ Yes  ☐ No

Address        City        State    Zip

VIN        Model Year    Vehicle Make*        (If Yes, Complete Form AA 45 C 1)

License Plate        Reg. State    Travel Speed        *Refer to List on Back of Overlay

Insurance  Yes  No  Unknown    Insurance Company    Policy No        Insurance Company Phone

Vehicle Towed  Yes  No    Towed To        Towed By        Tow Agency Phone

Fnr.

COMMONWEALTH OF PENNSYLVANIA  000274
POLICE CRASH REPORTING FORM   New   P0314045

AA 45 3 1                Page  1 8  ● Change/Continuation   P o 1 6 3 7 3 8

## Vehicle Driver/Pedestrian Information

0 4  S I N G H                          FI M  MI  Telephone Number
                                        M      (661)7462935

30348 Madera Ave        City           State  Zip
                        SHAFTER        Ca    9 2 3 6 3

License Number
B 9 6 9 0 0 1 6                    State
                                   C A      If License Number is unknown or
                                            driver is not licensed, see manual

### Alcohol/Drugs Suspected
No                  Illegal Drugs          Medication
Alcohol             Alcohol and Drugs    ● Unknown

### Alcohol Test Type
Test Not Given      Breath              ○ Other
Breath              Urine               ● Unknown if Test Given

### Alcohol Test Results
0 .                 Test Refused          Unknown Results
                    Test Given, Contaminated Results

### Driver or Pedestrian Physical Condition
Apparently Normal   Illegal Drug Use    Fatigue    Medication
Had Been Drinking   Sick                Asleep   ● Unknown

### Pedestrian Only Information
**Pedestrian Signal at Scene of Crash**
☐ No Pedestrian Signal                    ☐ Not at Intersection
☐ Pedestrian Signal

**Pedestrian Location**
☐ Marked Crosswalks at Intersection    ☐ In Roadway          ☐ < 10 Feet Off Road
☐ At Intersection - No Crosswalks      ☐ Not in Roadway      ☐ > 10 Feet Off Road
☐ Non-Intersection Crosswalks          ☐ Median              ☐ Outside Trafficway
☐ Driveway Access                      ☐ Island              ☐ Shared Paths/Trails
                                       ☐ Shoulder            ☐ Unknown
                                       ☐ Sidewalk

**Vehicle Code** List any Vehicle Code Section this driver has violated and mark if they were charged.
|  | Charged with Violation? |
|--|--|
|  | ○ Yes ○ No |
|  | ○ Yes ○ No |

### Owner Driver Code
9 9
00=Not Applicable
01=Private Vehicle Owned/Leased by Driver
02=Private Vehicle Not Owned/Leased by Driver
03=Rented Vehicle
04=State Police Vehicle
05=PennDOT Vehicle
06=Other State Gov Vehicle
07=Municipal Police Vehicle
08=Other Municipal Government Vehicle
09=Federal Gov Vehicle
98=Other
99=Unknown

**Driver Presence**  1
1=Driver Operated Vehicle    3=Driver Fled Scene
2=No Driver                  4=Hit and Run
                             9=Unknown

## Vehicle Driver/Pedestrian Information

Unit Number  Last Name                    FI MI  Telephone Number

Address                  City           State  Zip

License Number                          State
                                            If License Number is unknown or
                                            driver is not licensed, see manual

### Alcohol/Drugs Suspected
No                  Illegal Drugs          Medication
Alcohol             Alcohol and Drugs      Unknown

### Alcohol Test Type
Test Not Given      Breath                 Other
Breath              Urine                  Unknown if Test Given

### Alcohol Test Results
0 .                 Test Refused           Unknown Results
                    Test Given, Contaminated Results

### Driver or Pedestrian Physical Condition
Apparently Normal   Illegal Drug Use    Fatigue    Medication
Had Been Drinking   Sick                Asleep     Unknown

### Pedestrian Only Information
**Pedestrian Signal at Scene of Crash**
☐ No Pedestrian Signal                    ☐ Not at Intersection
☐ Pedestrian Signal

**Pedestrian Location**
☐ Marked Crosswalks at Intersection    ☐ In Roadway          ☐ < 10 Feet Off Road
☐ At Intersection - No Crosswalks      ☐ Not in Roadway      ☐ > 10 Feet Off Road
☐ Non-Intersection Crosswalks          ☐ Median              ☐ Outside Trafficway
☐ Driveway Access                      ☐ Island              ☐ Shared Paths/Trails
                                       ☐ Shoulder            ☐ Unknown
                                       ☐ Sidewalk

**Vehicle Code** List any Vehicle Code Section this driver has violated and mark if they were charged.
|  | Charged with Violation? |
|--|--|
|  | ○ Yes ○ No |
|  | ○ Yes ○ No |

### Owner Driver Code
00=Not Applicable
01=Private Vehicle Owned
02=Private Vehicle Not Owned/Leased by Driver
03=Rented Vehicle
04=State Police Vehicle
05=PennDOT Vehicle
06=Other State Gov Vehicle
07=Municipal Police Vehicle
08=Other Municipal Government Vehicle
09=Federal Gov Vehicle
98=Other
99=Unknown

**Driver Presence**
1=Driver Operated Vehicle    3=Driver Fled Scene
2=No Driver                  4=Hit and Run
                             9=Unknown

PENNDOT COPY

COMMONWEALTH OF PENNSYLVANIA    000275
POLICE CRASH REPORTING FORM

EI-975563

AA 45 8 1                    Page    19        PO163738

_...and other information here. It is not required to restate information from the form._

Medical Facility

Address:                                          Phone:
Address:                                          Phone:

AT THE REQUEST OF THE ORIGINAL MISIDENTIFIED
OPERATOR OF UNIT #4 WHO HAPPENS TO HAVE THE
SAME NAME, MANDEEP SINGH. THE OWNER
OF THE TRUCK (UNIT #4) WAS CONTACTED AS
TO THE CORRECT IDENTITY OF THE TRUCK INVOLVED
IN THIS ACCIDENT.

HE IDENTIFIED, MANDEEP SINGH, DOB - 3/11/74
AS THE ACTUAL DRIVER INVOLVED IN THIS ACCIDENT.
THE OPERATOR THAT WAS MISIDENTIFIED WAS
RE-CONTACTED AND ADVISED THE ACCIDENT REPORT
WOULD BE UPDATED WITH THE CORRECT
OPERATOR INFORMATION.

THIS CASE WILL REMAIN OPEN PENDING FURTHER
INVESTIGATION.

Witness Information and Narrative





