May 16, 2005, 15:00:05

```
                 DESCRIPTION OF ACCIDENT - AUTO (A1)         SPEC CLM SERV N
INSURED SAMINDER PAL SINGH    DOL 10/05/2001 DOR 10/08/2001  ACC NO AB303-102373
PLACE OF ACC/LOSS 90 HIGHWAY WEST NEAR EXIT 29 CITY ERIE                  ST PA
ENTER X IF NO DRIVER (I.E., PARKED/UNOCCUPIED)               EMP CLM (Y/N/BLANK)
II   OPER SING,MANDEEP                                             ACC STATUS A

     ADDR 30348 MADERA AVENUE                  CITY SHAFTER
     ST CA   ZIP 93263      COUNTRY USA        SEX M AGE 21 DOB 03/10/1979
     TEL: HOME 661-746-2900  BUS CELL661-330-5807   SOC SEC NO 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
     DRIV LIC  B9690016(COMMERCIAL)       ST CA INS CO TBD
VEHICLE    OWNER                    OPERATOR         NO IN VEH  POI   PARKED(Y/N)
INSD (1) SAMINDER PAL SINGH     SING,MANDEEP            01       14      N
     (2) PADMARAJU,R            SAME                    0        02      Y
     (3) NOLAN,SUSAN            SAME                    2        09      N
ADD"L VEHICLES LISTED IN REMARKS (Y/N) N  IVNI    CONTRACTUAL/ADD'L INSD AGRMT
ACC DESC   V1 HIT STOPPED V3 IN THE REAR FORCING V3 INTO THE REAR OF V2. OPCC 2
WAS OUTSIDE OF HIS CAR AND WAS STRUCK AND KILLED. SEE IAR 001 FOR MORE.
DESC CODE   03 HIT PEDESTRIAN/CYCLIST/OTHER           TERR       CAT CODE
POLICE DEPT   ERIE STATE POLICE E1975563       CITATION: NONE ON P/R
WITNESS INFO  NONE IDENTIFIED ON POLICE REPORT
X-REF CLAIM NOS
ADD A 01-97 CLAIM      ADD A 98 CLAIM     ADD A 99 CLAIM    SELECT FOR PG 2
SCREEN      SUFFIX     REMARKS Y        PAGE 2 INFO ENTERED N         ID C303B62
```

EXHIBIT "H"

