FROM : PHONE NO. : Jun. 04 2005 03:56PM P1

# *MajorExpress*

3542 N. Weber  
Fresno, CA 93722  
800-861-1677

(559)-485-6949  
(559)-486-8453 Fax

June 6, 2005

In regards to: Mandeep Singh

Andrew J. Conner, Esquire  
PO Box 860  
Erie, PA 16512-10860

Dear Andrew J. Conner, Esquire:

This letter is in regards to the subpoena issued to Major Express for records. We are unable to supply any such records, as they do not exist. Although Mr. Singh did receive his license from our sister company Major Express Truck School, we no longer have any record of the training or the dates attended.

As far as his past employment, he has never worked for Major Express Trucking, therefore there were no files maintained for him once he left our training facility. Although he never worked for us directly, he may have worked for one of our sub-haulers.

I'm sorry we could not be of more assistance to you. If you have any further questions, please feel free to call.

Respectfully,

*Gabriel Gill*

Gabriel Gill  
Manager

ds

EXHIBIT "I"

06-06-05   17:26   RECEIVED FROM:   P.01