IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADHIKA VEGESNA, Personal Representative of the ESTATE OF RAJESH PADMARAJU, Deceased Plaintiff | ) ) ) ) ) | |
| VS. | ) ) | Case No. |
| ISD TRANSPORTATION COMPANY, INC., MANDEEP SINGH, SAMINDER SINGH, and SAMINDER SINGH, d/b/a ISD TRANSPORTATION COMPANY, INC., Defendants | ) ) ) ) ) ) ) | 03-295 ERIE |
| RADHIKA VEGESNA, Personal Representative of the ESTATE OF RAJESH PADMARAJU, Deceased Plaintiff | ) ) ) ) ) | |
| VS. | ) ) | Case No. |
| SAMINDER SINGH and SAMINDER SINGH, d/b/a ISD TRANSPORTATION COMPANY, INC., Defendants. | ) ) ) ) ) | 03-317 ERIE |

VIDEOTAPED DEPOSITION OF:

SAMINDER PAL SINGH

THURSDAY, APRIL 14, 2005

1:53 P.M.

Reported By: Patricia Gonzalez, CSR No. 12017



SYLVIA MENDEZ & ASSOCIATES
Certified Shorthand Reporters
330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969



EXHIBIT "J"

COPY

```
 1    Videotaped Deposition of SAMINDER PAL SINGH, a

 2    Defendant, taken on behalf of the Plaintiff, on

 3    Thursday, April 14, 2005, 1:53 p.m., at the offices of

 4    Sylvia Mendez & Associates, 330 H Street, Suite 1,

 5    Bakersfield, California, before Patricia Gonzalez,

 6    CSR No. 12017, pursuant to Notice of Taking Deposition.

 7

 8                     APPEARANCES OF COUNSEL

 9    For the Plaintiff:      Conner, Riley & Fryling
                              By: ANDREW J. CONNER
10                            Attorney at Law
                              The Bell Telephone Building
11                            17 West Tenth Street
                              Erie, Pennsylvania  16512
12                            (814) 453-3343

13
      For the Defendants:     McKenna & Chiodo
14                            By:  EDWARD J. CHIODO
                              Attorney at Law
15                            436 Boulevard of the Allies
                              Suite 436
16                            Pittsburgh, Pennsylvania  15219
                              (412) 471-6226

17

18    The Videographer:       Sylvia Mendez & Associates
                              By:  CHRISTIAN MARTINEZ
19                            330 H Street
                              Suite 1
20                            Bakersfield, California  93304
                              (661) 631-2904
21

22

23

24

25
```

3

```
                        I N D E X

     THE WITNESS

     SAMINDER PAL SINGH


     EXAMINATION BY                                    Page

     Mr. Conner                                          8

     Mr. Chiodo                                        145

     Mr. Conner    (Further)                           168

     Mr. Chiodo    (Further)                           170

     Mr. Conner    (Further)                           173

     Mr. Chiodo    (Further)                           175

     Mr. Conner    (Further)                           176


                        EXHIBIT INDEX

     Plaintiff's Exhibits                             Marked

     14 - Application for Employment for
          Mandeep Singh                                 26
     15 - Medical Examiner's Certificate, California
          Driver's License, and Permanent Resident
          Card for Mandeep Singh                        30
     16 - Document entitled Record of Road Test         45
     17 - Document entitled Driver Proficiency
          and Authorized Vehicles                       50
     18 - Document entitled ISD Transportation
          Driver/Carrier Agreement dated June 12, 2001  51
```

4

EXHIBIT INDEX (CONTINUED)

Plaintiff's Exhibits                                          Marked

19 - Document entitled Company Drug Testing
     Policy                                                      52

20 - Employment Eligibility Verification                         53

21 - Letter to Saminder Pal Singh, Owner,
     from U.S. Department of Transportation,
     Federal Motor Carrier Safety
     Administration dated August 21, 2001,
     and other related documents                                 56

22 - Document entitled Subpart B - Qualifications
     and Disqualification of Drivers,
     Section 391.11 - General Qualifications
     of Drivers                                                  86

23 - Document entitled FMC Safety Regulations
     Subpart C - Background and Character,
     Section 391.21 Application for Employment                   90

24 - Document entitled Section 391.23 -
     Investigation and Inquiries                                 89

25 - Document entitled Subpart F - Files
     and Records, Section 391.51 - General
     Requirements for Driver Qualification Files                 91

26 - (Marked in the Deposition of
     Judith Dawn Mackeprang)

///

```
                                                                    5
 1                    EXHIBIT INDEX (CONTINUED)

 2    Plaintiff's Exhibits                                      Marked

 3    27 - (Marked in the Deposition of

 4         Judith Dawn Mackeprang)

 5    28 - (Marked in the Deposition of

 6         Judith Dawn Mackeprang)

 7    29 - Request for Check of Driving Record                    138

 8

 9                              VIDEO

10         Tape          Page              Time Stamps

11          1           6 - 67         00:00:20 - 00:59:53

12                     68 - 119        01:00:38 - 01:49:30

13          2         120 - 177        00:00:26 - 00:50:03

14

15

16

17

18

19

20

21

22

23

24

25
```

6

BAKERSFIELD, CALIFORNIA;

THURSDAY, APRIL 14, 2005; 1:53 P.M.;

OFFICES OF SYLVIA MENDEZ & ASSOCIATES

00:00:20   (Tape No. 1)

THE VIDEOGRAPHER:  Good afternoon.  This is the videotaped deposition of Saminder Singh in the matter of Radhika Vegesna, Personal Representative of the Estate of Rajesh Padmaraju, Deceased Plaintiff, 00:00:35 versus ISD Transportation Company, Inc., Mandeep Singh, Saminder Singh, and Saminder Singh dba ISD Transportation Company, Inc., Defendants and Radhika Vegesna, Personal Representative of the Estate of Rajesh Padmaraju, Deceased Plaintiff, versus 00:00:56 Saminder Singh and Saminder Singh dba ISD Transportation Company, Inc., Defendants.

The case pending in the United States District Court for the Western District of Pennsylvania.  The case numbers are:  03-295 ERIE and 00:01:14 03-317 ERIE.  Today's date is Thursday, April 14, 2005.  The location is 330 H Street, Suite 1, Bakersfield, California.  And the time on the video monitor is 1:53 p.m.

The certified shorthand reporter is 00:01:34 Patricia Gonzalez.  My name is Christian Martinez, a

9

| | | |
|---|---|---|
| 00:03:38 | 1 | question for you? |
| | 2 | A.   Okay, sir. |
| | 3 | Q.   Okay.  You are fluent in -- in the English |
| | 4 | language, are you not? |
| 00:03:42 | 5 | A.   I speak English. |
| | 6 | Q.   Okay.  Good. |
| | 7 |      Could you tell us your full name, please. |
| | 8 | A.   Saminder Pal Singh. |
| | 9 | Q.   And, Mr. Singh, what is your age? |
| 00:03:52 | 10 | A.   Forty-three. |
| | 11 | Q.   And where do you currently reside? |
| | 12 | A.   3105 Slaterfield Avenue, Bakersfield, |
| | 13 | California -- |
| | 14 | Q.   Okay. |
| 00:04:06 | 15 | A.   93313. |
| | 16 | Q.   Okay.  Now, your profession and occupation |
| | 17 | at the present time is what? |
| | 18 | A.   I'm owner of ISD Transportation. |
| | 19 | Q.   Okay.  And is ISD Transportation a company |
| 00:04:18 | 20 | or a corporation? |
| | 21 | A.   It's a company, not corporation. |
| | 22 | Q.   Okay.  It's a company. |
| | 23 | A.   Yeah. |
| | 24 | Q.   And you are the 100-percent owner of that |
| 00:04:28 | 25 | business? |

39

00:31:16  1  signature, is that his signature, if you know, on the
           2  driver's license?
           3      A.   Yeah.  That's his signature.  I don't see
           4  any difference.
00:31:27  5      Q.   Now, the reason why I ask you:  It looks
           6  like this -- this is dated January 18, 2001.  So that
           7  would have been the driver's license he would have had
           8  when -- when he applied; is that correct?
           9      A.   Yes.
00:31:40 10      Q.   Now, going back a second, you mentioned
          11  that -- you mentioned that you contacted somebody at
          12  Major Express and they gave --
          13      A.   Yeah.
          14      Q.   -- you information; is that correct?
00:31:49 15      A.   Yes.
          16      Q.   Now, I'm looking at a document.  Is there
          17  any- -- anything on the document or his application
          18  that indicates the information that was provided by the
          19  people at Major Express?
00:32:05 20      A.   No, they didn't, any of that information
          21  provide.
          22      Q.   Okay.
          23      A.   But -- and there could be -- if you change
          24  the address, they change these dates (indicating).
00:32:15 25  These dates, if you change -- go to new -- renew your

| | |
|---|---|
| 00:32:23 1 | license, they change these dates.  These dates not mean |
| 2 | he get the commercial driver's license on that date. |
| 3 | Q.    Yeah.  I don't think -- I -- I guess -- |
| 4 | MR. CHIODO:  Yeah.  I don't think that was |
| 00:32:40 5 | what he was asking you.  He was just asking if there |
| 6 | was anywhere on the -- |
| 7 | MR. CONNER:  Yeah.  I'll -- I'll slow down |
| 8 | a little bit.  Sometimes I speak too fast, and I |
| 9 | apologize.  Okay? |
| 00:32:46 10 | THE WITNESS:  Yeah. |
| 11 | MR. CHIODO:  His last question was -- is: |
| 12 | On the application, does it show anywhere where there |
| 13 | was any information about what the people at Major |
| 14 | Express said about Mandeep? |
| 00:32:56 15 | THE WITNESS:  All they say is that he drive |
| 16 | long haul, he's okay.  He's a good driver. |
| 17 | BY MR. CONNER: |
| 18 | Q.    Yeah. |
| 19 | A.    Yeah. |
| 00:33:01 20 | Q.    Is it on the document? |
| 21 | MR. CHIODO:  Is it written anywhere on the |
| 22 | document what you just testified to as to what they |
| 23 | said at Major Express? |
| 24 | THE WITNESS:  No. |
| 00:33:12 25 | /// |

41

| | | |
|---|---|---|
| 00:33:12 | 1 | BY MR. CONNER: |
| | 2 | Q.  Okay.  Do you have any other document -- I |
| | 3 | just want to do this questioning one at a time. |
| | 4 | A.  Yeah. |
| 00:33:19 | 5 | Q.  Do you have -- you have his personnel file, |
| | 6 | obviously, there. |
| | 7 | A.  Yeah. |
| | 8 | Q.  We had a chance to take a look at it. |
| | 9 | A.  Yeah. |
| 00:33:25 | 10 | Q.  Do you have any document in that file that |
| | 11 | indicates, that is in writing, what the people at |
| | 12 | Major Express said because we would like to mark and |
| | 13 | identify it.  I don't think it's in there because I |
| | 14 | looked but.... |
| 00:33:38 | 15 | A.  That's all what they said, that -- |
| | 16 | Q.  Okay. |
| | 17 | A.  -- that good driver. |
| | 18 | Q.  Do you know when you called Major Express? |
| | 19 | A.  Yes. |
| 00:33:43 | 20 | Q.  When did you call them? |
| | 21 | A.  Must have been when he filled up |
| | 22 | application, right after. |
| | 23 | Q.  That day? |
| | 24 | A.  That same day or other day.  I don't |
| 00:33:55 | 25 | recall. |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion was served upon Edward J. Chiodo, Esquire, counsel for Defendants, 436 Boulevard of the Allies, Suite 500, Pittsburgh, Pennsylvania 15219-1314, this 28th day of July, 2005.

                                  CONNER RILEY & FRYLING

                                  BY /s/ Andrew J. Conner
                                     ANDREW J. CONNER, ESQUIRE
                                     ATTORNEY FOR PLAINTIFF
                                     17 West Tenth Street
                                     P.O. Box 860
                                     Erie, PA  16512-0860
                                     (814) 453-3343

DATED: July 28, 2005.