## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADHIKA VEGESNA,<br>Personal Representative of the Estate of<br>Rajesh Padmaraju, Deceased,<br><br>    Plaintiff,<br><br>        v.<br><br>ISD TRANSPORATION COMPANY,<br>INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-295 Erie<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this 12th day of August, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

                                              s/Sean J. McLaughlin
                                              United States District Judge

cm: All counsel of record.